UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
ZAFAR H. KHAN,                         )
   3101 Nestlewood Dr.                 )
   Oak Hill, VA 20171,                 )
                                       )
         Plaintiff,                    )
                                       )
         v.                            )   Civil No. 05-1831 RWR
                                       )
ALBERTO GONZALES,                      )
   U.S. ATTORNEY GENERAL               )
   U.S. DEPARTMENT OF JUSTICE,         )
   950 Pennsylvania Ave., N.W.         )
   Washington, D.C. 20530,             )
                                       )
         Defendant.                    )
                                       )
```

## PRAECIPE

The Clerk of the Court will please enter the appearance of Marina Utgoff Braswell, Assistant U.S. Attorney, as counsel of record for the defendant in this case.

                Respectfully submitted,

                _____
                MARINA UTGOFF BRASWELL, D.C. BAR #416587
                Assistant United States Attorney
                U.S. Attorney's Office
                555 4th Street, N.W. - Civil Division
                Washington, D.C. 20530
                (202) 514-7226