UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ZAFAR H. KHAN,
3101 Nestlewood Dr.
Oak Hill, VA 20171,

Plaintiff,

v. Civil No. 05-1831 RWR

ALBERTO GONZALES,
U.S. ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE,
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530,

Defendant.

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant respectfully request an extension of time, to and including December 12, 2005, in which to file defendant's response to plaintiff's Complaint. Defense counsel is currently still gathering the facts necessary for the preparation of this response, and additional time is needed to coordinate this process with agency counsel and to prepare the response in a thorough manner.

Plaintiff's counsel has consented to this motion.

Accordingly, for the foregoing reasons, defendant

respectfully requests that this unopposed motion for an enlargement of time be granted.

        Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney


_____
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226