```
                     UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA


ZAFAR H. KHAN,                        )
                                      )
        Plaintiff,                    )
                                      )
        v.                            )   Civil No. 05-1831 RWR
                                      )
ALBERTO GONZALES,                     )
  U.S. ATTORNEY GENERAL               )
  U.S. DEPARTMENT OF JUSTICE,         )
                                      )
        Defendant.                    )
                                      )
```

DEFENDANT'S UNOPPOSED MOTION FOR FURTHER ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant respectfully requests a further extension of time, to and including December 30, 2005, in which to file defendant's response to plaintiff's Complaint.  Agency counsel has informed defense counsel that additional time is needed to gather all the facts necessary for the preparation of this response, and that this process has been hampered by the absence from the office of certain individuals with pertinent information.  Thus, the additional time is needed to allow agency counsel to complete the fact-gathering process and for defendant to prepare the response in a thorough manner.

Plaintiff's counsel has consented to this motion.

Accordingly, for the foregoing reasons, defendant

respectfully requests that this unopposed motion for a further enlargement of time be granted.

                        Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney


_____
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226