UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ZAFAR H. KHAN

v.

ALBERTO R. GONZALES

Civ. No. 05-1831 (TFH)

### ORDER

On November 18, 2005, this case was reassigned from Judge Richard W. Roberts to Chief Judge Thomas F. Hogan. Accordingly, it is hereby

**ORDERED** that all parties shall appear for a scheduling conference on **Friday, January 27, 2006 at 11:00 a.m. in Courtroom 25A**, which is located in the new annex to the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C., 20001. The scheduling conference will be held for the purposes specified in Fed. R. Civ. P. 26(f), in accordance with Fed. R. Civ. P. 16. It is further

**ORDERED** that from this date forward, counsel provide chambers, NOT the Clerk's Office, with a printed courtesy copy of any electronically-filed document that exceeds five pages in length and/or includes more than one exhibit. Any exhibits shall be appropriately tabbed for ease of reference. The parties are reminded that all documents must be filed by electronic means in compliance with LCvR 5.4, which addresses cases assigned to the Case Management/ Electronic Case Management Filing System ("CM/ECF"). Parties may obtain a CM/ECF password from the Clerk of the Court.

The Court expects professionalism, courtesy and civility to govern the parties' conduct at all times during these proceedings. Given counsels' competence and experience, the Court

is confident that this objective will be accomplished without judicial intervention.

Any request for an extension or enlargement of time, as well as any request to reschedule a proceeding, shall be by motion addressed to the Court.

**SO ORDERED.**


December 21, 2005                                                                 /s/
                                                                          Thomas F. Hogan
                                                                            Chief Judge