```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA


ZAFAR H. KHAN,                        )
                                      )
        Plaintiff,                    )
                                      )
        v.                            )  Civil No. 05-1831 TFH
                                      )
ALBERTO GONZALES,                     )
  U.S. ATTORNEY GENERAL               )
  U.S. DEPARTMENT OF JUSTICE,         )
                                      )
        Defendant.                    )
                                      )
```

DEFENDANT'S UNOPPOSED MOTION FOR ONE DAY ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant respectfully requests an extension of time of one business day, to and including January 23, 2006, in which to file the parties' meet and confer report. Defense counsel had intended to file that report on January 20, 2006, but she was out of the office at doctor's appointments and then felt too ill to come into the office. Thus, the additional time is needed to enable defendant to complete the edits to the report agreed upon by the parties and to file the final report with this Court.

Plaintiff's counsel has consented to this motion.

Accordingly, for the foregoing reasons, defendant

respectfully requests that this unopposed motion for an enlargement of time be granted.

                        Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney


_____
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226