UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAFAR KHAN,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>ALBERTO GONZALES,  )<br>   U. S. ATTORNEY GENERAL,  )<br>  )<br>    Defendant.  )<br>  ) | Civil Action No. 05-1831<br><br>Chief Judge Thomas F. Hogan |

PARTIES' JOINT MOTION FOR EXTENSION
OF TIME TO COMPLETE DISCOVERY

    The parties to this proceeding, by and through counsel, hereby jointly submit this Motion for an extension of time to complete discovery, and in support thereof submit the following facts and circumstances.

    1. Discovery in this case currently is due to conclude on or about July 27, 2006, with a Status Conference scheduled before the Court for August 23, 2006.

    2. Although the parties have diligently commenced discovery, the discovery in this case is extensive, covering several sets of specific circumstances and occurrences leading to the Plaintiff's termination of his employment with the Defendant Agency. It is estimated that several boxes of documents will be produced by each party, to be followed by several depositions to be taken by both sides.

    3. Additionally, both counsel in this proceeding are involved intensively with other Federal Court litigation. Specifically, Defendant's counsel has a trial scheduled for

the period of September 12-22, 2006, and Plaintiff's counsel has Fourth U. S. Circuit Court of Appeals briefs due in August and October 2006.

4. As a result of the discovery work remaining to be accomplished and the counsel schedules cited herein, the parties respectfully move to extend discovery to October 31, 2006.

5. Additionally, the parties would respectfully request that the Status Conference currently scheduled for August 23, 2006, a date on which neither plaintiff's counsel nor agency counsel is available, be postponed to a date following the conclusion of discovery.

A proposed Order is attached for the Court's consideration.

                                                                        Respectfully submitted,

| /S/ | /S/ |
|---|---|
| MICHAEL W. BEASLEY, ESQ. | KENNETH L. WAINSTEIN |
| D. C. Bar No. 248930 | D. C. Bar No. 451058 |
| 411 East Broad Street | United States Attorney |
| Falls Church, Virginia 22046 | |
| Phone: (703) 241-2909 | /S/ |
| Fax: (703) 241-5885 | RUDOLPH CONTRERAS |
| E-Mail: beasleys@erols.com | D. C. Bar No. 434122 |
| | Assistant United States Attorney |
| Counsel for Plaintiff | |
|  Zafar Kahn | /S/ |
| | MARINA UTGOFF BRASWELL |
| | D. C. Bar No. 416587 |
| | U. S. Attorney's Office |
| | 555 4th Street, N. W. – Civil Division |
| | Washington, D. C. 20530 |
| | Phone: (202) 514-7226 |
| | |
| | Counsel for Defendant |

Dated: July 26, 2006

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAFAR KHAN, )<br>)<br>    Plaintiff, )<br>)<br>    vi. )<br>)<br>ALBERTO GONZALES, )<br>   U. S. ATTORNEY GENERAL, )<br>)<br>    Defendant. )<br>) | Civil Action No. 05-1831<br><br>Chief Judge Thomas F. Hogan |

**<u>ORDER</u>**

This matter comes before the Court pursuant to the Joint Motion of the parties for an extension of time to complete discovery in this proceeding. Based upon the facts and circumstances set forth in the Motion, and the full record of this proceeding, the Joint Motion is hereby GRANTED.

IT IS HEREBY ORDERED that discovery in this proceeding will conclude not later than October 31, 2006. Additionally, the Status Conference scheduled for August 23, 2006, is hereby postponed to November _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____

Serve:

Michael W. Beasley, Esq.
411 East Broad Street
Falls Church, Virginia  22046
Beasleys@erols.com

Marina Utgoff Braswell
Assistant United States Attorney
Office of the U. S. Attorney for the District of Columbia
555 4th Street, N. W. – Civil Division
Washington, D. C.  20530
Marina.Braswell@usdoj.gov