**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **ZAFAR KHAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 05-1831** |
| **v.** | ) | |
| | ) | **Chief Judge Thomas F. Hogan** |
| **ALBERTO GONZALES,** | ) | |
| **U. S. ATTORNEY GENERAL,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**JOINT MOTION FOR EXTENSION
OF TIME TO COMPLETE DISCOVERY**

The parties to this proceeding, by and through counsel, hereby jointly submit this Motion for an extension of time to complete discovery, and in support thereof submit the following facts and circumstances.

1. Discovery in this case currently is due to conclude on October 31, 2006, with a Status Conference scheduled before the Court on November 13, 2006.

2. Although the parties have continued to engage in discovery, the discovery in this case remains extensive, covering several sets of specific circumstances and occurrences leading to the Plaintiff's termination of his employment with the Defendant Agency.

3. Additionally, both counsel in this proceeding are significantly involved with other Federal Court litigation.  Specifically, Defendant's counsel was extensively involved in trial preparation for a trial that was postponed to December 4-15, 2006.  She also has been working on several issues in a purported class action case, as well as

1

addressing numerous other litigation filing and discovery deadlines in other cases.

Plaintiff's counsel has just completed discovery in two other District Court proceedings,

and has an Appeal Brief and Appendix due in the Fourth U. S. Circuit Court of Appeals

briefs on November 6, 2006, with a Reply Brief scheduled for December 2006.

4.  As a result of the discovery work remaining to be accomplished and the

respective schedules of counsel cited, the parties respectfully move to extend discovery

to January 31, 2007.

5.  Additionally, the parties would respectfully request that the Status Conference

currently scheduled for November 13, 2006, be postponed to a date following the

conclusion of discovery.

A proposed Order is attached for the Court's consideration.

Respectfully submitted,


_____/S/_____          _____/S/_____
MICHAEL W. BEASLEY, ESQ.            JEFFREY A. TAYLOR
D. C. Bar No. 248930                D. C. Bar No. 498610
411 East Broad Street               United States Attorney
Falls Church, Virginia  22046
Phone:  (703) 241-2909              _____/S/_____
Fax:  (703) 241-5885                RUDOLPH CONTRERAS
E-Mail:  beasleys@erols.com         D. C. Bar No. 171538
                                    Assistant United States Attorney
Counsel for Plaintiff
  Zafar Kahn                        _____/S/_____
                                    MARINA UTGOFF BRASWELL
                                    D. C. Bar No. 416587
                                    U. S. Attorney's Office
                                    555 4th Street, N. W. – Civil Division
                                    Washington, D. C.  20530
                                    Phone:  (202) 514-7226

                                    Counsel for Defendant

Dated:  October 18, 2006

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **ZAFAR KHAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 05-1831** |
| **vi.** | ) | |
| | ) | **Chief Judge Thomas F. Hogan** |
| **ALBERTO GONZALES,** | ) | |
| **U. S. ATTORNEY GENERAL,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

This matter comes before the Court pursuant to the Joint Motion of the parties for an extension of time to complete discovery in this proceeding. Based upon the facts and circumstances set forth in the Motion, and the full record of this proceeding, the Joint Motion is hereby GRANTED.

IT IS HEREBY ORDERED that discovery in this proceeding will conclude not later than January 31, 2007. Additionally, the Status Conference scheduled for November 13, 2006, is hereby postponed to _____, 2008.


_____
UNITED STATES DISTRICT JUDGE

Dated: _____

3

Serve:

Michael W. Beasley, Esq.
411 East Broad Street
Falls Church, Virginia  22046
Beasleys@erols.com

Marina Utgoff Braswell
Assistant United States Attorney
Office of the U. S. Attorney for the District of Columbia
555 4th Street, N. W. – Civil Division
Washington, D. C.  20530
Marina.Braswell@usdoj.gov