UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAFAR KHAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALBERTO GONZALES, )<br>   U. S. ATTORNEY GENERAL, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1831<br><br>Chief Judge Thomas F. Hogan |

**JOINT MOTION FOR AN EXTENSION
OF TIME TO COMPLETE DISCOVERY**

The parties to this proceeding, by and through counsel, hereby jointly submit this joint motion for an extension of time to complete discovery, and in support thereof submit the following facts and circumstances.

    1. Discovery in this case closed January 31, 2007.

    2. The parties had intended to seek an extension of time before that date, and defense counsel agreed to draft the request due to plaintiff's counsel's need to be out of town during this period. However, due to the illness of her elderly mother and the need to be out of town January 31st to help in post-surgery care, defense counsel did not get the motion filed prior to January 31st.

    3. Although the parties have continued to engage in discovery, the discovery in this case remains extensive, covering several sets of specific circumstances and occurrences leading to the Plaintiff's termination of his employment with the Defendant Agency.

3. Additionally, both counsel in this proceeding are significantly involved with other Federal Court litigation.  Specifically, Defendant's counsel is extensively involved in trial preparation for a two-week trial scheduled to begin February 20, 2007.  She also has been in depositions and had to address numerous discovery disputes in a purported class action case, as well as had to address numerous other litigation filings and discovery deadlines in other cases.  Plaintiff's counsel has been involved with an appeal in the Fourth Circuit Court of Appeals and extensive other federal court litigation demands.

4. As a result of the discovery work remaining to be accomplished and the respective schedules of counsel cited, the parties respectfully move to extend discovery to April 13, 2007.

A proposed Order is attached for the Court's consideration.

Respectfully submitted,

/s/
MICHAEL W. BEASLEY, ESQ.
D. C. Bar No. 248930
411 East Broad Street
Falls Church, Virginia  22046
Phone:  (703) 241-2909
Fax:  (703) 241-5885
E-Mail:  beasleys@erols.com

Counsel for Plaintiff
  Zafar Kahn

/s/
JEFFREY A. TAYLOR
D. C. Bar No. 498610
United States Attorney

/s/
RUDOLPH CONTRERAS
D. C. Bar No. 171538
Assistant United States Attorney

/s/
MARINA UTGOFF BRASWELL
D. C. Bar No. 416587
U. S. Attorney's Office
555 4th Street, N. W. – Civil Division
Washington, D. C.  20530
Phone:  (202) 514-7226

Counsel for Defendant

Dated: February 2, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAFAR KAHN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-1831 |
| vi. ) | |
| ) | Chief Judge Thomas F. Hogan |
| ALBERTO GONZALES, ) | |
| U. S. ATTORNEY GENERAL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**<u>ORDER</u>**

This matter comes before the Court pursuant to the Joint Motion of the parties for an extension of time to complete discovery in this proceeding. Based upon the facts and circumstances set forth in the Motion, and the full record of this proceeding, the Joint Motion is hereby GRANTED.

IT IS HEREBY ORDERED that discovery in this proceeding will conclude not later than April 13, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____

2

Serve:

Michael W. Beasley, Esq.
411 East Broad Street
Falls Church, Virginia  22046
Beasleys@erols.com

Marina Utgoff Braswell
Assistant United States Attorney
Office of the U. S. Attorney for the District of Columbia
555 4th Street, N. W. – Civil Division
Washington, D. C.  20530
Marina.Braswell@usdoj.gov