UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAFAR KHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-1831 |
| v. ) | |
| ) | Chief Judge Thomas F. Hogan |
| ALBERTO GONZALES, ) | |
| U. S. ATTORNEY GENERAL, ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION FOR AN EXTENSION
OF TIME TO COMPLETE DISCOVERY**

The parties to this proceeding, by and through counsel, hereby jointly submit this joint motion for an extension of time to complete discovery, and in support thereof submit the following facts and circumstances.

1. Discovery in this case is due to close April 13, 2007.

2. Due to lead defense counsel's two-week trial schedule in February, and her defense of a putative class action Title VII case that has had numerous discovery issues and motions to address, as well as her Court of Appeals' argument in March and the need to respond to several litigation deadlines in other cases, the parties have not been able to make much progress recently in discovery on this case. Accordingly, the case is being reassigned to a Special Assistant U.S. Attorney who will have more time to move the case along. Additionally, there is new agency counsel assigned to this case as well. Both of these new attorneys need to become familiar with the facts of this case in order to complete the discovery needed for Defendant.

3. Counsel for Plaintiff also has been involved in several other pending Federal Court actions, including an ongoing and complex Fourth US Circuit Court of Appeals case. These various matters, in combination with defense counsel's scheduling difficulties, have precluded his availability to date to notice and conduct necessary depositions on behalf of Plaintiff in this litigation. The requested extension will provide an orderly manner of completing all remaining discovery.

4. As explained before, the discovery in this case remains extensive, covering several sets of specific circumstances and occurrences leading to the Plaintiff's termination of his employment with the Defendant Agency.

5. As a result of the discovery work remaining to be accomplished, and the need for attorneys new to the case to become familiar with the factual and legal issues, the parties respectfully move to extend discovery to June 30, 2007.

A proposed Order is attached for the Court's consideration.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| MICHAEL W. BEASLEY, ESQ. | JEFFREY A. TAYLOR |
| D. C. Bar No. 248930 | D. C. Bar No. 498610 |
| 411 East Broad Street | United States Attorney |
| Falls Church, Virginia  22046 | |
| Phone:  (703) 241-2909 | /s/ |
| Fax:  (703) 241-5885 | RUDOLPH CONTRERAS |
| E-Mail:  beasleys@erols.com | D. C. Bar No. 171538 |
| | Assistant United States Attorney |
| Counsel for Plaintiff | |
|  Zafar Kahn | /s/ |
| | MARINA UTGOFF BRASWELL |
| | D. C. Bar No. 416587 |
| | U. S. Attorney's Office |
| | 555 4th Street, N. W. – Civil Division |
| | Washington, D. C.  20530 |
| | Phone:  (202) 514-7226 |

                                                                                          Counsel for Defendant

Dated: April 13, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAFAR KHAN,  )<br>  )<br>　　Plaintiff,  )<br>  )<br>　　vi.  )<br>  )<br>ALBERTO GONZALES,  )<br>　U. S. ATTORNEY GENERAL,  )<br>  )<br>　　Defendant.  )<br>  ) | Civil Action No. 05-1831<br><br>Chief Judge Thomas F. Hogan |

## ORDER

This matter comes before the Court pursuant to the Joint Motion of the parties for an extension of time to complete discovery in this proceeding. Based upon the facts and circumstances set forth in the Motion, and the full record of this proceeding, the Joint Motion is hereby GRANTED.

IT IS HEREBY ORDERED that discovery in this proceeding will conclude not later than June 30, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated: _____

Michael W. Beasley, Esq.
411 East Broad Street
Falls Church, Virginia  22046
Beasleys@erols.com

Marina Utgoff Braswell
Assistant United States Attorney
Office of the U. S. Attorney for the District of Columbia
555 4th Street, N. W. – Civil Division
Washington, D. C.  20530
Marina.Braswell@usdoj.gov

2