UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| ZAFAR H. KHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-cv-1831 |
| ) | (TFH) |
| ALBERTO R. GONZALES, ) | |
|   as United States Attorney General, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PRAECIPE**
**(PLAINTIFF'S ATTORNEY CHANGE OF ADDRESS)**

The Clerk of Court will please note the following change of address and point-of-contact information for the Plaintiff's counsel in this proceeding, effective May 1, 2007:

   Attorney for Plaintiff (no change):  Michael W. Beasley, Esq.
   New Address:  200 Park Avenue, Suite 106
                  Falls Church, Virginia  22046
   New Phone:  (703) 533-5875
   New Fax:  (703) 533-5876
   New E-Mail:  beasleys2@verizon.net

                                          Respectfully submitted,


                                             /s/  Michael W. Beasley
                                          Michael W. Beasley, Esq.
                                          D. C. Bar No. 248930
                                          200 Park Avenue, Suite 106
                                          Falls Church, Virginia  22046
                                          Phone:  (703) 533-5875
                                          Fax:  (703) 533-5876
                                          E-Mail:  beasleys2@verizon.net

                                          Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that one copy of the foregoing Praecipe (Plaintiff's Attorney Change of Address) has been served through the Court's ECF filing system and also has been mailed, by first-class mail, postage prepaid, to the following named counsel for Defendant, this 1st day of May, 2007:

Marina Utgoff Braswell
Assistant United States Attorney
555 4th Street, NW
Room 10-413
Washington, D. C.  20530


          /s/  Michael W. Beasley
      Michael W. Beasley, Esq.
      D. C. Bar No. 248930
      Attorney for Plaintiff