**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ZAFAR H. KHAN,                                    ) | |
|                                                   ) | |
|       **Plaintiff,**                          ) | |
|                                                   ) | |
| **v.**                                            ) | Civil Action No. 05-cv-1831 |
|                                                   ) | |
| ALBERTO R. GONZALES,                              ) | Chief Judge Thomas F. Hogan |
|   as United States Attorney General,         ) | |
|                                                   ) | |
|       **Defendant.**                         ) | |
|                                                   ) | |

**JOINT MOTION FOR AN ADDITIONAL**
**EXTENSION OF TIME TO COMPLETE DISCOVERY**

The parties to this proceeding, by and through counsel, hereby jointly submit this

joint motion for an additional extension of time to complete discovery in this proceeding.

In support hereof, the following facts and circumstances are respectfully submitted:

    1.   Discovery in this case currently is due to close on June 30, 2007.

    2.   Defendant's lead counsel remains heavily involved in an ongoing putative

class action Title VII case, as well as other Federal litigation, and the necessary

reassignment of this case to a Special Assistant U.S. Attorney has not yet been

accomplished.  While there have been ongoing discovery activities during this period, it

will be necessary for the incoming defense counsel to fully review discovery to date and

prepare for litigating the balance of the case.  The appointment of the incoming

defendant's counsel will be accomplished shortly.

    3.   Additionally plaintiff's counsel has been involved heavily in other United

States District Court and Federal litigation, including a currently pending appeal before

the Fourth United States Circuit Court of Appeals.  Plaintiff's counsel also has been

involved in an office move in recent weeks.  The requested additional time for the

completion of discovery in this case also will facilitate the timely completion of all open

discovery actions on behalf of the plaintiff.

4.   The proposed suspense for the completion of discovery of September 29,

2007, will not adversely affect any other procedural dates set for this proceeding.

A proposed Order is attached for the Court's consideration.

Respectfully submitted,


_____/s/_____          _____/s/_____
MICHAEL W. BEASLEY, ESQ.            JEFFREY A. TAYLOR
D.C. Bar No. 248930                 D.C. Bar No. 498610
200 Park Avenue, Suite 106          United States Attorney
Falls Church, Virginia  22046
Phone:  (703) 533-5875
E-Mail:  beasleys2@verizon.net      _____/s/_____
                                    RUDOLPH CONTRERAS
Counsel for Plaintiff               D.C. Bar No. 171538
 Zafar H. Khan                      Assistant United States Attorney


                                    _____/s/_____
                                    MARINA UTGOFF BRASWELL
                                    D.C. Bar No. 416587
                                    Assistant United States Attorney
                                    U. S. Attorney's Office
                                    555 4th Street, N.W. – Civil Division
                                    Washington, D.C.  20530
                                    Phone:  (202) 514-7226

                                    Counsel for Defendant


June 21, 2007


2