UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAFAR H. KHAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALBERTO R. GONZALES, )<br>)<br>Defendant. )<br>) | Civil Action No.: 05-1831<br><br>Chief Judge Thomas F. Hogan |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Sherease Louis, and remove the appearance of Assistant United States Attorney Marina Utgoff Braswell, as counsel for Defendant in the above-captioned case.

*/s/ Sherease Louis*
SHEREASE LOUIS,
Special Assistant United States Attorney
555 4th St., N.W. - Civil Division
Washington, D.C. 20530
(202) 307-0895
Sherease.louis@usdoj.gov