UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAFAR H. KHAN,<br><br>      Plaintiff,<br><br>v.<br><br>ALBERTO R. GONZALES,<br>  as United States Attorney General,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 05-cv-1831<br>)<br>)   Chief Judge Thomas F. Hogan<br>)<br>)<br>)<br>) |

**PLAINTIFF'S CONSENT MOTION FOR ADDITIONAL
EXTENSION OF TIME TO COMPLETE DISCOVERY**

Plaintiff Zafar H. Khan in this proceeding, by and through counsel, hereby submits this consent motion for an additional extension of time to complete discovery in this proceeding. The requested extension is to complete all discovery by November 16, 2007. In support hereof, the following facts and circumstances are respectfully submitted:

1. Discovery in this case currently is due to close on September 30, 2007.

2. Although remaining discovery in the case has been proceeding since the appointment of new counsel for Defendant, both Plaintiff's counsel and Defendant's counsel in this litigation remain actively involved in other Federal litigation. Several actions in the discovery process in this case need to be completed, however, including the conduct of numerous depositions by the parties.

3. Plaintiff's counsel has a long-scheduled business trip during September 2007, and has a Fourth United States Circuit Court of Appeals oral argument scheduled for

October 31, 2007.  The additional period of time to November 16, 2007, will enable timely completion of all remaining discovery activities.

    4.  The proposed new date for the completion of discovery of November 16, 2007, will not adversely affect any other procedural dates set for this proceeding.

    As required by the local rules, Defendant's counsel has been consulted and has consented to the requested additional extension of time.

    A proposed Order is attached for the Court's consideration.

                                   Respectfully submitted,

                                   /s/ *Michael W. Beasley*
                                  MICHAEL W. BEASLEY, ESQ.
                                  D.C. Bar No. 248930
                                  200 Park Avenue, Suite 106
                                  Falls Church, Virginia  22046
                                  Phone:  (703) 533-5875
                                  E-Mail:  beasleys2@verizon.net

                                  Counsel for Plaintiff
                                    Zafar H. Khan

September 7, 2007

## CERTIFICATE OF SERVICE

I hereby certify that one copy of the foregoing "Plaintiff's Consent Motion for Additional Extension of Time to Complete Discovery," with accompanying Proposed Order, was forwarded to the below-named counsel for Defendant through the Court's electronic filing system on this 7th day of September 2007:

Sherease Louis, Esq.
Special Assistant United States Attorney
555 Fourth Street, N. W.
Room 4821
Washington, D. C.  20530
E-Mail:  sherease.louis@usdoj.gov

                                                    */s/  Michael W. Beasley*
                                                  MICHAEL W. BEASLEY, ESQ.
                                                  D. C.  Bar No. 248930
                                                  Attorney for Plaintiff Zafar H. Khan