UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAFAR H. KHAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALBERTO R. GONZALES, )<br>  as United States Attorney General, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-cv-1831<br><br>Chief Judge Thomas F. Hogan |

## ORDER

This matter comes before the Court pursuant to Plaintiff's Consent Motion for an additional extension of time to complete discovery in this proceeding. Based upon the facts and circumstances set forth in the Motion, and the full record of this proceeding, Plaintiff's Motion is hereby GRANTED.

IT IS HEREBY ORDERED that discovery in this proceeding will conclude not later than November 16, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____

2

Serve:

Michael W. Beasley, Esq.
200 Park Avenue, Suite 106
Falls Church, Virginia  22046
beasleys2@verizon.net

Sherease Louis
Special Assistant United States Attorney
Office of the U. S. Attorney's for the District of Columbia
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
sherease.louis@usdoj.gov