## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ZAFAR H. KHAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 05-cv-1831** |
| ) | |
| **ALBERTO R. GONZALES,** ) | **Chief Judge Thomas F. Hogan** |
| as United States Attorney General, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## PLAINTIFF'S CONSENT MOTION FOR ADDITIONAL
## EXTENSION OF TIME TO COMPLETE DISCOVERY

Plaintiff Zafar H. Khan in this proceeding, by and through counsel, hereby submits this consent motion for an additional extension of time to complete discovery in this proceeding.

The current deadline for the completion of all discovery is by November 16, 2007 (per the Court's Minute Order filed October 2, 2007). The requested extension for the completion of discover is by December 14, 2007. In support hereof, the following facts and circumstances are respectfully submitted:

1. The parties are in the process of completing all scheduled depositions in this case, and concluding arrangements for the delivery of discovery-related documents. Such activities must continue beyond the current discovery completion date of November 16th, however, because of witness and attorney scheduling conflicts.

2. The proposed new date for the completion of discovery of December 14, 2007, will not adversely affect any other procedural dates set for this proceeding.

As required by the local rules, Defendant's counsel has been consulted and has consented to the requested additional extension of time.

A proposed Order is attached for the Court's consideration.

Respectfully submitted,

_____/s/ Michael W. Beasley_____
MICHAEL W. BEASLEY, ESQ.
D.C. Bar No. 248930
200 Park Avenue, Suite 106
Falls Church, Virginia  22046
Phone:  (703) 533-5875
E-Mail:  beasleys2@verizon.net
michaelbeasley@nuttyboyz.com

Counsel for Plaintiff
  Zafar H. Khan

November 14, 2007

## CERTIFICATE OF SERVICE

I hereby certify that one copy of the foregoing "Plaintiff's Consent Motion for Additional Extension of Time to Complete Discovery," with accompanying Proposed Order, was forwarded to the below-named counsel for Defendant through the Court's electronic filing system on this 14th day of November 2007:

Sherease Pratt, Esq.
Special Assistant United States Attorney
555 Fourth Street, N. W.
Room 4821
Washington, D. C.  20530
E-Mail:  sherease.pratt@usdoj.gov

_____/s/  Michael W. Beasley_____
MICHAEL W. BEASLEY, ESQ.
D. C.  Bar No. 248930
Attorney for Plaintiff Zafar H. Khan

2