# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAFAR H. KHAN, | ) |
|       Plaintiff, | ) Civil Action No. 05-1831 (TFH) |
| v. | ) |
| MICHAEL B. MUKASEY, ATTORNEY GENERAL, | ) |
|       Defendant. | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney John G. Interrante, and remove the appearance of Assistant United States Attorney Sherease Pratt, as counsel for the Defendant in the above-captioned case.

/s/
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division, E-4806
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov