UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAFAR H. KHAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALBERTO R. GONZALES, )<br>  as United States Attorney General, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-cv-1831<br><br>Chief Judge Thomas F. Hogan |

## JOINT MOTION TO ESTABLISH BRIEFING SCHEDULE

The parties to this proceeding, by and through counsel, hereby submit this Joint Motion to establish the briefing schedule in this proceeding for post-discovery pleadings.

Pursuant to the Court's docket entry of October 23, 2006, the parties hereby report that discovery in this matter has now concluded, and the parties are prepared for any further remaining litigation actions.

With the conclusion of discovery, the parties do not currently believe that mediation is appropriate for this case. Should future developments reflect the need for mediation, the Court will be promptly notified.

Defendant desires the opportunity to file a Motion for Summary Judgment in the proceeding, and respectfully requests that the initial submission date by no earlier than sixty (60) days following any Order of the Court establishing such schedule. Because of a one-week trial currently scheduled for early May 2008, Plaintiff respectfully requests at

2

least sixty (60) days to file any Opposition to such motion. Defendant respectfully requests at least thirty (30) days to file any Reply to the Plaintiff's Opposition.

The parties also respectfully request that any further litigation dates be established following the Court's Order on the Defendant's Motion for Summary Judgment.

The parties further respectfully suggest that the Court issue a Minute Order regarding its determination of briefing dates.

Respectfully submitted,

| | |
|---|---|
| /s/ *Michael W. Beasley* | /s/ *John G. Interrante* |
| MICHAEL W. BEASLEY, ESQ. | JOHN G. INTERRANTE |
| D.C. Bar No. 248930 | PA Bar No. 61373 |
| 200 Park Avenue, Suite 106 | Assistant United States Attorney |
| Falls Church, Virginia 22046 | Civil Division, E-4806 |
| Phone: (703) 533-5875 | 555 4th Street, N. W. |
| E-Mail: beasleys2@verizon.net | Washington, D. C. 20530 |
| michaelbeasley@nuttyboyz.com | Phone: (202) 514-7220 |
| | Fax: (202) 514-8780 |
| Counsel for Plaintiff | E-Mail:John.Interrante@usdoj.gov |
| | |
| | Counsel for Defendant |

January 31, 2008