UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAFAR H. KHAN, | ) |
|               Plaintiff, | ) Civil Action No. 05-1831 (TFH) |
| v. | ) |
| MICHAEL B. MUKASEY,<br>ATTORNEY GENERAL, | ) |
|               Defendant. | ) |

**DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR SUMMARY JUDGMENT**

Defendant, by and through undersigned counsel, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6(b), for an enlargement of time of 30 days to, and including, Monday, May 26, 2008, to file a motion for summary judgment in this case, which alleges discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, et seq., based on race, color, religion and national origin; retaliation for prior protected EEO activity; and constructive discharge from federal employment. Defendant's motion for summary judgment is due on April 25, 2008, pursuant to the Court's Minute Order dated February 26, 2008. Plaintiff, through counsel, consents to the requested enlargement. A proposed order modifying the Court's Scheduling Order accordingly is attached.

Defendant requires additional time for undersigned counsel to confer and consult with agency counsel, finalize the necessary declaration and exhibits, and to prepare the motion for summary judgment. Undersigned counsel was assigned to this matter at the end of discovery after the Special Assistant United States Attorney previously assigned to the case completed her detail in the Office of the United States Attorney. Additional time is also required because undersigned counsel has been recovering from complications arising from a recent illness during the initial

briefing period.

WHEREFORE, defendant respectfully requests an enlargement of time of 30 days to file a motion for summary judgment.

Respectfully submitted,

\_\_\_\_/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

\_\_\_\_/s/_____
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division, Room E-4806
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

April 24, 2008