**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| ZAFAR H. KHAN, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 05-1831 (TFH) |
| | )  ECF |
| ALBERTO R. GONZALES, | ) |
|   as United States Attorney General, | ) |
| | ) |
|        Defendant. | ) |
_____)

**NOTICE OF APPEARANCE**

      The Clerk of the Court will please enter the appearance of Special Assistant United States

Attorney Megan M. Weis as counsel for defendant in the above-captioned case.


           ___/s/_____
           MEGAN M. WEIS
           Special Assistant United States Attorney
           Civil Division
           555 4th St., NW
           Washington, D.C. 20530
           (202) 514-5134
           (202) 514-8780 (fax)
           Megan.weis@usdoj.gov