UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAFAR H. KHAN, | ) |
| Plaintiff, | ) Civil Action No. 05-1831 (TFH) |
| | ) ECF |
| v. | ) |
| MICHAEL B. MUKASEY, ATTORNEY GENERAL, | ) |
| Defendant. | ) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
TO FILE MOTION FOR SUMMARY JUDGMENT**

Defendant, Michael B. Mukasey, Attorney General, by and through undersigned counsel, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6(b), for an enlargement of time of 30 days to, and including, June 26, 2008, to file a motion for summary judgment in this case, which alleges discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, et seq., based on race, color, religion and national origin; retaliation for prior protected EEO activity; and constructive discharge from federal employment. Defendant's motion for summary judgment is due on May 27, 2008, pursuant to the Court's Minute Order dated April 25, 2008. Plaintiff, through counsel, consents to the requested enlargement. A proposed order modifying the Court's Scheduling Order accordingly is attached.

For cause, Defendant states as follows: Undersigned counsel was recently assigned to this case and entered an appearance on May 8, 2008. *See* Docket Entry #21. Undersigned counsel is a newly appointed Special Assistant United States Attorney. This case, in addition to several others, was transferred to undersigned counsel from Defendant's former counsel who is taking

extended medical leave. Undersigned counsel was assigned to this matter after the close of discovery and requires additional time to confer and consult with agency counsel, review discovery materials, and to prepare the motion for summary judgment. Further, undersigned counsel has a preliminary injunction hearing scheduled for May 27, 2008 for which counsel will need ample time this week to prepare.

WHEREFORE, Defendant respectfully requests an enlargement of time of 30 days to file a motion for summary judgment.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


__ /s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


__/s/_____
MEGAN M. WEIS
Special Assistant United States Attorney
Civil Division
555 Fourth Street, NW
Washington, D.C. 20530
(202) 514-5134
Megan.weis@usdoj.gov

May 22, 2008