# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAFAR H. KHAN, | ) |
| Plaintiff, | ) Civil Action No. 05-1831 (TFH) |
| | ) ECF |
| v. | ) |
| MICHAEL B. MUKASEY, ATTORNEY GENERAL, | ) |
| Defendant. | ) |

## ORDER

Upon Consideration of the Defendant's Consent Motion for Enlargement of Time to File Motion for Summary Judgment, for good cause shown, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that the parties shall comply with the following revised briefing schedule:

(1) Defendants' motion for summary judgment shall be filed on or before June 26, 2008;

(2) Plaintiff's opposition brief shall be filed on or before August 25, 2008; and

(3) Defendants' reply shall be filed on or before September 25, 2008.

It is **SO ORDERED** this _____ day of _____, 2008.

_____
Hon. Thomas F. Hogan
Chief Judge