UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ZAFAR H. KHAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-1831 (TFH) |
| | ) | ECF |
| v. | ) | |
| | ) | |
| MICHAEL B. MUKASEY, | ) | |
| ATTORNEY GENERAL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME
TO FILE MOTION FOR SUMMARY JUDGMENT**

Defendant, Michael B. Mukasey, Attorney General, by and through undersigned counsel, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6(b), for an enlargement of time of two (2) days to, and including, June 30, 2008, to file a motion for summary judgment in this case, which alleges discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, et seq., based on race, color, religion and national origin; retaliation for prior protected EEO activity; and constructive discharge from federal employment. Defendant's motion for summary judgment is currently due on June 26, 2008, pursuant to the Court's Minute Order dated May 28, 2008. Pursuant to Rule 7(m) of the Rules of the United States District Court for the District of Columbia, the undersigned counsel attempted to confer with Plaintiff's counsel via electronic-mail on June 26, 2008, but was unable to reach Plaintiff's counsel. A proposed order is attached for the Court's convenience.

     There is good cause for the Court to grant this Motion. The extension is needed so that the undersigned counsel can work with agency counsel further and prepare a response for client and for supervisory review prior to filing it with the Court. Counsel underestimated the amount of time it would take her to complete other tasks pending this week, including preparation for two depositions taking place tomorrow, June 27, 2008. Further, the agency counsel assigned to this case only works part time and therefore undersigned counsel has been limited in her ability to contact and work with agency counsel to fully understand the facts surrounding this case. These reasons, unfortunately, have prevented counsel from being able to complete a proper dispositive motion for filing with the Court in the time allotted.

     WHEREFORE, Defendant respectfully requests an enlargement of time of two (2) days to file a motion for summary judgment.

                                        Respectfully submitted,

                                        __/s/_____
                                        JEFFREY A. TAYLOR, D.C. Bar # 498610
                                        United States Attorney

                                        __ /s/_____
                                        RUDOLPH CONTRERAS, D.C. Bar # 434122
                                        Assistant United States Attorney

                                        __/s/_____
                                        MEGAN M. WEIS
                                        Special Assistant United States Attorney
                                        Civil Division
                                        555 Fourth Street, NW
                                        Washington, D.C. 20530
                                        (202) 514-5134

June 26, 2008