UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAFAR H. KHAN, | ) |
|           Plaintiff, | ) Civil Action No. 05-1831 (TFH) |
|           v. | ) ECF |
| MICHAEL B. MUKASEY, ATTORNEY GENERAL, | ) |
|           Defendant. | ) |

**ORDER**

Upon Consideration of the Defendant's Motion for Enlargement of Time to File Motion for Summary Judgment, for good cause shown, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that Defendants' motion for summary judgment shall be filed on or before June 30, 2008.

 

_____
Hon. Thomas F. Hogan
Chief Judge