UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ZAFAR H. KHAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-1831 (TFH) |
| | ) | ECF |
| v. | ) | |
| | ) | |
| MICHAEL B. MUKASEY, | ) | |
| ATTORNEY GENERAL, | ) | |
| | ) | |
| Defendant. | ) | |

**PROPOSED ORDER**

UPON CONSIDERATION of Defendant's motion for summary judgment, and for good cause shown, it is hereby:

ORDERED that Defendant's motion is GRANTED,

ORDERED that JUDGMENT is hereby entered in Defendant's favor on all of Plaintiff's claims.

It is **SO ORDERED** this _____ day of _____ 2008.

.

_____
HON. THOMAS F. HOGAN
Chief Judge