# EXHIBIT 2

**Complaint of Discrimination, dated September 17. 2003**

**U.S. Department of Justice**                         **Complaint of Discrimination**
                                                      *(See instructions on reverse)*

PRIVACY ACT STATEMENT: 1. AUTHORITY- The authority to collect this information is derived from 42 U.S.C. Section 2000e-16; 29 CFR Sections 1614.106 and 1614.108. 2. PURPOSE AND USE-This information will be used to document the issues and allegations of a complaint of discrimination based on race, color, sex (including sexual harassment), religion, national origin, age, disability (physical or mental), sexual orientation or reprisal.

The signed statement will serve as the record necessary to initiate an investigation and will become part of the complaint file during the investigation; hearing, if any; adjudication; and appeal, if any, to the Equal Employment Opportunity Commission. 3. EFFECTS OF NON-DISCLOSURE-Submission of this information is MANDATORY. Failure to furnish this information will result in the complaint being returned without action.

1. Complainant's Full Name: ZAFAR AHMED KHAN
Street Address, RD Number, or Post Office Box Number: 3101 Nestlewood Drive
City, State and Zip Code: Herndon, VA 20171

2. Your Telephone Number (including area code)
Home: (703) 620-9498
Work: (301) 330-3263

3. Which Department of Justice Office Do You Believe Discriminated Against You?
Bureau of Alcohol, Tobacco, Firearms Radio Communications Branch
B. Street Address of Office: 5-1 Metropolitan Court
C. City, State and Zip Code: Gaithersburg, MD 20878

4. Current Work Address: 5-1 Metropolitan Ct, Gaithersburg, MD 20878
A. Name of Agency Where You Work: Bureau of ATFE, Radio Branch
B. Street Address of Your Agency: 5-1 Metropolitan Court
C. City, State and Zip Code: Gaithersburg, MD 20878
D. Title and Grade of Your Job: Telecommunications Specialist, PD-2

5. Date on Which Most Recent Alleged Discrimination Took Place
Month: 06   Day: 20   Year: 2003

6. Check Below Why You Believe You Were Discriminated Against?
[X] Race or Color (Give Race or Color): Asian, Oriental, Brown
[X] Religion (Give Religion): Islam
[ ] Sex (Give Sex)  [ ] Male  [ ] Female
[ ] Sexual Harassment
[X] Age (Give age): 55 years
[X] National Origin (Give National Origin): Pakistani
[ ] Disability  [ ] Physical  [ ] Mental

[ ] Sexual Orientation
[ ] Reprisal
[ ] Parental Status
[ ] Class Complaint

7. Explain How You Believe You Were Discriminated Against *(treated differently from other employees or applicants)* Because of Your Race, Color, Sex (including sexual harassment), Religion, National Origin, Age, Disability (physical or mental), Sexual Orientation, Parental Status, or Reprisal. Do not include specific issues or incidents that you have not discussed with your EEO Counselor. *(You may continue your answer on another sheet of paper if you need more space.)*

Please see the attachment.

8. What Corrective Action Do You Want Taken on Your Complaint?

1) Retroactive Promotion to PD-3 w.e.f 1999 plus punitive and monetary Compensation for harassment and discrimination.
2) Withdrawl of PIP (unconditional)
3) Withdrawl of letter of Reprimand
4) Reversion of suspension with the lost pay and time
5) Transfer to Baltimore FD & more

9. A) I have discussed my complaint with an Equal Employment Opportunity Counselor and/or other EEO Official.
DATE OF FIRST CONTACT WITH EEO OFFICE: 06 / 23 / 2003
DATE OF RECEIPT OF NOTICE OF FINAL INTERVIEW WITH EEO COUNSELOR: 09 / 02 / 2003

B) Name of Counselor: Ms. Brenda Bryant
[ ] I Have Not Contacted an EEO Counselor

10. Date of This Complaint:
Month: 09   Day: 17   Year: 2003

11. Sign Your Name Here: *Zafar A. Khan*

FORM DOJ-201A
MAR. 2001

A1-1

Zafar Ahmed Khan
Telecommunications Specialist

**Narrative in response to #7 of the complaint of discrimination. Attachment to Form DOJ-201A.**

I believe I have been discriminated against and treated differently from other employees of the Radio Communications Branch of the ATFE because of my race (Asian, Oriental), my religion (ISLAM), my age (55 years of age, DOB March 28, 1948) and National origin (Pakistani/Indian) for promotion, job assignments and training.

