# EXHIBIT 3

**Complaint of Discrimination, dated June 26, 2004**

U.S. Department of Justice — **Complaint of Discrimination**
*(See instructions on reverse)*

PRIVACY ACT STATEMENT: 1. AUTHORITY- The authority to collect this information is derived from 42 U.S.C. Section 2000e-16; 29 CFR Sections 1614.106 and 1614.108. 2. PURPOSE AND USE-This information will be used to document the issues and allegations of a complaint of discrimination based on race, color, sex (including sexual harassment), religion, national origin, age, disability (physical or mental), sexual orientation or reprisal.

The signed statement will serve as the record necessary to initiate an investigation and will become part of the complaint file during the investigation; hearing, if any; adjudication; and appeal, if one, to the Equal Employment Opportunity Commission. 3. EFFECTS OF NON-DISCLOSURE-Submission of this information is MANDATORY. Failure to furnish this information will result in the complaint being returned without action.

1. Complainant's Full Name: ZAFAR AHMED KHAN
Street Address: 3101 Nestlewood Drive
City, State and Zip Code: Oak Hill, VA 20171

2. Your Telephone Number (including area code)
Home: (703) 620-9498
Work:

3. Which Department of Justice Office Do You Believe Discriminated Against You?
A. ATF Radio Communication Branch
B. Street Address of Office: 5-1 Metropolitan Court
C. City, State and Zip Code: Gaithersburg, MD 20878

4. Current Work Address
A. Name of Agency Where You Work:
B. Street Address of Your Agency:
C. City, State and Zip Code:
D. Title and Grade of Your Job: Telecommunication Specialist, PD-2

5. Date on Which Most Recent Alleged Discrimination Took Place
Month 04 Day 09 Year 2004

6. Check Below Why You Believe You Were Discriminated Against?
☒ Race or Color (Give Race or Color): Asian
☒ Religion (Give Religion): Islam
☐ Sex (Give Sex) ☐ Male ☐ Female
☐ Sexual Harassment
☐ Age (Give age)
☒ National Origin (Give National Origin): Pakistan
☐ Disability ☐ Physical ☐ Mental
☐ Sexual Orientation
☒ Reprisal
☐ Parental Status
☐ Class Complaint

7. Explain How You Believe You Were Discriminated Against *(treated differently from other employees or applicants)* Because of Your Race, Color, Sex (including sexual harassment), Religion, National Origin, Age, Disability (physical or mental), Sexual Orientation, Parental Status, or Reprisal. Do not include specific issues or incidents that you have not discussed with your EEO Counselor. *(You may continue your answer on another sheet of paper if you need more space.)*

Please refer to the attachment.

8. What Corrective Action Do You Want Taken on Your Complaint?

Reinstatement with back pay, reimbursement of legal expenses and reimbursement for damages. Removal of most recent performance appraisal. Promotion to PD-3 and compensation for other damages as admissible under the law.

9. A) I have discussed my complaint with an Equal Employment Opportunity Counselor and/or other EEO Official.
DATE OF FIRST CONTACT WITH EEO OFFICE: 05/05/2004
DATE OF RECEIPT OF NOTICE OF FINAL INTERVIEW WITH EEO COUNSELOR: 06/14/2004
B) Name of Counselor: A J Jones
☐ I Have Not Contacted an EEO Counselor

10. Date of This Complaint: 06/26/2004
11. Sign Your Name Here: /s/ Zafar A. Khan

FORM DOJ-201A
MAR. 2001

Narrative for #7.

I was wrongfully terminated/forced to resign based upon unsubstantiated allegations of poor performance in a PIP. The PIP and other issues were brought to the attention of ATF EEO on September 17, 2003, and are under investigation by the EEO office. ATF Radio management terminated/forced me to resign based upon the outcome of the PIP that was not validated by a neutral third party. The PIP was proposed based upon unfounded and unsubstantiated allegations of poor performance by ATF Radio Branch management who was totally biased against me based upon my prior EEO activity in 2002 and complaint of discrimination filed on September 17, 2003.

As a discriminatory example, my counterparts in the ATF Radio Branch who performed similar kind as mine received full credit for their accomplishments, only I didn't. Sam Ford completely, willfully, and blatantly ignored my accomplishments and gave me an unsatisfactory rating in my annual performance evaluation, which he used as a pretext for his recommendations for adverse personnel action. He never conducted any office visit of my assigned division throughout the evaluation period, nor had any contact with my customers. Treating me differently with other employees in work recognition, providing conducive work environment and professional treatment is a prime example of discrimination that ATF Radio management engaged in because of my race, religion and ethnicity. I am a Muslim, a naturalized citizen from Pakistani origin and was the only employee with these characteristics. Other employees who received favorable treatment as well as ATF management are mostly white, all citizen by birth and of Christian faith. Sam Ford once confessed to me that he treated different employees differently, although he twisted his statement later on.

Sam Ford always caused fear and intimidation in daily interaction with me. He publicly criticized my performance. He embarrassed me by inviting one of my coworker in my PIP evaluation and using harsh words in his presence. Inclusion of a coworker in my PIP was totally unacceptable and an act of concerted harassment.

The act of my termination/forced resignation was an act that Sam Ford had already planned as early as July 2003, when he said that I would fail in my PIP although PIP didn't end until Oct. 2003. Making up of his mind to remove me from ATF employment was a result of reprisal for my earlier EEO activity. Soon after my initial contact with EEO office, he started a systematic scheme to discredit me. His attitude towards me became belligerent, insulting and highly discriminatory.

I worked for ATF Radio Branch for more than five years. My performance during all these years except the most recent one was satisfactory. How is it that all of a sudden, my performance became unacceptable to such a level that my removal became necessary? I think this is a fair question to ask. The only reason that Sam Ford gave me a negative mid-year evaluation rating put me on a PIP and subsequently had me removed from ATF was because of my earlier EEO activity, my religion, race and ethnicity.

For additional information, please refer to my EEO complaint of September 17, 2003. I hope that the issues raised are accepted by your office based on their merits. I am categorically alleging that my termination/forced resignation from ATF are a direct reprisal for my earlier EEO activity of 2002, my complaint of Sept. 17, 2003 and because of my race, religion and national origin. I have made the above statement in a plain language and I hope that lack of legal terminology and legal language would not be a cause of non-acceptance of any issues raised.

*[signature]*

Zafar A. Khan                         June 26, 2004