# EXHIBIT 4

**EEO Counseling Report, dated June 24, 2003**

# EEO Counseling Report – Individual Complaint – Part 1

| Treasury Complaint Center: | EEO Officer: | EEO Counselor: |
|---|---|---|
| Jerry Armstrong, Director<br>Dallas Treasury Complaint Center<br>4050 Alpha Road<br>Stop 1010 MSRO<br>Dallas, Texas 75244-4201<br>972/308-1301 | Anthony Torres<br>Executive Assistant<br>650 Massachusetts, Room 8210<br>Washington, DC 20226<br>202/927-7760 | Brenda Bryant<br>650 Massachusetts Avenue, Rm. 8210<br>Washington, DC 20226<br>202/927-7760<br>Fax: 202/927-8835 |

**A. Aggrieved Person**

Name: Zafar A. Khan
Title/Series/Grade: Telecommunications Specialist, PD-391-02
Place of Employment: ATF Radio Branch
Work Phone Number: 301/330-2221
Cell Phone Number: 301/370-0540
Home Fax Number: NA
Home Address: 3101 Nestlewood Drive
Herndon, VA 20171

**B. Chronology:**

Date of Initial Contact:

June 23, 2003

Date of Initial Interview:

June 24, 2003

Date of Alleged Discriminatory Event:

June 20, 2003

Reason for delayed contact beyond 45 days, if applicable:

**C. EEOC Basis(es) for Alleged Discrimination:**

1) _X_ Race (Specify) _____Asian Oriental_____

2) ___ Color (Specify) _____

3) _X_ National Origin (Specify) _____Pakistan_____

4) ___ Sex (Specify) _____

5) _X_ Age (Date of Birth) _____3/28/48_____

6) ___ Mental Disability (Specify) _____

7) ___ Physical Disability (Specify) _____

8) _X_ Religion (Specify) _____Islam_____

9) ___ Reprisal /Retaliation (Identify earlier event and/or opposed practice, give date) _____

10) ___ Genetic Information

11) ___ Sexual Orientation

12) ___ Status as a Parent

Date Counseling Report Requested:

Date Counseling Report Submitted:

# EEO Counseling Report – Individual Complaint – Part 1
## (continued)

**Issue(s) Counseled:**

1) ___ Appointment/Hire

2) ___ Assignment of Duties

3) ___ Awards

4) ___ Conversion to Full Time

5) Disciplinary action
    A. ___ Demotion
    B. _X_ Reprimand
    C. _X_ Suspension
    D. ___ Removal

6) ___ Duty Hours

7) _X_ Evaluation/Appraisal

8) ___ Examination/Test

9) Harassment
    A. ___ Non-sexual
    B. ___ Sexual

10) ___ Medical examination

11) ___ Pay including overtime

12) ___ Promotion/Non-selection

13) Reassignment
    A. ___ Denied
    B. ___ Directed

14) ___ Reasonable accommodation

15) ___ Reinstatement

16) ___ Retirement

17) ___ Termination

18) ___ Terms/Conditions of Employment

19) ___ Time and Attendance

20) ___ Training

21) ___ Other (Specify) _____

**D. Precise Description of the Issue(s) Counseled:** The aggrieved alleges discrimination based on race (Asian-Oriental) national origin (Pakistan), Age (DOB: 3/28/48) and religion (Islam) resulted in a performance improvement plan for 90 days on June 20, 2003, a Letter of Reprimand, and a Notice of Proposed Suspension (7-Days) on June 26, 2003.

**E. Remedy Requested:**

1. Promotion from PD2 to PD3 retroactive since he was eligible,
2. Withdraw the Performance Improvement plan (unconditional) and the Letter of Reprimand,
3. Letter of apology, and
4. Assign to the Baltimore Division.

**F. EEO Counselor's Checklist**

The counselor discussed EEO rights and responsibilities and provided a copy of the Notice of Rights and Responsibilities to the aggrieved person. A signed copy is attached.

B1-2



# EEO Counseling Report – Individual Complaint – Part 1
## (continued)

**Waiver of Anonymity:**

An EEO Counselor cannot reveal the identity of a person who has come for counseling, except when authorized to do so by the person counseled. Are you willing to have your name revealed during the counseling stage?

Yes ✓   No ___

If answer is "Yes," you must give permission by signing your name in the space following:

*Zafar A. Khan*

---

**On the same matter has the aggrieved person:**

Filed a grievance under a negotiated grievance procedure?   ___Yes  ✓ No

---

**On the same matter has the aggrieved person:**

Filed a grievance under the Agency grievance system?   ___Yes  ✓ No

---

**On the same matter has the aggrieved person:**

Appealed to the Merit Systems Protection Board?   ___Yes  ✓ No

If yes, what is its status?

---

**Does the aggrieved person elect to have a representative?**

___Yes  ✓ No

Representative's Name:
Telephone number:
Fax number:
Address:

**Note:** The aggrieved person may elect representation at any time during the EEO process by completing a written designation of representative.

