# EXHIBIT 5

**Acceptance of Complaint of Discrimination, dated November 2, 2004**



U.S. Department of Justice

Bureau of Alcohol, Tobacco,
Firearms and Explosives

---

Washington, DC 20226
www.atf.gov

NOV 2 2004

Zafar Ahmed Khan
3101 Nestlewood Drive
Oak Hill, Virginia 20171

SUBJECT: Acceptance of Complaint of Discrimination of Zafar Ahmed Khan, DOJ Case Number: E-04-0044

Dear Mr. Khan:

This is in reference to your Equal Employment Opportunity (EEO) discrimination complaint dated June 26, 2004, against John Ashcroft, Attorney General, Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). The claim to be investigated is:

Whether you were discriminated against because of your race (Asian), religion (Islam), national origin, and retaliated against for prior EEO activity when:

You were allegedly forced to resign on April 9, 2004.

If you believe that the issue in your complaint is not correctly identified, please notify me in writing within **7-days** of your receipt of this letter and specify why you believe that the issue is not correctly identified.

A Contract EEO Investigator will contact you when the investigation begins. Also, Equal Employment Opportunity Commission regulations require that you notify this office of any prolonged absence from your current address and any change of address and/or telephone number.

If you have questions, please contact Marceita C. Alexander, EEO Complaints Manager of my staff at (202) 927-8815.

Sincerely,

Anthony N. Torres
Executive Assistant, (EO)

019