# EXHIBIT 6

### EEO Order, dated April 28, 2005

**UNITED STATES OF AMERICA
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
BALTIMORE DISTRICT OFFICE**

| | |
|---|---|
| ZAFAR A. KHAN,<br><br>Complainant,<br><br>v.<br><br>JOHN ASHCROFT, Attorney General,<br>Department of Justice,<br><br>Agency. | APR 2 8 2005<br><br>EEOC Case No.<br>120-2005-00046X<br><br>Agency Case No.<br>E-03-0001<br><br>Charles Shubow,<br>Administrative Judge |

## ORDER

Upon consideration of the Complainant's Motion to Consolidate, the Agency's Response, and the Agency's Request for Remand, I am hereby GRANTING Complainant's Motion to Consolidate Agency Case Numbers E-03-001 and E-04-0044 for processing. Because E-04-0044 is a "mixed case" complaint, and the two complaints are inextricably intertwined, the consolidated complaints are hereby remanded to the Department of Justice for appropriate processing pursuant to 29 C.F.R. 1614.302.

4-28-05
Date

Charles Shubow
Administrative Judge

cc: Jill Weissman
Bureau of Alcohol, Tobacco, Firearms and Explosives
(202) 927-6116 (by fax)

Michael Beasley
(703) 241-5585 (by fax)