# EXHIBIT 9

**Affidavit of James Bowks**

# AFFIDAVIT

STATE OF _____

CITY OF _____

I, James Bowks, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), U.S. Department of Justice (DOJ), make the following statement freely and voluntarily to Daniel Willard Jewell, who has identified himself to me as a Contract EEO Investigator for ATF, investigating a complaint of employment discrimination filed by Zafar Khan, knowing that this statement may be used in evidence. I understand that this statement is not strictly confidential and may be shown to any interested party with a legally recognized need to know.

I hereby solemnly swear or affirm, under penalty of law for perjury:

Q1. (a) Please state your full name, position title, grade and job series.

(b) Please also state your race, religion, birthdate, skin color and national origin.

A1. (a) James Norman Bowks, Telecommunications Manager, GS391-PD3

(b) Black, Catholic, 07/23/1947, Brown, United States

Q2. (a) What is the name of the office in which you work?

(b) What are the names of any other organizational branches, divisions or offices between your office and the Office of the Director for ATF?

A2. (a) Technical Services Division; Radio Communications Branch

(b) Technical Services Division; Office of Science and Technology

Q3. Who are your first and second level supervisors?

A3. Mr. Brad A. Caldwell and Mr. Timothy McGinnis respectively

Q4. In general, what are your duties? How many individuals do you supervise and what are their positions and grade levels?

A4. Telecommunications Manager; Management of land-mobile radio communications installation and maintenance; Seven (7) subordinates.

Q5. (a) How long have you known Zafar A. Khan?
(b) Do or did you supervise him and, if so, for what period of time?
(c) Please describe the nature of the work he performs or performed in the past.
(d) Are there any other individuals in your office who perform similar work? If yes, please identify each individual by name, position title, grade and describe the type of work the individual performs.

A5. (a) Since the beginning of his employment with the Bureau.
(b) I did supervise him from November 21, 1999 until September 30, 2001.
(c) He was required to perform maintenance and installation of land-mobile radio systems and equipment.
(d) Yes there are presently two other individuals tasked with similar responsibilities. Their names are Huel Benton and Michael Chorn. Their grade is

Page 2 of 10

FIG-2

Initials

GS-391-PD2. Their duties and responsibilities are as those described for Zafar Khan.

Q6. What do you know, believe or understand Mr. Khan's race, religion, age, skin color and national origin to be?

A6. I understand him to be of Indian origin, Muslim Faith, and of brown skin color.

Q7. Mr. Khan alleges he was retaliated against for his past EEO activity. When and how did you first learn he complained of employment discrimination or had in some way participated in the EEO complaint process and what do you know of his activity?

A7. I learned in passing several weeks ago of the complaint. I have no further details on that matter.

Q8. Mr. Khan alleges he was discriminated against because of his race, religion, age, skin color and national origin when he was suspended from his position between September 15 and 22, 2003. He asserts the suspension was based on his receipt of a citation for a minor HOV driving violation and was too severe a penalty for what he did.

(a) What is your response to his assertion?

(b) Why was Mr. Khan suspended? Please explain in detail.

(c) How were you involved in the suspension decision? Please explain in detail.

Page 3 of 10                                                                    Initials

(d) Were you involved in suspending any other employee from duty at any time between September 2001 and September 2003? If yes, please explain in detail with the employee's name, position title, grade, race, religion, age, skin color, national origin, dates of suspension, reason for suspension and how you were involved.

A8. (a) I have no response to his assertion. I was not a part of that process.

(b) Refer to answer A8 (a).

(c) Refer to answer A8 (a)

(d) I was not a part of any suspension during the specified period.

Q9. Mr. Khan also alleges he was discriminated against because of his race, religion, age, skin color and national origin when he was placed on a Performance Improvement Plan (PIP) for 90 days on or about June 20, 2003.

(a) Why was Mr. Khan placed on a PIP? Please explain in detail.

(b) How were you involved in the decision to place Mr. Khan on a PIP? Please explain in detail.

(c) What were the terms of the PIP and what activities transpired in relation to and during the period of the PIP? Please explain in detail.

(d) What was the outcome of the PIP? Please explain in detail.

(e) Were you involved in placing any other employee on a PIP at any time between June 2001 and June 2003? If yes, please explain in detail with the employee's name, position title, grade, race, religion, age, skin color, national origin, dates of PIP, reason for PIP, outcome of PIP and how you were involved.

F6-4                                    Initials _____

A9. (a) My understanding of his placement on a PIP was that he failed to maintain proficiency in his assigned area of responsibility.

(b) I was not involved in the decision to place Mr. Khan on a PIP.

(c) Please refer to answer A9 (b).

(d) I was not a part of the decision-making or the evaluation process for the PIP.

(e) No.

Q10. Mr. Khan also alleges he was retaliated against because of his EEO activity when he was relieved of his responsibilities as a Telecommunications Specialist for the Baltimore Field Division on or about September 22, 2003.

