# EXHIBIT 10

## Affidavit of Brad Caldwell

# AFFIDAVIT

STATE OF _____

CITY OF _____

    I, Brad Caldwell, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), U.S. Department of Justice (DOJ), make the following statement freely and voluntarily to Daniel Willard Jewell, who has identified himself to me as a Contract EEO Investigator for ATF, investigating a complaint of employment discrimination filed by Zafar Khan, knowing that this statement may be used in evidence. I understand that this statement is not strictly confidential and may be shown to any interested party with a legally recognized need to know.

    I hereby solemnly swear or affirm, under penalty of law for perjury:

    Q1.    (a) Please state your full name, position title, grade and job series. (b) Please also state your race, religion, birthdate, skin color and national origin.

    A1.    Brad Alan Caldwell
                Chief, Radio Communications Branch
                PD-3, Series 391
                Caucasian, Baptist, 12/24/56, White, American

    Q2.    (a) What is the name of the office in which you work? (b) What are the names of any other organizational branches, divisions or offices between your office and the Office of the Director for ATF?

    A2.

    a.   Radio Communications Branch

    b.   Technical Services Division, Office of Science and Technology

Q3. Who are your first and second level supervisors?

A3. Timothy A. McGinnis
Linda Cureton

Q4. In general, what are your duties? How many individuals do you supervise and what are their positions and grade levels?

A4. As Chief, Radio Communications Branch I have overall responsibility of ATF's Land Mobile Radio (LMR) and Communications Security (COMSEC) programs to include management controls, policy and procedures, planning, funding, implementation, and management oversight of these programs.

I currently supervise 5 individuals

2 – Telecommunications Managers (Radio), PD-3
1 – Telecommunications Technical Advisor, PD-3
1 – Telecommunications Specialist (COMSEC), PD-3
1 – Administrative Officer, GS-9

Q5. (a) How long have you known Zafar A. Khan? (b) Do or did you supervise him and, if so, for what period of time? (c) Please describe the nature of the work he performs or performed in the past. (d) Are there any other individuals in your office who perform similar work? If yes, please identify each individual by name, position title, grade and describe the type of work the individual performs.

A5. Since his employment with ATF on July 5, 1998

b. Yes, from July 5, 1998 to November 21, 1999

c. Zafar Kahn was hired to fill the position of a Telecommunications Specialist (Radio) for the Radio Communications Branch located at

Gaithersburg, Maryland. This is a technical position that would provide logistical and operational support for ATF's Two-Way Land Mobile Radio (LMR) communications system. The support would include, but not be limited to:

- Installation of Radio Equipment
- Troubleshooting of Radio Equipment
- Preventive Maintenance
- Training Radio Users
- Providing Tactical Communications Support for Law Enforcement investigations/operations

    d.    Yes

Huel Benton
Telecommunications Specialist (Radio)
PD-2
Same as above

Michael Chorn
Telecommunications Specialist (Radio)
PD-2
Same as above

Q6. What do you know, believe or understand Mr. Khan's race, religion, age, skin color and national origin to be?

A6. Asian, Unknown, Mid 50s, Olive, Pakistan

Q7. Mr. Khan alleges he was retaliated against for his past EEO activity. When and how did you first learn he complained of employment discrimination or had in some way participated in the EEO complaint process and what do you know of his activity?

A7. The first knowledge of a possible EEO complaint by Zafar Khan was on or around February 6, 2002. I learned of this through his first line supervisor. I was informed that the complaint was regarding some documentation that was being maintained in Mr. Khan's office personnel file.

Q8. Mr. Khan alleges he was discriminated against because of his race, religion, age, skin color and national origin when he was suspended from his position between September 15 and 22, 2003. He asserts the suspension was based on his receipt of a citation for a minor HOV driving violation and was too severe a penalty for what he did. (a) What is your response to his assertion? (b) Why was Mr. Khan suspended? Please explain in detail. (c) How were you involved in the suspension decision? Please explain in detail. (d) Were you involved in suspending any other employee from duty at any time between September 2001 and September 2003? If yes, please explain in detail with the employee's name, position title, grade, race, religion, age, skin color, national origin, dates of suspension, reason for suspension and how you were involved.

