# EXHIBIT 12

## Deposition of Samuel L. Ford

Samuel Ford

```
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLUMBIA
 3   - - - - - - - - - - - - - - - - - - -X
     ZAFAR H. KHAN,                        :
 4                                         :
              Plaintiff                    :  Case No:
 5                                         :  1:05-cv-01831-TFH
                  -vs-                     :
 6                                         :  Pages 1 - 143
     ALBERTO R. GONZALES, IN HIS           :
 7   OFFICIAL CAPACITY AS UNITED           :
     STATES ATTORNEY GENERAL,              :
 8                                         :
              Defendant.                   :
 9   - - - - - - - - - - - - - - - - - - -X
10
11
12              Deposition of Samuel Ford
13                   Washington, D.C.
14               Friday, November 9, 2007
15
16
17
18
19
20
21   Reported by:  Kathleen M. Vaglica, RMR
22   Job No:   184047B
```

**COPY**

Samuel Ford

Page 2

1

2

3

4

5

6

7              November 9, 2007

8                (10:08 a.m.)

9

10 Deposition of Samuel Ford, held at the offices of:

11

12      United States Attorney's Office

13      501 3rd Street, N.W.

14      4th Floor

15      Washington, D.C. 20530

16

17

18 Pursuant to notice, before Kathleen M. Vaglica, RMR,

19 a Notary Public in and for the District of Columbia.

20

21

22

                                                          Page 3
 1              A P P E A R A N C E S

 2

 3

 4  COUNSEL FOR PLAINTIFF

 5       MICHAEL W. BEASLEY, ESQUIRE

 6       Law Offices of Michael W. Beasley

 7       200 Park Avenue

 8       Suite 106

 9       Falls Church, VA 22046

10       (703) 533-5875

11

12  COUNSEL FOR DEFENDANT

13       SHEREASE PRATT, ESQUIRE

14       United States Attorney's Office

15       501 3rd Street, N.W.

16       4th Floor

17       Washington, D.C.  20530

18       (202) 307-0895

19

20

21

22

1  evaluation in many critical elements.  He relied on
2  many other technicians to perform his job, so, as my
3  first year as his supervisor giving him the benefit
4  of the doubt, not having put him on a performance
5  improvement plan that year because, as a new
6  supervisor and him being new to the division, he did
7  not have an opportunity or did not demonstrate all
8  those tasks that first year because of projects and
9  other things going on.
10         At the conclusion of the first year I gave
11 him the benefit of the doubt and that he had, not
12 being put on a PIP, I could not mark him down to a
13 substandard rating because, during that time, he
14 had, was, had taken over the division, he was
15 getting a lot of assistance from other technicians,
16 so giving him the benefit of the doubt.  Okay.  You
17 had all this time to perform; you've had all this
18 extra help.  Now we'll see what you can do on your
19 own.  He could not do it on his own.  He could not
20 operate independently as a PD-2.
21     Q.  Who else was providing assistance to
22 Mr. Khan on a regular basis?

1   A.   I believe Mr. Butkiss helped him on a few
2 occasions. Mr. Hueston helped him out quite a bit
3 technically. I'm not sure. All of our technicians
4 communicate with each other on a routine basis via
5 telephone, e-mail, exchanging technical information,
6 technical assistance, so I couldn't give you a full
7 list of who all might have assisted him.
8   Q.   Can you tell me specifically what
9 assistance was rendered by Mr. Butkiss to Mr. Khan
10 between October 1, 2001 and May, March 31, 2003?
11   A.   There was an incident where we had a
12 problem with a base station, and Mr. Butkiss went
13 out and assisted Mr. Khan with getting that back on
14 line.
15   Q.   What base station are we referring to?
16   A.   Oh. I want to say it was the Hyattsville
17 office, but I'm not 100 percent sure; Hyattsville
18 Field Office, but there was a problem with a failure
19 on a base station, and they had to go out and repair
20 it, and Mr. Butkiss had to go out and assist him
21 with that.
22   Q.   Was Mr. Butkiss not assigned to go out and

Page 161

1   A.   Throughout the time that Mr. Khan
2   was assigned to the Baltimore field division, I
3   was careful about the work he did and the impact
4   it was going to have and the mission he was
5   appointed at the time. And depending on the
6   criticality of the mission operation, there were
7   times when I did feel that, you know, did not
8   have the confidence he could do the job and get
9   it done properly.
10   Q.   The Baltimore field division, during
11   the entire time that Mr. Khan supported them,
12   never complained to you about his support, did
13   they?
14   A.   They did.
15   Q.   When was that?
16   A.   Scott Taylor, I did have a
17   conversation with him. He did complain about the
18   support that he was receiving.
19   Q.   When was that?
20   A.   I don't remember the date.
21   Q.   What was the subject?
22   A.   I think I had called him asking for

Samuel Ford, Jr.

Page 277

1  Q. Is it your testimony that Mr. Khan
2  was unable to meet the operational needs of the
3  agents in the Baltimore field division whom he
4  served during the PIP period?
5  A. Yes.
6  Q. And in what regards was Mr. Khan
7  unable to meet those operational needs?
8  A. He cannot, did not demonstrate he
9  could PM a Quantar, that he could troubleshoot a
10 Quantar. That is our infrastructure equipment
11 that is in the field.
12 Q. What is the operational need of the
13 Baltimore field division to perform that service
14 on a Quantar?
15 A. The operational need for that is the
16 Quantar supports the mobile and portable radios
17 that the agents use on a day-to-day basis doing
18 their investigative and operational missions, and
19 they rely on that Quantar to properly transmit
20 and receive back and forth to the mobiles and
21 portable radios.
22 Q. Do you have any instance of any