# EXHIBIT 13

**Memorandum of Zafar Khan from Samuel Ford Telecommunication Manager re: Opportunity Period to Improve Performance**

EXHIBIT F12

| DEPARTMENT OF THE TREASURY |
| :-- |

**BUREAU OF ALCOHOL, TOBACCO AND FIREARMS**

**ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS**

| NAME OF EMPLOYEE *(Last, First, Middle)* | DATE RECEIVED | TIME |
| :-- | :-- | :-- |
| **Khan, Zafar** | 6-20-03 | 11:00 AM |

I HEREBY ACKNOWLEDGE THAT ON THE ABOVE DATE I RECEIVED: *(Check appropriate box)*

|   | |
| :--: | :-- |
|   | NOTICE OF PROPOSED ADVERSE ACTION |
|   | NOTICE OF ADVERSE ACTION |
|   | NOTICE OF PROPOSED SUSPENSION |
|   | NOTICE OF SUSPENSION |
| X | OTHER *(Specify):*      Opportunity Period to Improve Performance memorandum |
|   | |

| SIGNATURE OF EMPLOYEE | SIGNATURE OF PERSON DELIVERING DOCUMENT |
| :-- | :-- |
| *Zafar U. Khan* | *Sam Ford* |

**ATF F 2750.1 (3-75)      REPLACES ATF FORM 80 (7-73) WHICH MAY BE USED**

**ELRT Contact: Debbie Gerst**
**(202) 927-8640**

F12-1



**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

MEMORANDUM TO:   Zafar Khan, Telecommunication Specialist
                 Radio Communications Branch

FROM:   Telecommunication Manager
        Radio Communications Branch

SUBJECT:   Opportunity Period to Improve Performance


You began work with the Bureau as a Telecommunications Specialists, GS-391-12 on July 5, 1998. On July 7, 2002, you were converted to the Pay Demonstration Project at the PD-II level. As of today's date, you have been a PD-II telecommunications specialists with ATF for approximately 4 years and 9 months. As a result, you are expected to know the minimum requirements of a Telecommunications Specialist, specializing in radio communications for ATF. As of March 31 2003, you were not meeting the minimum requirements of your job and you are being provided an opportunity to improve your performance.

**Background**


During the first two years of your employment, you were provided in-house technical training on the equipments employed by ATF to include practical and real time applications. You attended and completed four Motorola training classes, a frequency management course, a course in communications system concepts and ATF instructor training for a total of seven formal training classes. In September 2002, you completed the Radio Communications Branch in-house training program for the second time and expressed the desire for an opportunity to utilize your skills by managing a field division's radio system.

On or about October 1, 2002, you were assigned to manage the Baltimore Field Division's land mobile radio system and provide them with day-to-day radio communication support as well as tactical radio support. During the course of the first year in this assignment, you completed the digital conversion of the radio system. You were involved with two office moves within the Division, Wilmington Field Office and the HIDTA Task Force office, both requiring relocation of their radio base stations and ancillary equipments. Additionally, you supported one tactical operation for the division and identified a new antenna site to provide enhanced radio coverage for the eastern shore. Without exception, you required close supervision and repetitive technical assistance for the tasks performed on each of these projects. Close supervision and technical assistance was afforded to you based on your newly assigned duties as the Baltimore FD field specialist. From October 2002 through January 2003, your performance deteriorated and you failed to complete several assignments given to you by your supervisor. Even after a counseling session on your performance, your performance continued to fall short of expectations up to and including the time of your mid-year evaluation on 3/31/2003.



**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

MEMORANDUM TO:  Zafar Khan, Telecommunication Specialist
                Radio Communications Branch

FROM:   Telecommunication Manager
        Radio Communications Branch

SUBJECT:   Opportunity Period to Improve Performance

You began work with the Bureau as a Telecommunications Specialists, GS-391-12 on July 5, 1998. On July 7, 2002, you were converted to the Pay Demonstration Project at the PD-II level. As of today's date, you have been a PD-II telecommunications specialists with ATF for approximately 4 years and 9 months. As a result, you are expected to know the minimum requirements of a Telecommunications Specialist, specializing in radio communications for ATF. As of March 31 2003, you were not meeting the minimum requirements of your job and you are being provided an opportunity to improve your performance.

