# EXHIBIT 14

## Deposition of Brad Caldwell

Brad A. Caldwell

Page 1

1                   UNITED STATES DISTRICT COURT

2                   FOR THE DISTRICT OF COLUMBIA

3      - - - - - - - - - - - - - - - - - - - - - X

4      ZAFAR H. KHAN,                        )

5              Plaintiff,                     )

6        vs.                                  )   Case No.

7      ALBERTO R. GONZALES, in His            )   1:05-CV-01831-TFH

8      Official Capacity as United            )

9      States Attorney General,               )

10             Defendant.                      )   Pages 1-166

11     - - - - - - - - - - - - - - - - - - - - - X

12

13

14               DEPOSITION OF BRAD A. CALDWELL

15                  Thursday, November 8, 2007

16                      Washington, D.C.

17

18

19

20

21     Reported by:  Sara A. Watt

22     Job No. 184046

**Brad A. Caldwell**

Page 100

1      A.    I've received verbal communications

2    indicating lack of competence.

3      Q.    All right.  Now, start with the first

4    such verbal communication that you've received with

5    respect to Mr. Khan's lack of competence.

6      A.    I don't know if you're asking for a time

7    line in sequence order.  I can't provide that.

8      Q.    Well, give me the first one and we'll

9    start there.

10      A.    I know I received a call from Ralph

11    Puente.

12      Q.    Ralph Puente.  And what's Mr. Puente's

13    position?

14      A.    At the time he was our Houston telecom

15    specialist.

16      Q.    And what was the complaint?

17      A.    To the best of my recollection, Mr. Khan

18    went down to provide him support and the gist of

19    the conversation was basically he didn't want

20    Mr. Khan down there again.

21      Q.    And when was this communicated to you?

22      A.    That, I don't recall.

**Brad A. Caldwell**

Page 101

```
 1        Q.   Give me a time frame.  Was it in the
 2   1990s?
 3        A.
 4   hired.
 5        Q.
 6   alleged
 7        A.
 8        Q.
 9        A.   ....
10        Q.   Did you ever take any action whatsoever
11   on it?
12        A.   Not to my knowledge, no.
13        Q.   Well, what's the second one?
14        A.   TOO Scott Taylor.
15        Q.   TOO Scott Taylor.  And TOO stands for
16   what?
17        A.   Technical operations officer.
18        Q.   In the Baltimore field division, correct?
19        A.   Correct.
20        Q.   And when did Mr. Taylor complain about
21   Mr. Khan?
22        A.   Again, I can't recall dates and times,
```

*[Handwritten annotation: Brad Caldwell Depo, page 101]*

**Brad A. Caldwell**

Page 102

1    other than the conversations that he was

2    dissatisfied with Mr. Khan's competency and

3    capabilities.

4         Q.    You're saying there were multiple

5    conversations?

6         A.    No, I believe there was one conversation

7    that I recall.

8         Q.    And what was the specific complaint that

9    Mr. Taylor had?

10        A.    I can't recall the specifics.

11        Q.    You have no idea what he was complaining

12   about?

13        A.    His support, and again his lack of

14   competency of doing the job.

15        Q.    Technical competency?

16        A.    Yes.

17        Q.    So you're saying that Mr. Taylor's

18   opinion was that Mr. Khan was -- lacked technical

19   competence?

20        A.    In our conversation, yes.

21        Q.    And if Mr. Taylor had reduced to writing

22   that indeed Mr. Khan did not lack technical