# EXHIBIT 16

**Affidavit of Timothy McGinnis**

AFFIDAVIT

STATE OF Virginia
CITY OF    Sterling


I, Timothy McGinnis, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), U.S. Department of Justice (DOJ), make the following statement freely and voluntarily to Daniel Willard Jewell, who has identified himself to me as a Contract EEO Investigator for ATF, investigating a complaint of employment discrimination filed by Zafar Khan, knowing that this statement may be used in evidence. I understand that this statement is not strictly confidential and may be shown to any interested party with a legally recognized need to know.

I hereby solemnly swear or affirm, under penalty of law for perjury:

Q1.    (a) Please state your full name, position title, grade and job series. (b) Please also state your race, religion and national origin.
A1.    (a) Timothy Alan McGinnis, Chief of Technical Services Division, GS-1811-15
       (b) White, protestant, American

Q2.    (a) What is the name of the office in which you work? (b) What are the names of any other organizational branches, divisions or offices between your office and the Office of the Director for ATF?
A2.    (a) Technical Services Division under the Office of Science and Technology Directorate
       (b) The Assistant Director, Office of Science and Technologies Office is between my office and the Office of the Director

Q3.    Who are your first and second level supervisors?
A3.    My first line supervisor is Deputy Assistant Director Linda Y. Cureton and Assistant Director Gregg "Skip" Bailey is my second level supervisor

Q4.    In general, what are your duties? How many individuals do you supervise and what are their positions and grade levels?
A4.    I oversee the operations of my four subordinate branches. I directly supervise the following:
       Chief of Computer Forensics Branch, GS-1811-14
       Chief of Radio Communications Branch, PD-391
       Chief of Visual Information Branch, GS-1001-14
       Two (2) Program Analysts, GS-343-13

Q5.    (a) How long have you known Zafar A. Khan? (b) Did you supervise him and, if so, for what period of time? (c) Please describe the nature of the work he

performed in the past. (d) Are there any other individuals under your supervision who perform similar work? If yes, please identify each individual by name, position title, grade and describe the type of work the individual performs.

A5. (a) I did not have any personal or professional interaction with him until becoming the Acting Chief of Technical Services Division (known at that time as Technical Support Division) in February 2001 and then the Division Chief in July 2001.
(b) I did not directly supervise Mr. Khan
(c) I did not directly supervise Mr. Khan's activities
(d) All individuals who perform like or similar work do so under the supervision of the Chief, Radio Communications Branch.

Q6. What do you know, believe or understand Mr. Khan's race, religion and national origin to be?
A6. I have never had any discussions with Zafar Khan regarding, race, religion, age, skin color or national origin. I do not know what his national origin is and have no idea about his religious background. He is approximately 56 years old and appears to have an olive complexion.

Q7. Mr. Khan alleges he was retaliated against for his past EEO activity. When and how did you first learn he complained of employment discrimination or had in some way participated in the EEO complaint process and what details do you know of his past activity?
A7. To the best of my knowledge, his immediate supervisor, Sam Ford, first notified me on July 7, 2003, that a mediation appointment had been scheduled with Mr. Khan and the EEO Office for July 29, 2003.

The mediation was being arranged because Mr. Khan was considering filing discrimination compliant because he had been placed on a PIP. Although I do not know the date, I understand that a mediation meeting was held between Mr. Khan, Sam Ford, the EEO Office and ATF Legal Council. Mr. Khan made list of demands in the meeting that included removal from the PIP, relocation to the Baltimore Field Division, Promotion to a PD-391-3 (retroactive to 1999) and removal of documentation from his files including a Letter of Reprimand. I know that arrangements were being made for additional mediation. Subsequent to that, further mediation was cancelled. It was also my understanding that Mr. Khan wanted no further mediation and planned to add to his formal EEO complaint the fact he had been notified he was to serve a seven (7) day suspension for misuse of a Government Furnished Automobile (GFA) and providing false statements to a law enforcement officer.

Q8. Mr. Khan alleges he was discriminated against because of his race, religion and national origin when he was forced to resign on or about April 9, 2004 because his employment was going to be terminated. He asserts the decision to terminate his employment was wrongfully based on unsubstantiated allegations of poor performance in a PIP. He further asserts his co-workers in the Radio Branch who had similar performance records were not terminated while Samuel Ford ignored his

accomplishments and used an unsatisfactory performance rating as pretext to recommend termination. He further asserts Mr. Ford publicly criticized his performance, improperly included a co-worker in the evaluation of his PIP and began planning his termination as early as July 2003.
(a) What is your response to his assertions?
(b) Why was Mr. Khan's employment to be terminated if he had not resigned? Please explain what happened in detail.
(c) How were you involved in the termination proposal and/or decision? Please explain in detail.
(d) Were you involved in proposing or deciding to terminate the employment of any other employee at any time between April 2002 and April 2004? If yes, please explain in detail with the employee's name, position title, grade, race, religion, national origin, date of and reason for proposal/decision and how you were involved.

    A8.    (a) Mr. Khan was served notice of the decision to remove him from his position as a Radio Communications Branch Telecommunications Specialist on April 8, 2004, based upon his unsatisfactory performance. Mr. Khan's race, religion and national origin had nothing to do with the proposal, which was based solely on Mr. Khan's unsatisfactory performance.
    (b) Mr. Khan's employment was to be terminated effective Saturday, April 10, 2004, for unsatisfactory performance. Mr. Khan had unsuccessfully completed a Performance Improvement Period (PIP), and a removal because of his performance was proposed. Mr. Khan was given an opportunity to respond to the proposed removal, and ultimately I determined that Mr. Khan should be removed for unsuccessful performance. Mr. Khan provided a letter of resignation to his supervisor, Sam Ford, on April 9, 2004, one day after being served with the termination letter. Apparently, Mr. Khan chose to resign rather that be removed.
    (c) I was the deciding official for the proposed action. The decision letter was prepared in consultation with Employee and Labor Relations. The decision to terminate Mr. Khan was based upon unsatisfactory performance
    (d) I was consulted by the Chief of Technical Operations Branch (one of the Branches under my supervision at that time) about a GS-303-4 Clerk that was to have their Schedule A Appointment terminated on June 28, 2003, for performance. The employee resigned on June 6, 2003. I was not the deciding official or involved in this action as I was serving on Active Duty in The United States Coast Guard when notification was served (June 3, 2003)

Q9.    (a) In connection with the above allegations by Mr. Khan, did you ever take any action or make any decision with intent to discriminate or retaliate against him because of his race, religion, national origin or his EEO activity? (b) Do you have any reason to believe anyone else at ATF discriminated or retaliated against him? (c) If yes, who is that person and why do you believe this?
A9.    (a) No. The decision to remove was based upon unsatisfactory performance
    (b) No
    (c) N/A



035

Q10. (a) Is there anyone you would like to suggest as a witness for the Investigator to interview on the above issue? (b) If yes, please provide the person's name and explain why he or she should be interviewed.

A10. (a) No

I have read the above statement and declare that it is truthful, accurate and complete to the best of my knowledge, information and belief, under penalty of law for perjury.

I understand that the information I have given is not to be considered strictly confidential and may be shown to interested parties pursuant to regulations of the U.S. Equal Employment Opportunity Commission governing the processing of this administrative complaint and located at Title 29, Code of Federal Regulations, Part 1614.

_____
Timothy McGinnis

___1/14/05___
Date

Subscribed before me at

___STERLING___ on
(location)

this __14__ day of __JANUARY__, 2005.

_____
Witness to Affiant's Signature