# EXHIBIT 17

**Memorandum to Zafar Khan from Sam Ford Telecommunication Manager, re: PIP Extension, September 22, 2003**



# DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
RADIO COMMUNICATIONS BRANCH
5-1 Metropolitan Court
Gaithersburg, MD 20878

September 22, 2003

MEMORANDUM TO: TS Zafar Khan

FROM: Sam Ford, TM – Radio Communications Branch

SUBJECT: PIP Extension

TS Khan, this memo is to provide you in writing the offer given to you during our meeting this day, 9/22/03, regarding an extension of your PIP, which was scheduled to end on 9/20/03. You have been granted an extension for the PIP with a new completion date of 10/17/03. The extension will compensate for the time you missed from work while on sick leave for periods of 8/25/03 to 9/3/03 and 9/8/03 to 9/12/03, plus the time missed while serving a disciplinary suspension during 9/15/03 to 9/21/03. The time missed equals 12 workdays of sick leave and 5 workdays of suspension for a total of 17 days. The extension provides for an additional 20 days to complete the PIP.

During this period of time, you have been relieved of duties from the Baltimore Field Division in order that you may devote all of your time to completing the PIP. STS Jeff Hueston will assume your field division duties during this time. You have been instructed not to correspond to the division regarding this matter and that STS Hueston will notify the division of his temporary support and to provide them with his contact information. Although you will continue to have access to your assigned GOV for official business, you will not have home-to-work and work-to-home privileges during the time you are completing the PIP.

Futhermore, you have been instructed that the PIP evaluation will continue with me as your observer and our first meeting to begin the performance of assignments outlined in the PIP will take place on 9/23/03 at 0800 hours at the Radio Communications Branch headquarters.

RCB Chief Brad Caldwell is your second line supervisor and should be the first in your chain-of-command to discuss your concerns regarding this memo in the event you desire to do so.

Sincerely,

*Sam Ford* 9/22/03 1645 hrs
Sam Ford
Telecommunications Manager, ATF Radio Communications Branch

F13-1

**DEPARTMENT OF JUSTICE**
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

RADIO COMMUNICATIONS BRANCH
5-1 Metropolitan Court
Gaithersburg, MD 20878

October 6, 2003

MEMORANDUM TO:   TS Zafar Khan

FROM:   Sam Ford, TM – Radio Communications Branch

SUBJECT:   PIP Briefing

During our meeting on Thursday, October 2, 2003, I agreed to provide you with another update on the status of your PIP. In reference to the memo dated 8/15/03 with the subject of "Completion of PIP", I will provide you with a progress report on those items plus I will review your progress up to this point. Additionally, this information has been discussed with you during our weekly meetings.

The PIP was issued on June 20, 2003 and our first meeting to discuss the PIP was held on 6/23/03. Your first assignment was to provide me with your detailed plan for completing the tasks outlined in the PIP. The plan you developed was weak and poorly prepared and only identified the order of the equipments, which you intended to perform demonstrations on. The plan did not have a time table, did not mention a plan for demonstrating any other of the skills outlined in the PIP nor did it address any additional training that you believed you needed to successfully complete the PIP.

On each of the equipments you performed technical demonstrations, several critical errors were made by you. These errors were discussed with you and in order to successfully complete the task the errors must be corrected and then demonstrated by you as to your ability to perform the task.

The following is a list of tasks identified in the PIP that have not been demonstrated:

- Technical evaluations and written reports on products identified in PIP
- Assist a senior specialists on a maintenance trip
- Schedule and conduct a meeting with a vendor which supplies subscriber products and accessories
- Prepare a technical briefing on the XTS-5000 radio and present to RCB managers
- Code-plug development (pending evaluation as of 10/6/03
- Ability to balance workloads and track your own progress toward the completion of an assignment

Tasks that have been demonstrated but not successfully completed:

- PM of the XTS-3000 portable radio
- PM of the Quantar repeater
- Troubleshoot a Quantar repeater

FIS-2

- Proper use of the Motorola 2670 service monitor
- Configuration and operation of the back-to-back Quantar repeaters
- Configuration and operation of the Consolette (PM not required but setup and operation is)

It should also be noted that you have been relieved of your division responsibilities during this last month of your PIP as well as the majority of your head quarter's assignments that you can devote your time and efforts toward completing all items on the PIP.

