# EXHIBIT 19

## Decision to Remove for Unsatisfactory Performance



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

**EXHIBIT F8a**

---

www.atf.gov

APR 7 2004

304010:TAM
2462

MEMORANDUM TO: Zafar Khan
Telecommunications Specialist
Radio Communications Branch

FROM: Chief, Technical Services Division

SUBJECT: Decision to Remove for Unsatisfactory Performance

In a notice dated December 10, 2003, Samuel Ford, Telecommunications Manager, Radio Communications Branch (RCB), issued to you a proposal to remove you from your position of Telecommunications Specialist, PD-391, Pay Band 2, RCB, Office of Science and Technology, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and from the Federal service based upon your unsatisfactory performance in critical elements (CE) 1, 2, 3, and 5.

As the deciding official in this matter, I have carefully reviewed all of the material, which has formed the basis for the proposal. I have also considered the issues you presented to me during your oral replies made on January 15, 2004, and January 20, 2004, as well as the subsequent exhibits you presented.

In my review of this information, I find that you have, in fact, failed to meet the minimum established standards for your position and that all of the instances of unsatisfactory performance specified in the proposal notice of December 10, 2003, are sustained. Furthermore, I find that you have been given many opportunities to demonstrate an acceptable level of performance, but you did not do so.

Specifically, I have listed below, my findings concerning your performance in your critical elements:

**Critical Element Number 1: Technical Expertise**

You have been performing at the unsatisfactory level of this performance standard which states:

- Displays a lack of proficiency in technical areas. Requires an inordinate amount of supervisory intervention to complete coverage surveys, compatibility studies, system design, installations, repairs and evaluations.

ZAFAR KHAN

- Fails to complete preventive maintenance as required or corrective maintenance in a timely manner.
- Fails to grasp communications strategies and requirements in order to establish tactical communications, jeopardizing the effectiveness of missions, or risking the endangerment of personnel.

I find that you have presented no creditable evidence to contradict the supervisor's assessment of your performance. In your response, you stated that you "observed a situation in which a $20,000 service monitor could have been damaged. RCB personnel should have been aware of the 125 watt input limitations." It is true that you should have been aware of the 125 watt input limitation, as it is clearly marked on the front of the service monitor next to the input connection. However, while testing the Quantar repeater, you transmitted 140 watts of power into the Motorola service monitor. Even after being informed of the limitation by Mr. Ford, you continued to transmit the excessive wattage into the service monitor. Mr. Ford stopped you and informed you of the potential damage to the service monitor. This improper use of test equipment is but one example of your lack of the necessary skills to perform as a Radio Telecommunications Specialist.

You complained that Mr. Ford did not join you in many of your field assignments and that he therefore could not make an accurate assessment of your work. However, as evidenced in the example above, Mr. Ford was with you in the office everyday and was able to observe your technical work there. I find that you failed to demonstrate the technical sufficiency required for your position.

**CRITICAL ELEMENT 2:**     Leadership

You have been performing at the unsatisfactory level of this performance standard which states:

- Does not understand the Bureau's mission and goals, and therefore is unable to apply such knowledge when supporting communications activities.
- Lacks knowledge of current communications technologies and is unable to assist in determining applicability to the Bureau's needs.
- Reluctant or unwilling to participate in training opportunities to broaden his/her level of expertise.
- Avoids or is reluctant when assigned additional duties.
- Does not show a willingness to work as part of a team.

Your performance in this critical element remains unsatisfactory. As a senior level technician, I find that your lack of technical skill and unwillingness to take direction makes you ineffectual for helping others.

ZAFAR KHAN

As stated in Mr. Ford's proposal notice, your lack of proficiency in current communications technology has adversely affected your ability to successfully accomplish these critical elements. I find as evidenced in Mr. Ford's proposal that you make frequent technical errors that appear to be do to a lack of understanding, not a lack of training.

In your written response to the proposal as well as in your oral reply meeting, you stated that you were not allowed to attend certain training courses that were available and that you were treated in a disparate manner. To the contrary, Mr. Ford arranged for you to attend two training courses and both times, you canceled out of them. Moreover, you could not attend the radio conference in Raleigh, NC because you were working on a project for the Baltimore Field Division. As well, two other technicians, one who assisted you with the Baltimore project, did not attend that training course either, so you were not treated in a disparate manner.

**CRITICAL ELEMENT 3:** Conduct and Cooperation

You have been performing at the unsatisfactory level of this performance standard which states:

- Presents an unprofessional image in appearance and demeanor.
- Displays an unprofessional or negative attitude toward responsibilities, co-workers, professional contacts, and the public.
- Is neither reliable nor dependable, failing to adequately manage time, funds or other resources.

In your reply, you stated that your supervisor did not hold the scheduled weekly meetings with you. However, I find that your supervisor did track his meetings with you and during the entire PIP period of June 2003 to October 2003, only 3 of 18 meetings were missed.

In your reply, you also stated that an E.F. Johnson radio given to you by Mr. Ford for evaluation, malfunctioned. You returned the radio to the company, but it still did not function properly and a technician from E.F. Johnson had to come into the office to service the radio. You also stated that there were no manuals for radio, but that you attended all of the E.F. Johnson teleconferences and briefed Mr. Ford on the findings from other agencies. However, you still did not complete the evaluation of the radio as assigned.