- Double Standard for training. All other telecommunications specialists in the Radio Communications Branch are trained for a three weeks period upon their arrival, but I did not start my training until June 1999, about a year after I came to work for ATF.

- Lack of proper commensurate with my position description.
  I was treated differently than other telecommunications specialists in terms of assignments. Other employees had responsibilities of one or more ATF divisions to support. Most of my work assignment was incompatible with my job description and critical elements. Most of my duties included shipping radio accessories, inputting data in the database etc that was not part of my critical elements.

- Double standards in promotions.
  During 1999 and 2000, almost all of the telecommunications specialists were promoted to GS-13 non-competitively. I applied for promotion but was not considered for promotion despite the fact that I held a GS-13 position for over five years and had successfully completed the time in grade requirement for GS-13.

- Arbitrary requirements were set for me because of my race and religion for training. I received very positive comments from Houston FD that I supported for some time. The division was taken away from me without any reasons or just causes and I was put arbitrarily in a remedial training program. During the program, I was asked to continue shipping and clerical responsibilities for most of my time. When I tried to have a meeting with my supervisor to address my career concerns, he arbitrarily asked me to get certification from my co-workers. That was unprecedented because ATFE had no certification program.

- Promotions in ATFE Radio Branch are done on the pleasure of the management. In 1999 and 2000, I was given additional responsibilities to manage the Nextel account and the Satellite phone for the Bureau. In addition to shipping, receiving and other ordinary responsibilities incompatible with my job description. While I managed the Nextel and Satellite phone for the Bureau, they did not merit any promotion. Then all of a sudden I was asked to transfer the Nextel and Satellite

A1-2

phone responsibilities to another GS-12 employee. He was promoted to GS-13 soon after he assumed those responsibilities.

- In 2001, I applied for a promotion to PD3 position based upon my experience and education. The Radio Branch again denied me the promotion and a person from outside of agency was eased into that position without any interview process. My candidacy was never considered.

- The Radio Branch of ATFE continuously discriminated against me based on my national origin, race and religion for purpose of selection and promotion. Eight new employees were hired after me by the agency as telecommunications Specialists who depended upon me for training and other support. They were hired at the same grade level as mine and some even at lower grade level. Within few years, they were non-comparatively promoted to GS-13 (later PD3). At least two of them received promotion from GS-11 to GS-13 non-comparatively while I was constantly denied promotion.

- I was denied opportunities to apply the learned skills in the field divisions unlike other employees in the branch who spent most of their time supporting telecommunications activities. In 1999, and beyond, I was asked by my coworkers to help them in the field but the management of the Radio Branch denied the requests.

- I have more than ten years teaching experience and volunteered to provide radio communications training at the training institute in GLYNCO in South Carolina, but other specialists were asked to teach the new agents. The radio program as a result received negative publicity in the institute and was halted.

- My performance evaluation and review is written based upon hearsay, and second hand information. I have my current supervisor for the last two years. He does not travel with me to have a first hand knowledge of what support I provide to my clients and customers as an ATF telecommunications specialist for Baltimore FD. He only traveled with me to the Baltimore FD once when as a new supervisor; he went to the division to introduce himself and me as their new communication specialist. He made a short trip for the same purpose in year 2001 at the Hyattsville FO to introduce himself and to Wilmington FO once for same purpose. He has been unable to provide any technical guidance, a career counselor; rather he has been very critical of my performance.