---

*Brenda Bryant*                                            6/24/03
*Zafar A. Khan*                                            6/24/03
**Signature of Counselor**                                 **Date**

B1-3

# EEO Counseling Report – Individual Complaint – Part 2

## Summary of Informal Resolution Attempts

### A. Chronology of Counseling Activities and Personal Contacts:

1. Name: Zafar A. Khan
   Title: Telecommunications Specialist
   Directorate: OST
   Telephone number: (301) 330-2221
   Date: June 24, 2003
   Information provided: The aggrieved alleges that based on his race (Asian-Oriental) national origin (Pakistan), age (DOB: 3/28/48) and religion (Islam) resulted in a Performance Improvement Plan for 90 days on June 20, 2003, issued a Letter of Reprimand, and a Notice of Proposed Suspension on June 26, 2003.

2. Name: Zafar A. Khan
   Title: Telecommunications Specialist
   Directorate: OST
   Telephone number: (301) 330-2221
   Date: June 30, 2003
   Information provided:
   Counselor met and discussed the Performance Improvement Plan and the Letter of Reprimand with Mr. Zafar Khan. Mr. Khan alleges that he is treated differently, overlooked for promotion, assigned more duties than other co-workers in the office (GS-13), and assigned menial duties (shipping and receiving radios). Mr. Khan disagree with the performance improvement plan. He alleges he has met and/or exceeds the critical elements. He has received positive recommendations and/or feedback from customers and is often asked by co-workers for assistance in completing assignments.

   Page 3 – Example #1: More than one person is required to complete this task. His co-workers are not required to submit a technical report; he claims that he is being singled out. The radios were received broken, without a manual and were missing parts.

   Page 3 - Example #2: Requires two people to check the radios. He initiated the meeting with the SAC in Baltimore, located and coordinated a site free of cost to ATF. Mr. Ford requested a user map for the site. Mr. Khan asked for assistance with the mapping program. Mr. Ford couldn't offer assistance and referred him to someone else.

B1-4

Page 5 - Example #1: Mr. Khan does not use surveillance kits, only SRT members use them. He can't evaluate battery chargers without a lab.

Page 5 - Example #2: Mr. Ford asked for 12 OTAR. The codes were emailed and a hard copy was given to Mr. Ford. Mr. Ford called Mr. Khan at home asking him why he didn't complete the assignment. Mr. Khan didn't fax the codes because he didn't have access to a secure fax machine.

Written procedures are used by Mr. Khan because he can't retain all of the information. He has asked for training but was turned down or told no funds are available. During a staff meeting, he was chastised about his performance in front of his co-workers. His co-workers made a derogatory comments (jokes that Mr. Khan believes insults his holy prophet) about his religion (Islam) in front of Mr. Samuel Ford and no action was taken.

Mr. Khan alleges that the evaluation given by Mr. Ford is not true. He says it is based on second hand knowledge and is being used as a tactic to keep him from being promoted or fired.

Mr. Zafar Khan and Mr. Samuel Ford agreed to mediation on August 12, 2003.

3. Name: Mr. Samuel Ford
   Title: Telecommunications Manager
   Directorate: OST
   Telephone number: (301) 330-3263
   Date: July 7, 2003
   Information provided: Samuel Ford stated that Mr. Khan requires close supervision and assistance from other specialists. He has failed to complete assignments. He was trained and has taken several classes to enhance his skills for the position. Mr. Ford also stated that he is trying to work with Mr. Khan, but his performance on the job continue to deteriorate, which resulted in him being placed on a performance improvement plan.

4. Name: Brenda Bryant
   Title: Counselor
   Directorate: EO
   Telephone number: (202) 927-7760
   Date: September 2, 2003
   Information provided: Final interview was held with Mr. Khan. Counselor was informed that Mr. Khan is withdrawing from the mediation due to a proposal for a 7 days suspension that he received recently. The proposed suspension is the outcome of an investigation performed by the Office of Inspection. Mr. Khan received a citation for violation of the HOV lane. Mr. Samuel Ford states that the proposed suspension is the result of an OI investigation over which he had no control. Notice of Right to file was issued.

БІ-5

# EEO Counseling Report – Individual Complaint – Part 2 continued

**C. Summary description of pre-complaint issues:** The aggrieved alleges discrimination based on race (Asian-Oriental) national origin (Pakistan), Age (DOB: 3/28/48) and religion (Islam) resulted in a performance improvement plan for 90 days on June 20, 2003, issued a Letter of Reprimand, and a Notice of Proposed Suspension on June 26, 2003.

**D. Remedial action desired:**

1. Promotion from PD2 to PD3 retroactive since he was eligible,
2. Withdraw the Performance Improvement plan (unconditional) and the Letter of Reprimand,
3. Letter of apology; and
4. Assigned to the Baltimore Division.

| E. Date of final interview: 7-2-03 | F. Total number of hours spent counseling this case: 16 |
|---|---|
| G. Signature of counselor: Brenda Bryant | H. Date of this report: 9-5-03 |

B1-6

**B. ADR**

The ADR process was fully explained to the aggrieved person. Counselor provided the Election between EEO Counseling and Alternative Dispute Resolution handout to the aggrieved person and fully explained the ADR process.

_____Brenda Bryant_____   _7-1-03_
Brenda Bryant, EEO Counselor        Date
Equal Opportunity
Bureau of Alcohol, Tobacco, Firearms and Explosives
650 Massachusetts Avenue, NW
Room 8210
Washington, DC 20226
202/927-7760

☑ I elect mediation instead of traditional EEO counseling.

☐ I do not elect mediation and wish to continue with traditional EEO counseling.

_____   _7/1/03_
Signature of Aggrieved Person        Date

B1-7