(a) What is your response to his assertion?

(b) What duties were taken away from Mr. Khan and why was he relieved of them? Please explain in detail.

(c) How were you involved in the decision to remove any of his duties? Please explain in detail.

(d) Were any of these removed duties restored to him? Please explain why, what the duties are and when this occurred.

(e) Were you involved in removing the duties of any other employee at any time between September 2001 and September 2003? If yes, please explain in detail with the employee's name, position title, grade, race, religion, age, skin color, national origin, description of duties removed, dates of removal, reason for removal and how you were involved.

A10. (a) My knowledge of this incident through a verbal exchange of information, is that as a consequence of his failure of the PIP, he was relieved of all responsibilities that were not directly supervised.

(b) I do not have complete knowledge of the details of this decision.

(c) I was not involved.

(d) I do not know.

(e) No.

Q11. Mr. Khan also alleges he was retaliated against because of his EEO activity when his use of a government vehicle was suspended on or about September 22, 2003.

(a) What is your response to his assertion?

(b) What kind of vehicle was involved, why did Mr. Khan previously have use of it and why was its use taken away from him? Please explain in detail.

(c) How were you involved in the decision to remove his use of a vehicle? Please explain in detail.

(d) Was his use of a vehicle restored to him? Please explain why, what the terms of usage were and when this occurred.

(e) Were you involved in removing the use of a government vehicle of any other employee at any time between September 2001 and September 2003? If yes, please explain in detail with the employee's name, position title, grade, race, religion, age, skin color, national origin, description of vehicle and usage removed, dates of removal, reason for removal and how you were involved.

A11. (a) I can only answer for myself. I offered friendly advise to Mr. Khan throughout this process, and certainly did not retaliate against him.

(b) The vehicle was a Chevrolet Blazer. He had use of the vehicle to perform his assigned duties. I am not in a position to answer the remaining parts to this question.

(c) I was not involved.

(d) I am not in a position to answer this question.

(e) No.

Q12. Mr. Khan also alleges he was retaliated against because of his EEO activity when his PIP was extended until about October 17, 2003.

(a) What is your response to his assertion?

(b) Why was his PIP extended, what were the terms of the extension and what activities transpired in relation to and during the period of the extension? Please explain in detail.

(c) How were you involved in the decision to extend his PIP? Please explain in detail.

(d) What was the outcome of the extension and when did it end? Please explain in detail.

(e) Were you involved in extending a PIP for any other employee at any time between October 2001 and October 2003? If yes, please explain in detail with the employee's name, position title, grade, race, religion, age, skin color, national origin,

F6-7            Initials

description of extension, dates of extension, reason for extension and how you were involved.

A12.  (a) I was not a part of the decision or the process.

(b) I was not a part of the decision or the process

(c) I was not a part of the decision or the process

(d) I was not a part of the decision or the process

(e) No.

Q13.  Mr. Khan also alleges that he was verbally assaulted by a co-worker when the co-worker used the term "hello boys" in his presence. He further asserts that he complained about the use of this term but his supervisors did nothing about it and even defended the co-worker's use of the term.

(a) What is your response to these allegations?

(b) Were you present or did you hear of this incident from someone else? Please explain in detail and state what you heard, the circumstances of the incident and what actions you took or what you said.

A13.  (a) "Hello Boys" is a term frequently used by the co-worker referring to everyone.

(b) My direct knowledge of this particular incident is limited to the receipt of Mr. Khan's email and a verbal exchange with Mr. Khan. I was not in a position to respond to his complaint. It is my belief that this particular incident was a misunderstanding on the part of Mr. Khan and I related that opinion to him.

Q14. (a) In connection with the above allegations by Mr. Khan, did you ever take any action or make any decision with intent to discriminate or retaliate against him because of his race, religion, age, skin color, national origin or his EEO activity?

(b) Do you have any reason to believe anyone else discriminated or retaliated against him?

(c) If yes, who is that person and why do you believe this?

A14. (a) No.

(b) No.

(c) Not Applicable

Q15. (a) Is there anyone you would like to suggest as a witness for the Investigator to interview on the above issues?

(b) If yes, please provide the person's name and explain why he or she should be interviewed.

A15. (a) No.

(b) Not Applicable

I have read the above statement and declare that it is truthful, accurate and complete to the best of my knowledge, information and belief, under penalty of law for perjury. I understand that the information I have given is not to be considered strictly

confidential and may be shown to interested parties pursuant to regulations of the U.S. Equal Employment Opportunity Commission governing the processing of this administrative complaint and located at Title 29, Code of Federal Regulations, Part 1614.

_____
James Bowles

_____3/9/04_____
Date

Subscribed before me at

_____ on
(location)

this __9__ day of __March__, 2004.

_____
Witness to Affiant's Signature

Page 10 of 10

FG-10

Initials _____