A8.

a. Zafar Kahn did receive a traffic violation from the Fairfax County PD for driving a government vehicle in an HOV lane with only one occupant. Although the HOV violation in a government vehicle started the process, his suspension was based on:

  1. Providing false statements to Law Enforcement Officer
  2. Failure to report an incident involving a Government Furnished Automobile

b. Mr. Khan was suspended for the reasons stated above.

c. I was not involved in the decision process of the suspension.

d. No

Q9. Mr. Khan also alleges he was discriminated against because of his race, religion, age, skin color and national origin when he was placed on a Performance Improvement Plan (PIP) for 90 days on or about June 20, 2003. (a) Why was Mr. Khan placed on a PIP? Please explain in detail. (b) How were you involved in the decision to place Mr. Khan on a PIP? Please explain in detail. (c) What were the terms of the PIP and what activities transpired in relation to and during the period of the PIP? Please explain in detail. (d) What was the outcome of the PIP? Please explain in detail. (e) Were you involved in placing any other employee on a PIP at any time between June 2001 and June 2003? If yes, please explain in detail with the employee's name, position title, grade, race, religion, age, skin color, national origin, dates of PIP, reason for PIP, outcome of PIP and how you were involved.

A9.

a. Mr. Khan was place on the PIP to provide him the opportunity to improve his performance in his job related areas that were identify as being substandard.

b. As Mr. Khan's second level supervisor and the Chief of the Radio Communications Branch, I was consulted by Mr. Khan's first line supervisor toward Zafar Khan's placement on a Performance Improvement Plan.

c. A copy of Mr. Khan's PIP and supporting documentation can be provided upon request with concurrence of our legal department.

d. Mr. Khan failed to successfully complete the PIP.

e. No.

Q10. Mr. Khan also alleges he was retaliated against because of his EEO activity when he was relieved of his responsibilities as a Telecommunications Specialist for the Baltimore Field Division on or about September 22, 2003. (a) What is your response to his assertion? (b) What duties were taken away from Mr. Khan and why was he relieved of them? Please explain in detail. (c) How were you involved in the decision to remove any of his duties? Please explain in detail. (d) Were any of these removed duties restored to him? Please explain why, what the duties are and when this occurred. (e) Were you involved in removing the duties of any other employee at any time between September 2001 and September 2003? If yes, please explain in detail with the employee's name, position title, grade, race, religion, age, skin color, national origin, description of duties removed, dates of removal, reason for removal and how you were involved.

A10.

a. Mr. Khan was relieved of his responsibilities as the Telecommunications Specialist for the Baltimore Field Division so that he could devote 100 percent of his time and effort toward completing the PIP.

b. All of Mr. Khan's support responsibilities toward the Baltimore Field Division were taken away. The reason is stated above.

c. As the second level supervisor to Mr. Khan, I was consulted by Mr. Khan's first line supervisor and concurred with his recommendation.

d. No

e. No

Q11. Mr. Khan also alleges he was retaliated against because of his EEO activity when his use of a government vehicle was suspended on or about September 22,

2003. (a) What is your response to his assertion? (b) What kind of vehicle was involved, why did Mr. Khan previously have use of it and why was its use taken away from him? Please explain in detail. (c) How were you involved in the decision to remove his use of a vehicle? Please explain in detail. (d) Was his use of a vehicle restored to him? Please explain why, what the terms of usage were and when this occurred. (e) Were you involved in removing the use of a government vehicle of any other employee at any time between September 2001 and September 2003? If yes, please explain in detail with the employee's name, position title, grade, race, religion, age, skin color, national origin, description of vehicle and usage removed, dates of removal, reason for removal and how you were involved.