**Background**

During the first two years of your employment, you were provided in-house technical training on the equipments employed by ATF to include practical and real time applications. You attended and completed four Motorola training classes, a frequency management course, a course in communications system concepts and ATF instructor training for a total of seven formal training classes. In September 2002, you completed the Radio Communications Branch in-house training program for the second time and expressed the desire for an opportunity to utilize your skills by managing a field division's radio system.

On or about October 1, 2002, you were assigned to manage the Baltimore Field Division's land mobile radio system and provide them with day-to-day radio communication support as well as tactical radio support. During the course of the first year in this assignment, you completed the digital conversion of the radio system. You were involved with two office moves within the Division, Wilmington Field Office and the HIDTA Task Force office, both requiring relocation of their radio base stations and ancillary equipments. Additionally, you supported one tactical operation for the division and identified a new antenna site to provide enhanced radio coverage for the eastern shore. Without exception, you required close supervision and repetitive technical assistance for the tasks performed on each of these projects. Close supervision and technical assistance was afforded to you based on your newly assigned duties as the Baltimore FD field specialist. From October 2002 through January 2003, your performance deteriorated and you failed to complete several assignments given to you by your supervisor. Even after a counseling session on your performance, your performance continued to fall short of expectations up to and including the time of your mid-year evaluation on 3/31/2003.

ZAFAR KHAN

## Synopsis of Performance

On January 7, 2003 Telecommunications Manager (TM) Jim Bowks and I counseled you about your performance during the previous 3 months (see attached). In summary, you were advised of assignments you had failed to complete. After the counseling session, I repeatedly asked you for information on the projects and outlined specific information I required from you. In some cases you completed the project after my insistence, but on the assignments requiring more technical skills, you have yet to complete or provide evidence of any progress on these assignments.

Additionally, on March 31, 2003, I provided you with written comments from me for your mid-year review and I addressed each of your five critical elements. You were below expectations on four of the five elements at that time (see attached). You have still failed to complete the more technical and challenging projects assigned to you.

A review of your work, indicates that you generally complete tasks that require little or no technical skills. However, when you have to complete tasks that require the use of test equipment, troubleshooting techniques and technical skills, you often fail to complete your assignments or require assistance from other technicians. My further observation of your performance indicates that you lack the technical knowledge of equipment and procedures, despite having received formal and on the job training in those areas.

Therefore, this memorandum is to inform you that you are being provided with a 90-day opportunity period to improve your performance. You are being given this opportunity period because, if your performance in any one of your critical elements is below expectations, you may be subject to a performance-based action, e.g., **you could be demoted or removed from your position, and from the Federal service; or, you could be reassigned to another position.** Accordingly, this memorandum is issued to identify for you: the critical elements in which your performance is below expectations, the specific deficiencies that you demonstrate, and to give you specific expectations and guidelines that you must meet by the conclusion of the 90-day period in order to raise your performance in the pertinent critical elements above the "below expectations" level.

So that you will fully understand what is expected of you, I have listed the requirements you are expected to meet in each critical element in which your performance is unacceptable.

## Critical Element #1: Technical Expertise

Below Expectations:

- Displays a lack of proficiency in technical areas. Requires an inordinate amount of supervisory intervention to complete coverage surveys, compatibility studies, system design, installations, repairs and evaluations.
- Fails to complete preventive maintenance as required or corrective maintenance in a timely manner.

ZAFAR KHAN

- Fails to grasp communications strategies and requirements in order to establish tactical communications, jeopardizing the effectiveness of missions, or risking the endangerment of personnel.

## **PRESENT PERFORMANCE**

Your performance since October 2002 in this critical element is below expectations. This critical element measures your technical competence and ability to provide effective radio communications support using the approved ATF methods and procedures. The following examples illustrate your below expectations performance.