Sincerely,

*Sam Ford* Oct 6, 2003 @ 1430 hrs

Sam Ford, TM-Radio Communications Manager

F13-3

## Zafar Khan's PIP Meeting's w/ Supervisor and Progress Report

6/20/03 @1100 hrs – Issued PIP to TS Khan
  Supervisor's observation: TS Khan accepted PIP / spent remainder of day working @ his test bench

6/23/03 @ 1315 hrs – First meeting held between supervisor (TM Ford) & TS Khan
- Discussed procedures for completing tasks
- Khan to review PIP and present supervisor with a plan to complete tasks by 7/3/03
- Khan on SL (FFL) 6/25/03 Wednesday
- Khan to assist TS Butkiss @ HQ w/survey of building for UHF coverage
- Next meeting scheduled for 6/30/03

Supervisor's observation: TS Khan appeared ready to demonstrate his skills and displayed confidence.

7/1/03 @1500 hrs – TS Khan & TM Ford weekly meeting
- TS Khan presented his plan to complete assignments
- TS Khan stated he was comfortable with performing all tasks outlined in the PIP
- Khan & Ford agreed to have Khan demonstrate his knowledge of the Motorola 2670 analyzer and performance of PM's on equipment beginning week 7/7/03. The XTS-5000 radio would be PM'd on Monday 7/7/03 by Khan and he would explain procedures to TM Ford for setting up equipment and performing equipment tests.
- Zafar provided the following information on how he was spending his time this week:
  - Monday- Paper work (T&A) and meeting with EEO
  - Tuesday – Paper work (monthly & quarterly reports)
  - Wednesday – Work at his test bench on equipment (
  - Thursday - Work with TS Butkiss at Beltsville lab pulling cable
  - Friday – Holiday

Supervisor's observation: TS Khan's plan for completing assignments lacked details and a clear approach to improving his skills. Stated he could perform the work and didn't expect to experience any difficulties with the tasks assigned.

7/7/03 – TS Khan responded to radio problems at HIDTA and was gone most of the day; upon returning he said mostly the problems were "operator error". Postponed bench test until next day.

7/8/03 @ 0920 hrs – 1100 hrs - Khan demonstrates PM of an XTS-3000 radio to TM Ford
- TS Khan was able to navigate through the CPS successfully
- Checked the secure deviation with radio in the clear mode and recorded it as 4.8 KHz and noted it needed to be adjusted, it should also be noted that the radio did not have code at the time of this measurement

F13-4

- Does not measure single tone duration but just listens and guesses how long it lasts and noted that TM Bowks informed him to do it that way
- Stated that receive sensitivity is not checked on the XTS-3000 but instead the BER is used to test radio
- Tested the radio for where it broke squelch but wasn't sure if it could be adjusted on the XTS-3000 or not.
- After unsuccessfully being able to test the BER, he stated this has been a problem to test in the field and that actually the tests weren't done.
- I asked to see his most recent PM sheets from Wilmington, DE and the Baltimore HIDTA group and although he recently was in these two groups performing PM's, he was unable locate the PM sheets.
- He was able to adjust the power output and the frequency error

Supervisor's observation: TS Khan demonstrated he could navigate through the Motorola 2670 service monitor, the radio CPS and was familiar with most of the PM procedures. Two critical areas he either couldn't perform or made significant errors in were the secure deviation and the receiver BER. He didn't fully demonstrate he knew how or why the receiver sensitivity was checked. Additionally, I have a concern that he couldn't produce PM sheets from Wilmington, DE and HIDTA since he had specifically been to those offices within the past couple months for PM's.

7/8/03 – Sent TS Khan email regarding his tardiness to work for the second straight day. He had previously been counseled on his tardiness and to show his 30-minute lunch break on his T&A (8a – 430p) in lieu of (8a-4p)

7/8/03 – Sent TS Khan an email reminding him to use his chain of command after he went directly to the division chief for a meeting and by-passed both his first and second line supervisors.