The fact that you had such difficulty with the radio may speak to the quality of the radio and would be important information to document in an evaluation. With regard to the manuals, they were available in the office and another technician assigned with the same task had no difficulty completing this task. The facts do not support your statement that

ZAFAR KHAN

by the time the radio was operational you did not have time to complete the evaluation. Some of the problems with the radio resulted from your user error and you could have at least evaluated the level of service you received from the manufacturer. Instead, you did nothing but report the findings made by other agencies.

**CRITICAL ELEMENT 5:**     Oral and Written Communications

You have been performing at the unsatisfactory level of this performance standard which states:

- Written documents/reports are inaccurate and seldom provided for review within established time limits.
- Oral and written communications skills are ineffective, failing to deliver information to recipients.
- Fails to properly prepare and conduct presentations or briefings, requiring extensive guidance and/or corrections.
- Unprepared when briefing the Branch Manager/Chief on communications matters.

You stated in your oral and written responses, "neither Mr. Ford nor his predecessor ever questioned the integrity of the PM sheets on Quantar repeaters that I had performed for the past several years. Mr. Ford accepted my trip report and the attached PM sheet without any question on March 10, 2003 (Exhibit 13)." Yet the photocopy of Exhibit 13 you presented to me has clearly marked on the bottom on the page in handwriting "No photographs provided of site as requested. In Mr. Ford's written correspondence to you in reference to assignments on January 16, 2004, with follow-up requests on February 3, 2004, February 26, 2004, and March 7, 2004, you failed to provide the requested documentation.

Additionally, in (your) Exhibit 6 you state that "...Furthermore, he was unable provide the mapping software as requested because of his lack of knowledge of the software. On the contrary, he hindered the project by asking me to defer all activities on that project pending a propagation study map." As part of the aforementioned correspondence by Mr. Ford, he indicated that your scheduled request for help on the mapping software was to take place on March 7, but had to be re-scheduled based upon change in scheduling by you.

You state in your written response that Mr. Ford treated you differently in professional matters and that he "never conducted and office visit of the BFD (my division) during the 2002-2003 year. However, in (your) Exhibit 27, you refer to Mr. Ford's February 2002 "visit to the Hyattsville FO in the middle of narrow band transition..."

Overall, I find that your performance during the opportunity period did not improve. You had more than 4 months to improve your performance, but in that time, you only

ZAFAR KHAN

completed one assignment that you were given, the Baltimore Field Division project. This project was completed successfully because you were assisted by another telecommunications specialist. You continued to make numerous errors on your remaining assignments. You did not participate during some of the conferences and you seemed more comfortable allowing others to do the work. I also find that you lack the technical proficiency necessary to do this job and that some of your mistakes, if not caught, could have been quite costly for the Bureau.

Although you allege that Mr. Ford did not assist you during this period, some of your own statements contradict that fact when you describe your disagreements with Mr. Ford over the appropriate methods for some of the assignments you had. You simply did not apply the instructions that were given to you for the successful completion of your work.

Based upon the above, I find your removal for unsatisfactory performance to be warranted. Therefore, your removal will be effective on Saturday, April 10, 2004. You will be placed in an administrative leave status with pay at your present grade and salary until the effective date of this action.

You have the right to appeal this action to the Merit Systems Protection Board (MSPB) no sooner than the day after the effective date of this action, and no later than thirty (30) calendar days after the effective date of this action. Your appeal must be made pursuant to the procedures contained in part 1201 of Title 5 of the Code of Federal Regulations (CFR). The procedures for appeal are found in the attached excerpt from Title 5 of the CFR. Your appeal should be addressed to:

> **Washington, DC Regional Office**
> **Regional Director**
> **1800 Diagonal Road, Suite 205**
> **Alexandria, VA 22314-2840**

Your appeal should inform the MSPB that the records of your case may be obtained by writing to: **G. Elaine Smith, Chief, Employee and Labor Relations Team, Bureau of Alcohol, Tobacco, Firearms and Explosives, 650 Massachusetts Avenue, NW, Room 4300, Washington, D.C. 20226.** This will assist the MSPB in processing your appeal.

It is required that all petitions for appeal to the MSPB be in writing and set forth the reasons for contesting the adverse action. In addition, all of the information called for in Part 1201, Appendix I, of title 5 of the CFR must be provided. This information may, as indicated, be provided on a copy of the appeals form included with the attached regulations.

If you believe that prohibited discrimination based on race, color, religion, national origin, sex, sexual orientation, age, disability, parental status or genetic information, was

ZAFAR KHAN

involved in this decision, you may wish to contact the Office of Equal Opportunity (EO) at (202) 927-7760.

You may appeal to MSPB and have the allegation of discrimination be considered as part of the appeal, or pursue the matter under EEO discrimination regulations, but not both. If you elect to file a complaint of discrimination, you must contact an EEO counselor within forty-five (45) calendar days after the effective date of this action.

Timothy A. McGinnis

Attachments:   MSPB Rules and Regulations
               MSPB Appeals Form

Acknowledgement of Receipt:

_____          _____
Employee Signature                       Date

Your signature above indicates that you have received this document.
It does not mean that you agree or disagree with the contents of this memorandum.
By signing the acknowledgement, you will not forfeit any of the rights mentioned above. On the other hand, your failure to sign will not void the contents of this memorandum.