- I have been treated differently from others in terms of the assignments and reports. In Jan. 2003, Mr. Ford, my supervisor gave me an EFJohnson radio without any technical manual, a user manual or directions. It was a new radio that the bureau had already decided to buy without evaluating it. The radio that he gave me was broken. He wanted me to evaluate that radio without benefit of any instructions and asked me to provide an evaluation report. I informed him that the

2

A1-3

radio would not power up. The radio was sent back for repairs or replacement. The other radio came malfunctioning without any literature. Consequently, that radio was never evaluated because of was broken and I could not write a report. He held me responsible for not being able to evaluate the radio and write a report.

- I do not receive feedback from the Radio management unlike other coworkers in the field. In 2002, I wrote SOP (Standard Operating Procedures for OTAR). Mr. Ford never acknowledged my contribution nor provided any feedback on that SOP, but now he accused me of having difficulties in written and oral communications. He did never propose remedial courses in written and oral communications should that be the case.

- Sam Ford does not have same standards for everyone under his supervision. There are preventive maintenance procedures that Radio Branch produced for the benefit of the employees. The purpose of the manuals and procedures is to reference to them and these s procedures are carried by all field personnel. Mr. Ford expects me to memorize the procedures and not to reference any written document while I perform and demonstrate to him that I can do preventive maintenance on radio equipment. He has been accepting my PM reports on the equipment without any questions for the last two years. All of a sudden, he is questioning my abilities to effectively work as a communication specialist at my current PD2 level. During a recent discussion, he indicated that I will not pass his PIP and that I will be removed from my federal position.

- The Radio Branch management because of my age, race, religion and ethnicity in terms of civil rights has treated me differently. On May 15, 2003, during a staff meeting, he criticized my performance for not taking care of some portable radios. This caused a public humiliation in front of my coworkers and other staff. When I brought to his attention that another worker has not been taking care of his responsibilities in terms of getting test equipment calibrated, and that I had to do his job, Mr. Ford did not say a word and did not either publicly criticized that person or even acknowledged the problem.

- My civil right were violated in 2001 by Mr. Bowks when he criticized and verbally abused me for holding discussion with another employee (PD3) who was assisting me in programming and doing maintenance on more than 170 radios that were to be prepared within 2 days in Nov. 2000. We discussed matters to improve our production and the other employee agreed with me. Mr. Bowks the next day verbally assaulted me and rebuked me for over an hour. He did not say a word to the other employee although both of us had discussed the technical matter. When I took this matter to Mr. Caldwell, the branch chief, both Mr. Bowks and Mr. Caldwell verbally assaulted me and played a tag team approach for about four hours.

A1-4   3

- In January of 2003, upon my return from annual leave, Mr., Ford called me into his office and asked me to acknowledge receipt of a memo. He forced me to put my signature on that unofficial document. I refused to put my signature because I felt that I need a counsel. He said that he wanted me to read and receive that document. If that was the intension, he could have emailed me the document. Instead of giving me an opportunity to seek the assistance of a counsel, he issued a letter of reprimand for being disrespectful. I filed grievances with Mr. Caldwell we sustained the letter of reprimand. I would say that I probably am the most courteous and respectful employee towards my superiors and even my coworkers. I have always volunteered to support and help others and constantly seek to provide professional help to my coworkers and customers. There have been many cases when another person has used vulgar language in front of Mr. Ford and has shown anger and tantrum. An investigation will support my assertion.

- Have been treated differently based upon my religion (Islam), my race (Asian), my age (55 years and 6 months now), physical disability (emphysema and asthma, and cramps in legs) color (Non-white) by the Radio Branch of ATF for job opportunities, denied promotion and work assignments. Following are the events that led me to believe that I am being treated differently than other employees in the Radio communications Branch.