A11.

a. Mr. Khan's use of a government vehicle was not suspended, however, his Home-To-Work (HTW) authorization with a government vehicle was suspended.

b. 1996, Chevrolet, Blazer. As a Telecommunications Specialist providing communications support to the Baltimore field division, Mr. Khan met the criteria for HTW authorization of a government vehicle. Once his communications support responsibilities for the Baltimore field division was taken away, he no longer met the criteria for HTW authorization of a government vehicle. A government vehicle was always available at our branch for Mr. Khan to use for any official government related duties.

c. As the second level supervisor to Mr. Khan, I concurred with Mr. Khan's first line supervisor's recommendation.

d. Use of a government vehicle for official government related duties was never taken away from Mr. Khan. HTW authorization has not been restored since he does not have the communications support responsibilities for a field division due to the unsuccessful completion of the PIP.

e. No.

Q12. Mr. Khan also alleges he was retaliated against because of his EEO activity when his PIP was extended until about October 17, 2003. (a) What is your response to his assertion? (b) Why was his PIP extended, what were the terms of the extension and what activities transpired in relation to and during the period of the extension? Please explain in detail. (c) How were you involved in the decision to extend his PIP? Please explain in detail. (d) What was the outcome of the extension and when did it end? Please explain in detail. (e) Were you involved in extending a PIP for any other employee at any time between October 2001 and October 2003? If yes, please explain in detail with the employee's name, position title, grade, race, religion, age, skin color, national origin, description of extension, dates of extension, reason for extension and how you were involved.

A12.

a. Mr. Khan's PIP due date was extended at the benefit of Mr. Khan to provide him every opportunity to successfully complete the PIP and be a productive employee of our branch.

b. The PIP was extended at the recommendation of Mr. Khan's first line supervisor since Mr. Khan had numerous days absent from work during the PIP due to illness and also a five workday suspension.

c. I was consulted by Mr. Khan's first line supervisor and supported his recommendation.

d. Mr. Khan's PIP was extended to October 17, 2003. Unfortunately even with the extension, Mr. Khan failed to satisfactorily complete the PIP.

e. No.

Q13.  Mr. Khan also alleges that he was verbally assaulted by a co-worker when the co-worker used the term "hello boys" in his presence. He further asserts that he complained about the use of this term but his supervisors did nothing about it and even defended the co-worker's use of the term. (a) What is your response to these allegations? (b) Were you present or did you hear of this incident from someone else? Please explain in detail and state what you heard, the circumstances of the incident and what actions you took or what you said.

A13.

a. I was informed by Mr. Khan's first line supervisor about an email that was sent out from one of our employees of the branch to all of the Telecommunications Specialists (Radio) which used the term "Hello Boys" on the initial greeting of the email that Mr. Khan indicated he took offense too. I was also informed that Mr. Khan's first line supervisor explained to Mr. Khan that the greeting meant no ill intent. I was also told that Mr. Khan's first line supervisor instructed the sender of the email not to address any future correspondence to Mr. Khan with the above referenced greeting.

b. Mr. Khan's first line supervisor informed me. After being told of the steps taken above I felt no further action was required.

Q14. (a) In connection with the above allegations by Mr. Khan, did you ever take any action or make any decision with intent to discriminate or retaliate against him because of his race, religion, age, skin color, national origin or his EEO activity? (b) Do you have any reason to believe anyone else discriminated or retaliated against him? (c) If yes, who is that person and why do you believe this?

A14.

a. No.

b. No.

c. N/A

Q15. (a) Is there anyone you would like to suggest as a witness for the Investigator to interview on the above issues? (b) If yes, please provide the person's name and explain why he or she should be interviewed.

A15. No.

I have read the above statement and declare that it is truthful, accurate and complete to the best of my knowledge, information and belief, under penalty of law for perjury. I understand that the information I have given is not to be considered strictly confidential and may be shown to interested parties pursuant to regulations of the U.S. Equal Employment Opportunity Commission governing the processing of this administrative complaint and located at Title 29, Code of Federal Regulations, Part 1614.

_____
Brad Caldwell

3/9/04
_____
Date

Subscribed before me at

_5-1 Metropolitan Ct., Gaithersburg, MD  20878_ on
(location)

this ___09___ day of __March_____, 2004.

*Jean Marie Lohr*
Witness to Affiant's Signature