*Example 1*

- Demonstrated a lack of technical expertise and failed to complete the technical evaluation and/or technical feedback of a mobile radio provided by the Justice Department's Programs Office for testing. The radio was received in November 2002 and two months were allowed for the evaluation. You displayed improper technical procedures while configuring your workbench setup and while programming, testing and operating the radio under evaluation. You reduced the gauge of wire supplied with the radio for the A+ lead cable by cutting strands of conductors from the lead wire and failing to install an in-line fuse. The wire was gauged to conduct 40+ amps of current and reducing the gauge of wire could have resulted in either personal injury or damage to the equipment. You were unable to conduct technical tests and measure technical specifications of the radio and failed to submit a technical report for the radio or usefulness to the ATF LMR program. This resulted in the ATF Radio Branch missing the deadline set by the Department to provided a written evaluation of the radio. The final reports were due in January 2003 and, as of this date, you still have not provided any of the requested feedback.

*Example 2*

- While installing a base station in a new location, you required additional technical assistance for configuring the equipment. When questioned about your procedures; you gave information that showed you failed to use proper troubleshooting techniques and had not used your test equipment to isolate the problem. Although you had step by step written instructions for the installation, you were still unable to complete the assignment independently.

*Example 3*

- While preparing to add an additional repeater site in Salisbury, MD for the Baltimore Field Division, you required constant supervision and reminders to follow-up on the process and for making proper technical decisions for the installation. The site was approved for use in October 2002 and you allowed more than two months to pass without taking any action toward activating the site. During the installation of the new repeater site in Salisbury, you did not display the technical skills required to successfully complete the assignment without technical assistance from others in several aspects of the

F 17 - 4

- 4 -

ZAFAR KHAN

installation. You were unable to isolate a repeater access problem with the station. You had difficulty with performing receiver sensitivity measurements and had not properly prepared for grounding the site. Anyone of these deficiencies would have rendered the site unusable. Moreover, improper grounding could have caused potential damage to the equipment. With the assistance of another ATF technician, the site was successfully installed.

## Specific Recommendations for Improvement

The achieves expectations standard for this element is:

- Using a moderate level of technical expertise, completes coverage surveys, compatibility studies, evaluates and optimizes equipment performance, designs communications systems and subsystems, and installs and repairs or causes the installation and/or repair of the Bureau's encrypted radio communications equipment with occasional supervisory intervention
- Generally completes preventive maintenance as required and corrective maintenance in a timely manner.
- Demonstrates and applies a general knowledge of field investigative communications strategies and requirements in order to establish tactical communications, contributing to the effectiveness of missions and minimizing the endangerment of personnel with occasional supervisory intervention.

The above described achieves expectations standard states the goals you should aim for in an effort to improve your performance. Toward this end, during the next 90 days, I expect you to:

1. Demonstrate your ability to perform technical alignments and measurements on Quantar repeaters, Astro mobile radios, Motorola consolettes, and the XTS-3000 portable radio. Using the preventive maintenance sheet, you are to demonstrate your ability to perform preventative maintenance on these same sets of equipment.

2. It is imperative for you to be intimately familiar with the use and operation of Motorola's 2670 service monitor in order to successfully test and align our radio equipment in a timely and efficient manner. Without the use of written procedures, you are to demonstrate your knowledge of this test equipment by instructing another telecommunications specialists on how to configure and use the Motorola 2670 service monitor to perform alignments and measurements on a Quantar repeater.

3. Without technical assistance, develop a standard, four zone, ATF code-plug for an XTS-3000 portable radio, incorporating the newly assigned ATF repeater channel, simplex channel and technical investigative channels into the program. Write the program without using a previously written code-plug as a starting point. This task should be completed within one week from start to finish. Demonstrate the accuracy of the program by (1) successfully Over-the Air-Re-keying (OTAR) the radio, (2) performing radio voice checks on the new repeater channel through a Quantar repeater that has been programmed by you, and (3) having a senior specialist verify the accuracy of the program.

FIG-5

ZAFAR KHAN

4.  Troubleshoot and isolate a malfunction with a Quantar repeater by using systematic and logical troubleshooting procedures derived from the Motorola training class attended by you in Schaumburg, IL in June 2002.
5.  Meet with me on a weekly basis to discuss your performance for the week and your progress toward successfully completing the objectives of this plan.

## Critical Element #2: Leadership

Below Expectations:

- Does not understand the Bureau's mission and goals, and as a consequence is unable to apply such knowledge when supporting communications activities.
- Lacks knowledge of current communications technologies and is unable to assist in determining applicability to the Bureau's needs.
- Reluctant or unwilling to participate in training opportunities to broaden his/her level of expertise.
    - Avoids or is reluctant when assigned additional duties.
    - Does not show a willingness to work as part of a team.