7/14/03 – TS Khan performed PM on an Astro mobile radio for TM Ford
- Performed same measurements as he did on a XTS-3000 portable radio
- Radio under test meet PM standards
- He did not perform the receive sensitivity tests using the audio interface box

Supervisor's observation: TS Khan seemed more confident working on the mobile radio. He had spent numerous hours in the shop this week preparing for the PM demo. I asked him about the coded/clear visual indicators on the radio control head but he was unable to say for sure if the indicator was there in both the coded and clear mode of operation. He mentioned several items needed to be changed on the PM sheet to update it for the XTS-3000 radio but to this point he has never made any changes to the PM procedure and presented them forward for approval. I assigned the task of updating the PM sheets for mobiles and portables. Additionally, I ask him about the "hang time" for talk-back scan and he was unable to answer my question. He is supposed to research the answer and provide it to me.

F13-5

7/21/03 @ 1610 hrs. – Met with TS Khan for weekly meeting and status report.
- Zafar briefed me that he spent last week preparing himself to perform PM's on the Quantar repeater and consolettes
- He programmed 22 each XTS-3000 portable radios using the standard ATF code-plug, which resides on the RCB LAN. Radios are to be used for supporting a SRT Op.
- He met with the division chief to discuss a pending action imposed on him by OI
- Additionally, he unsuccessfully tried to contact and arrange for new repeater site for the Wilmington, DE office.
- Each field tech has been authorized to spend $5,000 for supplies and tools after submitting and getting a spend plan approved by their supervisor; Zafar worked on his spend plan last week.
- When asked if he had all the tools and resources to complete his assignments with, he said yes.

7/31/03 @ 1530 hrs. – Met with TS Khan for weekly meeting and status report.
- Discussed Zafar's previous weeks activities since I had been on annual leave and didn't know how his week had gone.
- Zafar said he spent the week supporting a division, tactical operation and that it had gone well. I received feedback from the Branch Chief that Zafar had difficulty finding suitcase radios used to support the operation and that Zafar had intended to support the mission with equipment that was more difficult and timely to set up. The equipment Zafar couldn't locate is equipment that he has assigned responsibility for. Some of the units have been in-operable for nearly a year and he hasn't made it a priority to repair the equipment. Additionally, a senior technician had been assigned to help Zafar with the operation and he briefed me that Zafar had difficulty making technical decisions during the operation and that Zafar was overcome with anixety when initially confronted with providing support. He said he had to talk to Zafar to get him calmed down.
- Zafar spent one day this week in Wilmington, DE conducting PM's on the repeater and base station in the field office. He found the base station not working and identified some wiring problems. He did not get base station PM's completed and said one of the RCH (desk units) was still not operational and he planned to go back sometime in August to complete the work.
- I informed Zafar that he needed to get the suitcase radios repaired and if he could not repair them himself, that I wanted to look at them before he sent them to Motorola for repair. He said that he had already spent money on a power supply to fix one of the units but it still didn't work.
- While discussing the upcoming Baltimore operation, Zafar asked for an additional person to help survey the repeater coverage in Baltimore from a portable radio. He said he didn't feel comfortable doing it by himself. I ask him to provide me with a technical explanation why he didn't feel comfortable and he was unable to answer in technical terms. He stated that the "portable radio antenna would be overwhelmed by the repeater signal" and that "the delay between talking on the portable and receiving on the mobile would cause interference and he wouldn't be able to discern a good radio check from a bad one".

F 13-6

- Additionally, I reminded Zafar that I had requested on Monday, a write up from him describing the operation he supported the previous week and asked when it would be ready. He said he would spend the remainder of this day completing the report.

Supervisor's observation: TS Khan was unable to discuss issues in technical terms. He insisted he is confident that he can do the job. When challenged to define his reasons and logic for making decisions based on technical facts he couldn't do it and then accused me of treating him differently. I informed Zafar that I do not treat everyone the same nor expect the same level of performance because as I a manager I have to treat them based on their level of qualifications, experience and their ability to make sound decisions regarding operational support.