- Radio Communication Branch treated me differently than other telecommunications Specialist during the time of **National emergency during 9/11/2001** terrorist attacks on WTC and the Pentagon and that was based upon my religion, race and national origin. On Sept. 11, 2001, I was on annual leave when the tragedy struck our nation. I immediately called the Radio Branch requesting cancellation of my annual leave and offered to help at the WTC New York or Pentagon location. I felt that I could respond in a timely manner due to my proximity with New York and Pentagon. Mr. Bowks, the telecommunication Manager chose to have another telecommunications specialist from Kansas City drive more than 900 miles to go to New York. Much help was also needed in the Pentagon, but he ignored my pleas and had me stay in the Gaithersburg, MD branch from 9PM to 9AM shift just sitting and doing nothing while I could have worked at the Pentagon where help was needed. I must add that I speak more than four languages including some Arabic and could have been very helpful to the FBI and other sister law enforcement agencies during investigation. The RCB did that because of my religion and race and national origin.

- During 2001 and after 9/11 attacks, Mr. Bowks, the Telecommunications Manager made several derogatory remarks against Muslims and made statements questioning their loyalty to the United States of America. He singled me out on several occasions and asked me how did I feel about the United States being under attack by the terrorists and the lack of condemnation of the local Muslim community of these attacks. He made statements alleging that the Muslims should not be trusted and that their quarantine may be in order like the round up

A1-5    4

of Japanese Americans during WWII. He expressed his views on anti-terrorism laws and said that it will be all right to suspend civil liberties of certain group of people because of their religious views, affiliations and the way they look. These views were expressed without any provocation.

- I was alienated and targeted for boycott and was barred from attending a technical session in July 2003 in which three other field communications specialist were invited to participate in technical discussions involving a National Radio communication system. Another communication specialist also attended the session from RCB. Mr. Ford, Mr. Bowks and Mr. Caldwell also attended this all day session that lasted for several days. I must mention that the ATF portable and mobile radio system is my main area of responsibilities and that I must have been given opportunity to participate in those technical and decision making discussions. I was left out of these discussions intentionally to take the phone calls and answer the doorbells and as a measure to harass and humiliate me.

- Mr. Ford allowed one of my coworker to verbally assault me while he listened and didn't intervene or stop his behavior. The verbal assault took place because I did not like being addressed as HELLO BOYS because I did not believe myself to be his boy or a slave and requested that coworker to refrain from using those words in his salutation. Mr. Bowks, who heard the verbal assault in fact defended the use of "HELLO BOYS" while Mr. Ford whose office is just a few feet away listened to the verbal abuse and let it, continue to happen. Later, for over a month, that person barred me from receiving any email on technical or non-technical matters from him. I was kept in complete isolation in matters that were of interest to the RCB including the choice of location and agenda setting for 2003 Radio Conference. I offered to prepare and teach a technical course in RF safety and save monies to the agency during that conference but the RCB management chose to hire another vendor and undisclosed amount of monies were paid to that vendor.

- I sustained religious harassment after 9/11 attacks, during Afghanistan and Iraq war. The RCB used ATF Internet to propagate funny and improper political and war cartoons and stories condemning Muslims and Islamic culture and values. One of the communication specialist advocated that we (USA0 should bomb France. It was also expressed that the entire Islamic world should be nuked and their women raped. I understand and agree with the general rage on 9/11 attacks and I felt the shock and mourned those who gave their lives in the defense of our beloved country; however I condemn the general characterization of entire Muslim community to be responsible for those attacks and pay for the cowardly acts of a few who if they were Muslims acted against the Islamic and Qur'anic injunctions. President Bush so rightly said in his post 9/11 statement when he visited the Mosque in Washington DC that Islam is a religion of peace, but the RCB management holds views other than President Bush's when it comes to Islam and Muslims. I must indicate here that most of the RCB retaliation against me occurred after 9/11/2001 when a systematic campaign was launched to

A1-6

5.

assassinate my character and image as an American citizen and my loyalties to the country I so dearly love.