## PRESENT PERFORMANCE

This critical element measures your knowledge and understanding of the Bureau's missions and goals and your ability to apply such knowledge when supporting communications activities. Additionally, it measures your knowledge of current communications technologies and your willingness to work as part of a team or accept additional duties. The following examples illustrate your below expectations performance.

*Example 1*

- Failed to demonstrate a general knowledge of current communications technologies by not evaluating new communications products and equipment and determining how they can or cannot be used to support the Bureau's needs. Examples of products assigned to evaluate are: EFJ mobile radio, battery chargers and battery analyzers and surveillance kits from various vendors. Items identified were not tested or evaluated by you as instructed nor did you provide any oral or written feedback on any of the products.

*Example 2*

- You were assigned to manage the OTAR ID's and be solely responsible for interfacing with the US Customs regarding the ID assignments and encryption codes within the Key Management Center (KMC). You failed to complete an assignment to generate OTAR codes and then to properly file and store the codes. This assignment required you to coordinate with the US Customs to generate the proper codes and program them into the KMC; however, you did not communicate effectively with the USCS. Even after the Radio Branch Chief and I reviewed the procedure with you, and had your concurrence



ZAFAR KHAN

that you understood the instructions, you did not complete the assignment. Ultimately, I completed the assignment myself.

## Specific Recommendation for Improvement

The achieves expectations standard for this critical element is:

- Shows comprehension of the Bureau's mission and goals with respect to reducing violent crime, protecting the public and collecting revenue and demonstrates such when supporting strategic and tactical enforcement operations within an assigned area.
- Maintains a general knowledge of current communications technologies and assists in determining applicability to the Bureau's needs.
- Accepts training opportunities to maintain proficiency and broaden level of expertise.
  - Is responsive when assigned additional duties and follows through to completion.
  - Is generally willing to work as part of a team, when required.

The above described achieves expectations level states the goals you should aim for in an effort to improve your performance. You must raise your performance above the below expectations level. To achieve these goals, during the next 90 days I expect you to:

1. During your weekly meetings with me, explain how you plan to balance your workload during that current week, and your proposed methods for ensuring completion of assigned tasks. Identify the significant issues in your projects and describe the techniques, methods, and procedures you plan to use to resolve them. If changes were necessary in your plans the previous week due to operational missions or other reasons, explain how you handled them. If it is necessary to request assistance from other technicians or other contractors in order to move your project forward, come to me to explain your plans for requesting such assistance, and then carry out those plans.

2. Complete the evaluation of the products identified above (EFJ mobile radio, battery chargers and battery analyzers and surveillance kits from various vendors); provide a detailed technical written report on the products and your recommendation on how they can or cannot be used to support the ATF mission. Provide justifications for your recommendations.

3. Demonstrate your ability to configure, test, and align a back-to-back repeater by setting a system up within the Radio Branch HQ facility and explain the purpose and function of the system as it relates to the ATF mission. Since, you have received training twice on the wire-line configuration for back-to-back repeaters and, with technical assistance, and you have installed one within your division, this should not cause any serious problems for you.

## Critical Element #3: Conduct and Cooperation

Below Expectations:

- Presents an unprofessional image in appearance and demeanor.

F12.7

ZAFAR KHAN

- Displays an unprofessional or negative attitude toward responsibilities, co-workers, professional contacts, and the public.
- Is neither reliable nor dependable, failing to adequately manage time, funds or other resources.

## PRESENT PERFORMANCE

This critical element measures your professionalism and reliability. The following examples illustrate your below expectations performance.

*Example 1*
- By not completing assigned tasks, and not keeping me informed of your progress or of any problems you are having while attempting to complete your assigned tasks, you are displaying an uncooperative attitude towards your responsibilities and co-workers. Accepting products for evaluation and then failing to complete the evaluation and provide feedback is also sending a negative message to your professional contacts.