Zafar accused me of treating him differently and pointing out his performance failures in public. The situation he was referring to was during a time when a shop meeting was called at the request of another technician to discuss responsibilities within RCB HQ. During the meeting, Zafar was informed it was his responsibility to take care of all portable assets in the shop, which included inventorying and storing them properly. He had pointed out that another technician had left equipment lying around and that it should be addressed; I informed Zafar that was a performance issue that would be dealt with at the appropiate time and the current meeting was to discuss and assign responsibilities. Zafar indicated that I was treating him differently than the other technician. In fact, everyone's duties and responsibilities were discussed during that meeting and I avoided discussing anyone's level of performance in carrying out those duties and even informed the other attending technician that performance issues would not be discussed when he attempted to use an example of performance vice assigned responsibilities.

Each time I have pressed Zafar for technical information, he has attempted to avoid answering the question by drawing attention to previous situations and taking the conversation to another topic.

8/7/03 @ 1000 hrs. –TS Khan PM'd Quantar w/STS Hueston as a technical observer
- Demonstrated knowledge of test equipment and test configurations
- Had no problem measuring transmit performance
- Was not aware of limitations of the service monitor for input power not to exceed 125 watts. The Quantar output was 143 watts and he used the service monitor to measure this; even after being informed of the limitations he decided to continue the transmit alignment using the monitor as opposed to a watt meter.
- STS Hueston had to assist him measuring the performance of the receiver by instructing him on the PL code. He did discover the squelch was all the way open while measuring the squelch settings and did not make any adjustments. Additionally, he was instructed on the proper method for setting the deviation compensation.

Supervisor's observation: TS Khan was nervous and a couple of times was confused by a second Quantar that was mounted in the rack; he was attempting to connect cables to it

F13-7

and/or use the front panel controls opposed to the station under test. I asked Zafar to describe the difference between the 12 db sinad test and the squelch test on the receiver. I do not feel he fully understood the difference and this is also an area STS Hueston covered within for clarification. I am not confident at this point that TS Khan is fully competent in performing PM's on Quantar repeaters. I believe that as long as everything checks out good, he would be able to measure the specs but I'm not sure he would identify a problem or make the correct adjustments in the event there were discrepancies with the settings / measurements. STS Hueston briefed TS Khan on the errors he made and provided instruction for proper methods.

8/7/03 – TS Khan was on AL from 8/1/03 – 8/5/03, SL on 8/7/03 from 1400 – 1630 and is schedule to attend a meeting for the Baltimore Op on 8/11/03. STS Harazda is scheduled to assist w/Baltimore OP. As of this date TS Khan has not provided a written report for the last tactical op he was on as requested 7/28/03 and again on 7/31/03. TS Khan has not spent supply money that was given to him to spend based on his spend plan; he had approval to spend the money on 8/6/03 and told he needed to spend the money promptly before spending was curtailed for the FY. TS Kan has not provided me a detailed plan for supporting an upcoming tactical operation as requested on 7/31/03. TS Khan has done little to ensure in-house equipment has been identified and operational; for the upcoming mission. He had planned to use stock XTS-3000 portables for the upcoming op instead of planning to use dedicated CMIRT radio kits.

8/8/03 – TS Khan in Baltimore conducting radio surveys for an upcoming operation. He was involved in a vehicle accident and it was reported to OI within required time limits.

8/12/03 – TS Khan & TM Ford spent the day in mediation regarding TS Khan's allegations of discrimination based on age, race and religion. TS Khan wants (1) to be promoted to PD-III retro-active to 1999, (2) to have his office relocated to the Baltimore FD, (3) to have all items regarding his performance and training removed from the manager's file on him, (4) to have the letter of reprimand, which issued to him in "03 by TM Ford, removed from his OPF. TM was unwilling to meet any of the demands during this mediation. TS Khan has requested a continuation of the mediation to include the presence of his lawyer. Management agreed to participate at the recommendation of ATF Legal