- RCB management distributed a cartoon of the Candidate Gore in his shorts and gloves during Florida presidential election recount. The ATF email system was utilized to harass the employees like myself who vehemently believe in fair elections.

- ATFE management discriminated me most recently by suspending me for seven days for a minor HOV violation. The punishment was too severe for the citation that even does not merit points on my driver license. It happened after I decided to file an EEOC complaint for discriminating me in promotion and equal employment opportunity matters. I was placed on a non-duty, non-pay status from Sept. 15-22, 2003. The ATF manager to suspend me was Mr. Timothy McGinnis who is the Chief of Technical Operations Division.

- Denial of training. The RCB management denied me of the training opportunities that would have improved my credentials for upwards mobility and movement within ATF cadre. The training I requested was in financial management and accounting in addition to a course in MS access (database management). I am charged with managing RCB radio property database and training in that area was most appropriate. Mr. Ford asked to rewrite my IDP (Individual Development Plan) omitting the training that I considered vital for my long-term growth within ATF. RCB management even denied a training request in site selection and XTS radios. I must add that choosing sites for radio repeaters is an essential element of my position. Although, my request for training in XTS3000 radios was withheld by my supervisor, I am being required to prepare a report on the difference between XTS3000 and XTS5000 radios and deliver a presentation to the RCB management. How can I be reasonably expected to evaluate an XTS5000 radio if I do not have either the XTS5000 radio or training in that area that was offered to many telecommunications specialists? His attempt is nothing but to remove me from federal position as a telecommunications specialist after judging me as a misfit and incompetent for the position I currently hold.

- As a telecommunications Specialist for Baltimore FD, I should be allowed to maintain a permanent working space in my division and work close to the division TEOs and TOOs to provide an efficient technical support and address the radio needs of special agents. My proximity is necessary in timely responding to the needs of the division rather than remotely troubleshooting their needs over the phone. It is not uncommon as other telecommunication specialist has the office in the division. However, Mr. Ford is unwilling to allow me transfer my office to the Baltimore FD or to one of the affiliate field offices. This is prime example of different treatment that I receive at the RCB. If Mr. Butkiss can maintain is office in Sterling, VA. Why cant I have my office in Baltimore or Lanham, MD rather than reporting to Gaithersburg office where I have no purpose to serve except performing menial tasks on full time basis for Mr. Ford.

A1-7

6-

Or for Mr. Bowks in Mr. Ford's absence. Those tasks are not even commensurate with my position description or critical elements of my position. I must say that performance of those clerical tasks as most part of my job responsibilities prompted a request to Mr. Bowks in 2001 that angered him to the extent that, in retaliation, he sent me to Atlanta for technical evaluation.

*[Signature]*
9/17/03

7.

A1-8

**Kemer & Hunt PLLC**
**Attorneys at Law**

4920 Niagara Road Suite 322 · College Park, MD 20740
Phone: 301-982-0888 · Toll Free: 866-982-0889
Fax: 301-542-0005 · www.kemerhuntlaw.com

Attorneys At Law
Anu B. Kemer
Hughie D. Hunt, II

Of Counsel
Hassan M. Ahmad

December 19, 2003
College Park, Maryland

Mr. Anthony Torres
FAX: (202) 927-8835

Dear Mr. Torres:

I represent Mr. Zafar Ahmed Khan in his EEO filing. As per our discussion, I am requesting another extension of time within which to file Mr. Khan's complaint. I was retained by Mr. Khan only today, which does not give me enough time to competently prepare the requisite forms by the current Monday, Dec. 22 deadline.

Please do not hesitate to contact me with any questions.

Very truly yours,

Hassan M. Ahmad, Esq.

Additional offices · Baltimore: 110 St. Paul St · Ste 400 · Baltimore, MD 21202 · 410-332-4656 · Laurel: 401 Main St · Laurel, MD 20707 · 301-982-0888

A1-9