*Example 2*
- While representing ATF – Radio Branch on the evaluation of a mobile radio from the JPO, you did not produce test results and did not share any findings with other bureaus involved in the testing and evaluation. Rather than develop your own test procedures, you asked other Bureaus to send you their test plans for your evaluation. Although I provided you with an outline of the parameters that were critical to measure, you still did not perform the tests. This is an example of not being dependable.

## Specific Recommendation for Improvement

The achieves expectations standard for this critical element is:

- Usually presents a professional image in appearance and demeanor.
- Usually displays a positive and cooperative attitude towards responsibilities, co-workers, professional contacts, and the public.
- Is usually reliable and dependable and demonstrates such through adequate management of time, funds and other resources.

The above described achieves expectations standard states the goals you should aim for in an effort to improve your performance. Toward this end, during the next 90 days, I expect you to:

1. Complete all assigned tasks in a timely manner, as outlined by me. If you are unable to complete an assignment, you must provide me with an explanation why the assignment cannot be completed and work toward a solution for completing the task.
2. You are to assist another senior field specialist during a maintenance trip or digital conversion of an analog system. You will be evaluated on your technical performance

F12-8

ZAFAR KHAN

and most importantly for this critical element, your conduct and cooperation as outlined in this critical element.

## Critical Element #5: Oral and Written Communications

Below Expectations:

- Written documents/reports are inaccurate and seldom provided for review within established time limits.
- Oral and written communications skills are ineffective, failing to deliver information to recipients.
- Fails to properly prepare and conduct presentations or briefings, requiring extensive guidance and/or corrections.
- Unprepared when briefing the Branch Manager/Chief on communications matters.
- 

## PRESENT PERFORMANCE

This critical element measures your oral and written skills. The following examples illustrate your below expectations performance.

*Example 1*

- After completing assignments you performed while on travel, you have been required to prepare a written report about your activities, but you have failed to consistently do so. You have also been required to provide written reports concerning any services you have provided for an office move or new repeater or base stations site. But you have also failed to consistently do so. The information in these reports should include technical data describing the work, problems encountered, recommended solutions for the problems, and any pending actions. However, you have traveled to Wilmington, DE on many occasions and did not submit an after action report when you returned. Also, on the reports you provided to me upon request, you did not include specific technical information and /or pictures of the sites in question.

*Example 2*

- When asked to provide briefings on your projects, you have been unsuccessful in explaining the status of the project and you have been unable to define the project in technical terms. You were unable to clearly describe how the repeater in Salisbury was going to be accessed by the user and were unable to use technical terms and references while briefing me on the wire-line configuration for the back to back repeater.

F12-9

ZAFAR KHAN

## Specific Recommendation for Improvement

The achieves expectations standard for this critical element is:

- Prepares and submits trip reports, surveys, preventative maintenance and administrative documents which are usually accurate, concise and neat in appearance, requiring few corrections, and usually within established time limits.
- Demonstrates oral and written communications skills that are generally effective in delivering information to recipients.
- Prepares and conducts presentations or briefings on communication programs that require some guidance and/or occasional corrections
- Demonstrates adequate preparation when briefing the Branch Manager / Chief on communications matters.

The above described achieves expectations standard states the goals you should aim for in an effort to improve your performance. Toward this end, during the next 90 days, I expect you to:

1. Complete written reports on each of your maintenance trips in a timely manner using the prescribed format and outline that is available on the RCB LAN. Reports should include information necessary to update current data bases used for tracking equipment status and antenna site leases.
2. You are to attend scheduled meetings with our various vendors, which provide our accessories for subscriber equipment and demonstrate your ability to effectively communicate the needs and requirements of RCB.
3. You are to prepare a briefing on the technical differences between the XTS-3000 portable radio and the XTS-5000 portable and describe the effects those differences will have on our existing code-plugs. Prepare your recommended changes / solutions to ensure the compatibility between the two models of portable radios. You will give the briefing to the RCB managers.