<u>8/14/03 Supervisor's observation and discussion with TS Khan</u>: TS Khan informed TM Ford on 8/13/03 that he would be working at the Baltimore division facility all day on 8/14/03. He called at 0830 am from his residence and said he was going to purchase a tire and some other supplies before going to the division. At approximately 1300 hrs on 8/14/03 TSS Harvey was trying to contact TS Khan because on the previous day they had agreed to meet between 1200 – 1300 hrs at Baltimore FD. The meeting was discussed over the radio net and heard by the RCB Chief. TSS Harvey could not contact TS Khan at 1300 and TSS Harvey contacted me to pass info to TS Khan. TSS Harvey said he had not seen nor heard from TS Khan all that day. I was finally able to contact Khan at approximately 1315 hrs. on his Nextel phone. TS Khan came to the RCB HQ and said he was not able to get a new tire for his vehicle but had made some other purchases of

F13-8

supplies. He didn't recall agreeing to meet TSS Harvey at 1200-1300 hrs. and said he had been at home trying to access the network via remote dial-in on his laptop computer (Note: he had never taken the time ensure his dial-in worked up to this point, although, I had instructed him on a couple of times to do it over the past year). Khan spent the remainder of the day working at RCB HQ and was supposed to send me some requests for call numbers. As of 8/15/03, I only received one call number request for BOC 2627. I spent about 30 minutes discussing the upcoming Baltimore operation with TS Khan and his support plan. He was instructed that if a decision had to be made based on his inability to handle the situation during the Op that STS Harazda had full authority to assume the lead role for communications support on the operation. TS Khan was informed he would be the lead up to that point. TS Khan is on AL 8/15/03. I am not confident that TS Khan was performing his official duties during the time he was unaccounted for on the morning of 8/14/03 because he was not where he said was going to be at the Baltimore FD, he did not purchase a new tire as he stated he was going to do, he did request any call numbers for money spent as he was supposed to and TSS Harvey was unable to contact when he tried.

8/13/03 – Notified TS Khan that he should file a SHIMS report since he claimed his back was hurting as a result of the vehicle accident. I instructed him on where and how to get to the SHIMS report.

8/25/03 – TS Khan called in on sick leave today complaining of back pain and advised that he would be seeing a doctor today.

8/26/03 @ 0810 AM – TS Khan called in sick and said the doctor wanted him to remain at home until 9/3/03 for his related back pain. TS Khan was advised to mail in his doctor's slip to me as soon as possible.

9/4/03 – TS Khan reported to work after spending 1 ½ week on SL for his back.

9/5/03 – TS Khan informed by the TSD Chief that he would be serving the 7-day suspension given to him by OI during the week of 9/15/03.

9/8/03 @0810 AM – TS Khan called in sick, continued back pain and said he was going to see a doctor.

9/8/03 @1320 Hrs. – Our admin clerk called TS Khan at home to inquire if had filed a workers comp claim as a result of an accident he had on 8/8/03. She wanted to use the proper codes for his absence if was claiming workers comp. He had not filed a claim and I reminded him that I had supplied him with the SHIMS info at the time he completed his vehicle accident report and stated he was suffering some back pains. I again reminded TS Khan that he could find the SHIMS info on-line under the CFO/Management section of the intra-net and that he could file a claim there. He does have his ATF computer at home and can use a dial-up to access the info. Note: Called personnel regarding the SHIMS report. An employee has 30 days to file a claim before he can be given time off without using SL or AL. The employee can file the claim later but can only get 75%

F13-9

workers comp pay if they have dependents and 66 2/3% if no dependents. At that time they can also request to buy back their leave but have to go through the approval process.

9/9/03 – TS Khan did not report to work or call in. I called his home at 830 am and he said he would be on SL through Friday (9/12) per a doctors excuse. He said his credit card statement was on his desk and asked if I would get it and complete it for him. The statement was due to be turned in last month as they are received by the employee around the 10th or 12th of each month. Additionally, TS Khan has not completed a written report for the operation he supported in Baltimore during the week 8/18/03.