## WHAT WE WILL DO TO HELP:

Since your performance in four critical elements is currently unacceptable, Radio Manager James Bowks and I will work with you to help you to raise your level of performance within the next 90 days. To that end, either he or I (or both of us) will be available every day to answer any of your questions, provide instruction on particular aspects of communications procedures, review your reports, and provide any other necessary assistance. This is in addition to the planned weekly meetings. In the unusual event that neither of us is available at a particular time, leave either me or both of us a note requesting assistance. The purpose of the opportunity period

F12-10

ZAFAR KHAN

is to help you raise your level of performance, and we will do whatever is necessary to help you achieve that goal. You have demonstrated in the past that you know how to do the work; however, your current performance indicates you have not retained the knowledge levels required to continue to produce the amount and quality of work expected of a PD-II Telecommunications Specialist, as described in this memorandum, your position description, and your critical elements and standards.

It should be noted that the last evaluation for the previous reporting period, you received a "Meets Objectives"; however, your mid-year for this reporting period indicates your performance was "Below Expectations." I find that you are currently performing at an Unsatisfactory level.

You will be given 90 calendar days from the date you receive this memorandum, to raise your performance in Critical Elements 1, 2, 3 and 5, above the "below expectations" level. It is important for you to realize that if any one of your critical elements remains Below Expectations at the end of this period or anytime within one year of completing this improvement plan, you may be reassigned, demoted or removed from your position. At the end of the 90-day period, I will evaluate your performance during the improvement period. I am confident that if you follow the guidelines stated above, your performance in the four critical elements will improve substantially to an appropriate level. If you have any questions about the letter, particularly those actions that are expected of you, please see me.


Samuel L. Ford
Telecommunications Manager, OST/TSD/RCB

DATE:   6-20-03

F12·11

01/07/03
Counseling Session notes for Zafar Khan pertaining to his performance for the past two
months (Nov / Dec '02):

- Failure to satisfactorily and/or timely complete the following tasks assigned over
  the past two months:
  - Begin installation procedures for new antenna site located in Salisbury,
    MD which was approved 10/24/02 (not started as of this date)
  - Provide trip report for Wilmington, DE office move (not completed)
  - Update site data base or provide me information on the new office space
    in Wilmington, DE so I could update the database (not completed)
  - Properly inventory shipment of XTS-3000 supplies, which were received
    in Dec '02; counted existing stock that was clearly marked with a separate
    purchase order number in with newly received items. (Completed by
    supervisor)
  - Transferred Saber radios to Montgomery County PD and misplaced
    transfer papers that are required to clear property from ATF account. Did
    not send signed transfer papers to Property Management. (Transfers made
    11-18-02 & completed paper work 1/13/03)
  - Did not provide feedback or written report on the EFJ mobile radio he was
    assigned to evaluate. Had difficulty configuring his workbench to
    accommodate the set up for the EFJ radio. (Not completed)
  - Did not complete task for generating new DES codes and coordinating
    with Customs to have them entered into the KMC and follow up with
    getting LID's for codes and properly storing them for future use.
    (Completed by supervisor)
  - Failed to ship out radios to LAX and Charlotte once accessories were
    received for the shipment. Radios had been prepared for shipment by
    supervisor except for the accessories that were needed. (Completed by
    supervisor)
  - Failed to either test or provide test results of modular surveillance kits
    purchased for evaluation. (Not completed)
  - Three weeks after request was made, had to remind him to order
    surveillance kits from Motorola that supervisor had requested for
    comparison to current kits. (Not completed in a timely manner)
  - Has received battery chargers and conditioners from vendors for
    evaluation but has not provided any feedback regarding performance of
    equipment.

I have observed Zafar's performance in the areas noted above as evidence of his lack of
technical skills and understanding of LMR. I have taken extra measures to ensure Zafar
understands his assignments by discussing the assignment with him and listening to his
feedback that he understands the request, however; he still blames many of his failures on
a lack of communication. After I approach him regarding a failed assignment, he has on
many occasions said, "I thought you were going to do that". Zafar's attitude is usually

FI2-12

always upbeat but he does not follow up on assignments on a consistent basis and requires close supervision.