9/15/03 1720 hrs Notified Zafar by telephone that the Branch Chief had sent him an email to change his out of office message and he stated he was on suspension and under no obligation to comply with the order. See below:

```
Zafar,
You need to change your out of office assistant message to read the
following.
I will be unavailable and out of the office from September 15-22, 2003.
If you need any radio communications assisted during this timeframe,
please contact Sam Ford or Brad Caldwell at (301) 330-3263.

Brad A. Caldwell
Chief, Radio Communications Branch
Phone:   (301) 519-6879
Pager:   (888) 274-7091
New Email Address:   Brad.Caldwell@atf.gov

-----Original Message-----
From: Ford, Samuel L., Jr.
Sent: Monday, September 15, 2003 5:11 PM
To: Caldwell, Brad A.
Subject: FW: ATF weekly report submission for Sept. 16, 2003
Brad, per our phone call.

Sam Ford
Radio Communications Manager
Office:   301-330-1515
Cell:     301-370-2905
Fax:      301-417-0238
-----Original Message-----
From: Khan, Zafar A.
Sent: Monday, September 15, 2003 5:05 PM
To: Ford, Samuel L., Jr.
Subject: Out of Office AutoReply: ATF weekly report submission for
Sept.
16, 2003

To improve the efficiency of services and the agency, I have been
suspended for a period of 7 days for HOV voilation by the chief of the
technical operations Branch, Mr. Tim McGinnis. It is just for your
information if you guys miss me while I am away observing and measuring
```

F13-10

the increase in the efficiency of the agency. I will return to work next Monday Sept. 22, 2003.

9/22/03 0750 hrs - TS Khan called in to say he was in heavy traffic and would be late for work. He reported to work @ 0810 hrs.

9/22/03 1220 hrs - I asked TS Khan if he planned to submit a self-assessment for his upcoming evaluation (they were due by 9/15/03 but was going to accept his today because he had been on SL & suspension during that time); he stated he was not going to submit a self-assessment.

9/22/03 1415 hrs - Met TS Khan to discuss his PIP extension, credit card expenditures, sick leave status, and evaluation self-assessment. He was informed that he was relieved of his division responsibilities until he completed his PIP. This will afford him every opportunity to devote all of his time to the PIP. He will continue to have his GOV to use for official business but will not have home-to-work while relieved of his field division duties. I gave him until Wednesday of this week to arrange for leaving the GOV at the office and he refused to acknowledge if this was enough time or if he needed more time. The RCB Chief has offered to assist him with swapping out the vehicle. When asked if he planned to submit a self-assessment for his evaluation he stated he was not going to submit one. I had sent an email to him on 9/11/03 in response to a call number he had requested and asked if he had already spent the money being requested; he never replied to back to the email so I asked him during today's meeting about the expenditures. He said he had not spent the money and I informed him not to do so as spending had ending for this FY. I instructed Zafar that he and I would have a meeting on 9/23/03 at 0800 hrs to begin work on his PIP. He said he would not allow me to observe his performance on any of the items listed on the PIP. I informed him that I would have to observe his performance in order to evaluate it. The meeting ending with him saying he would not allow it and that he needed to seek legal advice. Provide Zafar with a memo defining the PIP extension.

9/23/03 - 0815 hrs. Discussed the remaining outstanding issues on the PIP with Zafar and briefed him on my expectations. AT 0930 hrs he began demonstrating the setup and operation of wire-line back-to-back repeaters. He used written procedures that included pictorials of the boards and modules that required modifications. During the installation of a wire-line modem on the wire-line board he was unable to figure out to mount the modem. He did not appear to recognize the electrical connection required (plugs) and focused more on the physical pegs that secured the boards together. He asked for my assistance on installing the board. Once the board was modified, he attempted to re-install the board in the module but had it turned around backward; I instructed him on the proper way to insert the board. At approximately 1400 hrs., Zafar was ready to demonstrate the configuration. I asked him what limitations the Quantar stations had when programmed for mixed-mode operation. He stated none and that he had tested his theory in the Baltimore FD. (Note: in mixed mode the repeaters will not pass an encrypted analog signal). While testing his configuration, I had him test each mode of operation (digital clear/encrypted) and analog clear/encrypted). The stations worked in the digital modes but not in the analog encrypted mode and only passed audio in one direction during

the analog clear mode. At 1500 hrs., I left him to identify the problems and explain to me what he found or concluded.

9/23/03 - TS Khan asked if he could submit his self-assessments now that he had time to review the situation (9/22/03 he stated he was not going to submit any input). I explained to him that his window of opportunity had passed and that by not submitting them yesterday (his first day back from suspension) that it would unfair to everyone else to allow him extra time to submit his input. Additionally, Zafar apologized for his poor behavior during our previous days' meeting.