**NAME:** Zafar Khan
**SSN:** ▓▓▓▓▓▓▓▓
**FIRST LINE SUPERVISOR:** Sam Ford
**APPRAISAL PERIOD:** Mid-Year Review FY03
**CRITICAL ELEMENT:** Technical Expertise

| Below Expectations |
| --- |

**SUPERVISORY COMMENTS**

- TS Khan has demonstrated a lack of technical expertise on several projects leading up to this mid-year review. He failed to provide a technical evaluation of a mobile radio provided by the JPO for testing and bureau feedback. He experienced and displayed improper technical procedures while configuring his workbench setup and while programming, testing and operating the radio. While installing a base station in a new location, he required additional technical assistance for configuring the equipment. When questioned about his procedures, he had failed to use proper troubleshooting techniques and had not used his test equipment for isolating the problem. While preparing to add an additional repeater site to his field division, he required constant supervision and reminders to follow-up on the process and for making proper technical decisions for the installation. During the installation a of a new repeater site in Salisbury, he did not display the technical skills required to successfully complete the assignment without some technical assistance in a several aspects of the installation.
- He has not completed preventive maintenance in a timely manner.
- He applies a general knowledge of field investigative communications strategies to missions.
- TS Khan appears to lack the ability to retain technical knowledge after completion of training on specific equipment or functions.

FIC-14

**NAME:** Zafar Khan
**SSN** 
**FIRST LINE SUPERVISOR:** Sam Ford
**APPRAISAL PERIOD:** Mid-Year Review FY03
**CRITICAL ELEMENT:** Leadership

| Below Expectations |
|---|

**SUPERVISORY COMMENTS**

- Has a basic understanding of the Bureau's mission and goals and has demonstrated a basic knowledge when supporting strategic and tactical enforcement operations within an assigned area.
- TS Khan has failed to demonstrate a general knowledge of current communications technologies by not being forthcoming in determining how they can be applied to the Bureau's needs. Example: EFJ mobile radio; various battery chargers and analyzers from vendors and various surveillance kits.
- TS Khan has been assigned to manage the OTAR ID's and be solely responsible for interfacing with the US Customs regarding the ID assignments and encryption codes within the Key Management Center (KMC). During this portion of his evaluation period, he failed to complete an assignment to generate OTAR codes and then to properly file and store the codes. This assignment required him to coordinate with the US Customs and he failed to clearly communicate ATF's needs to them for this operation. His supervisor had to complete the assignment.
- He is generally willing to work as part of a team when required. Needs occasional prompting to complete assignments that are not mission critical but have been assigned a completion date. Examples are: Required close supervision for the installation of a new repeater site, failed to complete the testing and evaluation a new mobile radio; failed to complete encryption code assignment.

F12-15



**NAME:** Zafar Khan
**SSN:** ████████████
**FIRST LINE SUPERVISOR:** Sam Ford
**APPRAISAL PERIOD:** Mid-Year Review FY03
**CRITICAL ELEMENT:** Conduct and Cooperation

| Below Expectations | **SUPERVISORY COMMENTS** |

- TS Khan has failed to maintain and display a positive and cooperative attitude towards responsibilities, co-workers, and professional contacts. Has on occasion had difficulty communicating with many co-workers and other radio managers.
- While representing ATF – Radio Branch on the evaluation of a mobile radio from the JPO, he failed to produce test results and did not share his findings with other bureaus involved in the testing and evaluation. He did request their information on several occasions to assist him with his evaluation.
- Zafar did assist a co-worker with a project for the COOP and did assist with one office upgrade by programming radios for digital operation.

F 12 - 16

**NAME:** Zafar Khan
**SSN:** ▓▓▓▓▓▓▓
**FIRST LINE SUPERVISOR:** Sam Ford
**APPRAISAL PERIOD:** Mid-Year Review FY03
**CRITICAL ELEMENT:** Customer and Professional Relationships

| Achieves Expectations |

**SUPERVISORY COMMENTS**

- TS Khan generally maintains a profession relationship with counterparts and representatives from other Federal, State, and Local law enforcement agencies for interaction on joint projects.
- He has conducted meetings with various vendors and handled the meetings in a professional manner.
- TS Khan has responded promptly to customer calls for equipment failures and corrected the fault in a timely fashion.

F12 - 17

**NAME:** Zafar Khan
**SSN:** ████████████
**FIRST LINE SUPERVISOR:** Sam Ford
**APPRAISAL PERIOD:** Mid-Year Review FY03
**CRITICAL ELEMENT:** Oral and Written Communications

| Below Expectations |    **SUPERVISORY COMMENTS**

- TS Khan's written communications have required corrections to content and format.
- Reports have been late and/or lacked information requested by supervisor.