9/29/03 - TS Khan has not reported any findings on the Quantar issue that he was troubleshoot and identify on 9/23/03

9/30/03 - Provided TS Khan with a laptop / CPS for XTS-3000 / code-plug data for him to write a code-plug. Additionally, I gave him some assignments to transfer approximately 50 radios from the RCB to various agencies outside the ATF.

10/1/03 - I notified TS Khan that I wanted to discuss his annual evaluation with him on 10/2/03. I was called by Agent Davis from the Baltimore FD requesting to interview TS Khan and myself on 10/2/03 regarding a vehicle accident TS Khan had in his GOV in Baltimore.

10/2/03 - TS Khan reported he had completed the code-plug assignment and would have it ready for me to review & test by COB.

10/2/03 - Met w/TS Khan to discuss his annual performance review. The meeting lasted for approximately two hours and we discussed in detail each of his five critical elements. I informed him that my evaluation of his performance on all five critical elements were below expectations. TS Khan suggested he be able to start on a clean slate and although his attempts at improving his performance for the past two weeks have been more commendable; it doesn't erase the fact that he performed poorly for the entire year and refused to acknowledge any performance issues that were being brought to his attention throughout the year. It has been my observation during this year that even after extensive attempts to train him and provide him with specific instructions on to complete assignments, TS Khan lacks many of the skills required to be a successful telecommunications specialists (radio) within the ATF.

10/10/03 - Met w/TS Khan to discuss the last week of his PIP and his plans to complete all items on the PIP. He provided me with two technical reports on battery chargers this week and spent most of this week researching the XTS-5000 radio in preparation for his oral briefing of the unit to the Branch Chief and other managers. His week was one day short due to one day of FFL he took. He said his plans were to complete the research on the XTS-5000 and I gave him some clarification on what type of information I expected in his briefing. Next week he plans to re-evaluate the problem he had experienced with the back-to-back repeaters and attempt to isolate the problem. He made no mention of how he planned to demonstrate some of the equipment that has been identified as problem areas for him on his PIP. I don't feel comfortable that he has properly planned out what he needs to accomplish and thought it all the way through even after I provided him a detailed list of the items that are still required in two separate

F13-12

memos. Monday of next week is a federal holiday and Wednesday our branch is scheduled for mandatory ethics training. Zafar has scheduled a vendor meeting for next Thursday as was outlined in his PIP and he wants to save branch chief brief until late in the week. I told him that I needed a time and date so I could get it scheduled with the chief.

10/16/03 - TS Khan conducted a meeting with All American Associates to discuss any new releases of equipments and/or additional vendors they were representing. He conducted the meeting well but didn't focus in on the key areas that pertain to ATF & RCB. The meeting turned out to be productive because ALL American Associates is representing a firm that produces inter-op equipment that will compete with JPS and the ACU-1000.

10/16/03 - TS Khan notified me that he wanted to do the technical brief to the chief and managers on XTS-5000 radio but wanted to do it at 3 pm on 10/17/03. All parties agreed to this time.

10/17/03 - TS Khan conducted his briefing and presented himself well but didn't address key issues that are most important to our systems. He couldn't explain some of the technical issues he had listed on his handout and stated that he worked on the presentation for about six hours. Since he only turned in two written reports within the past two weeks, and only spent six hours preparing for this brief, it doesn't account for all of his time for this period.

10/20/03 - Met w/Khan and informed him he would be given assignments to do around the shop but he wouldn't be given his field division back until after my report was completed and a decision made on his performance on the PIP. I informed him I would have the report completed in about 7-8 days and that I planned to give it to the ELRB for review prior to giving him a final report.

10/24/03 - Notified by the RCB Chief that Khan was more than 30 days past paying his Bank of America card. The chief and I counseled him on this matter and then called OI based on the fact he admitted using the government funds for his personal bills.

10/27/03 - Presented Khan with a written counseling on credit card issues and sent OI a copy. Completed the PIP report and will send to ELRB this week.

F13-13