FI2-18

**Khan, Zafar  A.**

| | |
|---|---|
| **From:** | Khan, Zafar  A. |
| **Sent:** | Tuesday, July 01, 2003 10:06 AM |
| **To:** | Ford, Samuel L., Jr. |
| **Cc:** | Khan, Zafar  A. |
| **Subject:** | Tentative plan |
| **Importance:** | High |

Mr. Ford,

Per your request, here is a tentative plan for the PIP items.

Phase 0 -  Analyzer 2670 configuration for the ATF frequencies

Phase I -    Portable Radio

Phase II -    Mobile Radio

Phase III -    Astro Consollete

Phase IV -    Quantar Repeater

Phase V  -   Wireline setup

Thanks.

Zafar

F12-19

**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
RADIO COMMUNICATIONS BRANCH
5-1 Metropolitan Court
Gaithersburg, MD 20878

August 15, 2003

MEMORANDUM TO:   TS Zafar Khan

FROM:   Sam Ford, TM – Radio Communications Branch

SUBJECT:   Completion of PIP

TS Khan, this memo is to notify you of items outlined on the PIP, you are currently assigned, that have yet to be completed by you. The PIP was issued on 6/20/03 and you had 90 days to successfully demonstrate all items outlined in the PIP. It is imperative that you complete all assigned tasks on the PIP successfully and you are currently 60 days into the PIP, which, only leaves you 30 days to demonstrate the remaining items. Those items not demonstrated by you are:

- Critical Element #1, Item #3: Develop a standard four-zone code-plug for an XTS-3000 radio. I will provide you the list of radio frequencies on September 1, 2003 for this task and will provide you with the laptop and CPS on which to write the code-plug. You will perform this task under my observation.
- Critical Element #2, Item #1: Although we have been having our weekly meetings, you have not successfully identified significant issues with your projects nor balanced your workloads to ensure you complete all assigned tasks. On several occasions, you have exhibited difficulty in recalling your previous week's activities and I have relied on my own notes to track your efforts.
- Critical Element #2, Item #2: You were assigned projects several months ago to evaluate various equipments and were told to complete written technical reports on the items. These items are also identified in the PIP and I haven't received all of the reports from you on the items outlined.
- Critical Element #2, Item #3: Demonstrate the back-to-back repeater configuration as outlined in the PIP. This will be scheduled for demonstration on 9/2/03.
- Critical Element #3, Item #1: You have not completed all the assigned tasks given to you nor have you presented me with a solution for completing the tasks.
- Critical Element #3, Item #2: I have arranged for you to assist on a maintenance trip in New York with STS Mike Schmidt the week of September 15, 2003. I will provide you details of that trip prior to that date but I will expect you to arrange your schedule to participate on this maintenance trip. STS Schmidt will provide me with a detailed report of your performance for this event.
- Critical Element #5, Item #1: You have not been very forthcoming with your written reports and I have had to encourage and remind you on a few occasions during this PIP period of reports that I needed. I fully expect you to complete all reports in the future without any prompting or reminders.
- Critical Element #5, Item #2: You have not scheduled any meetings with any of the

F12 - 20

vendors you use to provide RCB with equipment and / or supplies. You are to schedule a meeting with a vendor which supplies RCB with items that you maintain in our supply stock to review their latest products and their applicability to our needs.

- Critical Element #5, Item #3: You are to prepare a technical briefing as outlined and present your findings to the managers in the form of an oral briefing. You may use handouts, power point or other means as you elect. It is not necessary to have the XTS-5000 in our inventory before you conduct the briefing but the brief is to be technical in nature.

TS Khan, the above list will require you to closely manage your time and plan your activities to ensure you demonstrate all items. If you need assistance within your division to take care of maintenance and/or tactical support for the remainder of the PIP period, don't hesitate to ask.

I strongly urge you to read the PIP carefully so you fully understand the requirements of the PIP and that you assume the responsibility for demonstrating all of the outlined performance measures. Time is growing short and you still have a lot of items to complete.

Sincerely,

Sam Ford
Telecommunications Manager, ATF Radio Communications Branch

2

F12-21