# EXHIBIT 20

**Affidavit of Samuel Ford**

EXHIBIT F4

## AFFIDAVIT

STATE OF ___ Maryland

CITY OF _____ Gaithersburg


I, Samuel Ford, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), U.S. Department of Justice (DOJ), make the following statement freely and voluntarily to Daniel Willard Jewell, who has identified himself to me as a Contract EEO Investigator for ATF, investigating a complaint of employment discrimination filed by Zafar Khan, knowing that this statement may be used in evidence. I understand that this statement is not strictly confidential and may be shown to any interested party with a legally recognized need to know.

I hereby solemnly swear or affirm, under penalty of law for perjury:

Q1.    (a) Please state your full name, position title, grade and job series. (b) Please also state your race, religion, birthdate, skin color and national origin.


A1. (a) Samuel Loyd Ford, Jr., Telecommunications Manager, PD-III / 391

(b) Caucasian, Christian, 7/6/50, white, American


Q2.    (a) What is the name of the office in which you work? (b) What are the names of any other organizational branches, divisions or offices between your office and the Office of the Director for ATF?


A2.    (a) Radio Communications Branch

(b) Technical Services Division / Office of Science & Technology


Q3.    Who are your first and second level supervisors?

F4-1

Initials _____

A3.    1st: Brad Caldwell, 2nd: Tm McGinnis

Q4.    In general, what are your duties?  How many individuals do you supervise and what are their positions and grade levels?

A4.    (a) Radio Manager for eleven field divisions

(b) Five – Senior Telecommunications Specialist (PD-III)

Three – Telecommunications Specialist (PD – II)

Q5.    (a) How long have you known Zafar A. Khan?  (b) Do or did you supervise him and, if so, for what period of time?  (c) Please describe the nature of the work he performs or performed in the past.  (d) Are there any other individuals in your office who perform similar work?  If yes, please identify each individual by name, position title, grade and describe the type of work the individual performs.

A5.    (a) Since approximately January 2001

(b) Yes, October 2001 – currently

(c) Radio communications technical support & technical services

(d) The following individuals are assigned to the Radio Communications Branch at the same grade level and perform similar radio communications support & services:

Huel Benton, Telecommunications Specialist, PD-II

FU-7                    Initials _____

Michael Chorn, Telecommunication Specialist, PD-II

Q6.    What do you know, believe or understand Mr. Khan's race, religion, age, skin color and national origin to be?

A6.    (a) He has told me he is Asian, born in Pakistan, approximately 55 years of age, and his skin color is white.  I am not aware of his religion.

Q7.    Mr. Khan alleges he was retaliated against for his past EEO activity. When and how did you first learn he complained of employment discrimination or had in some way participated in the EEO complaint process and what do you know of his activity?

A7.    I was notified by email from an EEO specialist on 2/6/02 that Mr. Khan had raised an issue.  Both Mr. Khan and I met with the EEO counselor and discussed his concerns, which were getting some training documents removed from his un-official personnel folder.  We agreed on a process, which consisted of some performance based actions for him to complete, in order for him to get the items removed, and to my knowledge that resolved the matter.  The second time I'm aware he met with EEO was on 6/30/03, when he requested administrative time to meet with EEO and a union steward. This was just after he was issued a PIP on 6/20/03.  Mr. Khan and I attended a mediation session, at which time he said he wanted to be promoted to PD-III, have the promotion back dated (I believe he requested 3 years), and additionally he wanted all of his training records removed from his file.  I informed Mr. Khan he was not performing satisfactorily

FU-2          Initials

at the PD-II level, and that I could not justify promoting him to PD-III because he had not demonstrated he possessed the technical skills required. I also informed him that the training documents would not be removed from his record. Afterwards, Mr. Khan declined to continue with any additional mediation meetings. To my knowledge, the issue that prompted him to go file an EEO complaint was his being placed on a PIP.

Q8.    Mr. Khan alleges he was discriminated against because of his race, religion, age, skin color and national origin when he was suspended from his position between September 15 and 22, 2003. He asserts the suspension was based on his receipt of a citation for a minor HOV driving violation and was too severe a penalty for what he did. (a) What is your response to his assertion? (b) Why was Mr. Khan suspended? Please explain in detail. (c) How were you involved in the suspension decision? Please explain in detail. (d) Were you involved in suspending any other employee from duty at any time between September 2001 and September 2003? If yes, please explain in detail with the employee's name, position title, grade, race, religion, age, skin color, national origin, dates of suspension, reason for suspension and how you were involved.

A8.    (a) This matter was investigated and handled by ATF's Office of Inspection and our division chief; I have no response to his assertion other than I believe that illegally driving a GOV in an HOV lane is not a minor offense. (b) To my knowledge, Mr. Khan's suspension was a result of his HOV violation and the results of an investigation into that matter by the Office of Inspection. The Office of Inspection recommended the suspension. (c) Other than notifying the division chief that Mr. Khan's

F4-4                    Initials _____

original response to me as to why he was in the HOV lane changed from the story he told the division chief why he was in the HOV lane, I was not involved in the suspension decision. (d) No

Q9.    Mr. Khan also alleges he was discriminated against because of his race, religion, age, skin color and national origin when he was placed on a Performance Improvement Plan (PIP) for 90 days on or about June 20, 2003. (a) Why was Mr. Khan placed on a PIP? Please explain in detail. (b) How were you involved in the decision to place Mr. Khan on a PIP? Please explain in detail. (c) What were the terms of the PIP and what activities transpired in relation to and during the period of the PIP? Please explain in detail. (d) What was the outcome of the PIP? Please explain in detail. (e) Were you involved in placing any other employee on a PIP at any time between June 2001 and June 2003? If yes, please explain in detail with the employee's name, position title, grade, race, religion, age, skin color, national origin, dates of PIP, reason for PIP, outcome of PIP and how you were involved.

A9.    (a) Mr. Khan was placed on a PIP based on his unsatisfactory performance; he was not demonstrating he possessed the technical skills for satisfactorily meeting the requirements of his assigned duties and was refusing to participate in supervisory counseling to determine why he was not performing well. (b) I am Mr. Khan's supervisor and made the decision to place him on a PIP. (c) The PIP provided very detailed activities to be followed by both Mr. Khan and myself during the course of the PIP. A copy of the PIP document , proposal letter, PIP extension memo and

F4-5

Initials

supervisor notes made during the PIP period will be sent in mail along with the original copy of this form. To re-write the entire account of events would consume considerable time and effort as a response to this question. Basically, at mid-year review, Mr. Khan was un-satisfactory on four of his critical elements. I outlined in the PIP specific tasks and assignment designed around those elements for Mr. Khan to perform under my supervision. Mr. Khan and I met each week to discuss his progress and review any areas I observed he needed more improvement. I documented our meetings after each session. At the conclusion of the PIP, I wrote a final report and made a recommendation as a result of his performance during the PIP. He was provided a copy of the report, my supervisor notes and copies of other documentation I used to base my decision. (d) Mr. Khan did not successfully complete the PIP and I proposed that he be removed from ATF and federal service. (e) No

Q10. Mr. Khan also alleges he was retaliated against because of his EEO activity when he was relieved of his responsibilities as a Telecommunications Specialist for the Baltimore Field Division on or about September 22, 2003. (a) What is your response to his assertion? (b) What duties were taken away from Mr. Khan and why was he relieved of them? Please explain in detail. (c) How were you involved in the decision to remove any of his duties? Please explain in detail. (d) Were any of these removed duties restored to him? Please explain why, what the duties are and when this occurred. (e) Were you involved in removing the duties of any other employee at any time between September 2001 and September 2003? If yes, please explain in detail with the employee's name, position title, grade, race, religion, age, skin color, national origin,

F4-6                    Initials _S.L.Z_

description of duties removed, dates of removal, reason for removal and how you were involved.

A10.    (a) He is wrong in his assumptions and he was informed why he was relieved of his duties for Baltimore. (b) Mr. Khan was relieved from his responsibilities as a Telecommunications Specialist to the Baltimore FD and all of his other assigned duties so he could devote 100% of his time and efforts towards successfully completing the PIP within the allotted time frame. His only assignments after being relieved of his normally assigned duties were to complete the items identified within the PIP. (c) As his supervisor, I made the decision to remove all of his duties except for the completion of the PIP. (d) The duties removed from him while he was on the PIP were not restored because he did not successfully complete the PIP and did not demonstrate he was capable of satisfactorily performing the required duties of a telecommunications specialist as outlined in his position description. (e) No

Q11.    Mr. Khan also alleges he was retaliated against because of his EEO activity when his use of a government vehicle was suspended on or about September 22, 2003. (a) What is your response to his assertion? (b) What kind of vehicle was involved, why did Mr. Khan previously have use of it and why was its use taken away from him? Please explain in detail. (c) How were you involved in the decision to remove his use of a vehicle? Please explain in detail. (d) Was his use of a vehicle restored to him? Please explain why, what the terms of usage were and when this occurred. (e) Were you involved in removing the use of a government vehicle of any

F4.7        Initials _____

other employee at any time between September 2001 and September 2003? If yes, please explain in detail with the employee's name, position title, grade, race, religion, age, skin color, national origin, description of vehicle and usage removed, dates of removal, reason for removal and how you were involved.

A11.    (a) Mr. Khan's assertions about why the government vehicle use was suspended are false. (b) Mr. Khan's home-to-work privileges of the government vehicle were suspended in September; he was not asked to surrender the vehicle until December 2, 2003 at which time he was placed on restricted duty status. He was assigned the use of a 1996 Chevy Blazer; all of the telecommunications specialists assigned to support field divisions are assigned the use of a government vehicle and have home-to-work privileges because they are subject to be called at home to report to duty after normal working hours and their vehicle is equipped with all of the tools needed by them to provide radio communications support in the event of a "call out" from home. Since response time can be critical, this is to allow them to respond directly to the field division or location of an event without having to go first to their radio shop. Since Mr. Khan was not providing field support, he was not subject to be called at home to respond and therefore; home-to-work privileges were not justified. (c) As his supervisor, I made the decision to suspend his home-to-work privileges. (d) He never lost use of the vehicle until December 2, 2003 when he was placed on restricted duty. (e) No

Q12.    Mr. Khan also alleges he was retaliated against because of his EEO activity when his PIP was extended until about October 17, 2003. (a) What is your

F4_S                    Initials _S.I.T._

response to his assertion? (b) Why was his PIP extended, what were the terms of the extension and what activities transpired in relation to and during the period of the extension? Please explain in detail. (c) How were you involved in the decision to extend his PIP? Please explain in detail. (d) What was the outcome of the extension and when did it end? Please explain in detail. (e) Were you involved in extending a PIP for any other employee at any time between October 2001 and October 2003? If yes, please explain in detail with the employee's name, position title, grade, race, religion, age, skin color, national origin, description of extension, dates of extension, reason for extension and how you were involved.

A12.    (a) I deny Mr. Khan's allegation that his PIP was extended in retaliation for his having pursued an EEO complaint. (b) During the 90 day PIP, Mr. Khan missed 12 workdays while on sick leave and 5 workdays due to his suspension; the 20 workday extensions was issued to compensate for the time he lost from work and to allow him ample time to successfully complete the PIP. The extension was presented to him in the form of a written memo. (c) As his supervisor, I issued the PIP extension in an effort to assist him. (d) The extension of the PIP afforded Mr. Khan more time to complete the assignments listed on the PIP but he was still unable to successfully address all of the items identified in the PIP. The PIP extension concluded on October 17, 2003; Mr. Khan was notified he would be given duties to complete within the Radio Branch but none of his previously assigned duties would be restored; I informed him his performance on the PIP was not acceptable and that I would complete a final report and provide him a copy of my decision in writing. (e) No.

F4-9                    Initials _S.Z_

Q13.   Mr. Khan also alleges that he was verbally assaulted by a co-worker when the co-worker used the term "hello boys" in his presence.  He further asserts that he complained about the use of this term but his supervisors did nothing about it and even defended the co-worker's use of the term.  (a) What is your response to these allegations? (b) Were you present or did you hear of this incident from someone else?  Please explain in detail and state what you heard, the circumstances of the incident and what actions you took or what you said.

A13. (a) I did not hear a "verbal assault"on Mr. Khan by a co-worker regarding this incident.  I heard Mr. Khan verbally confront the co-worker on this issue and the co-worker acknowledged Mr. Khan's complaint on the use of the term " hello boys" in an email the co-worker sent to eighteen folks including managers. (b) As stated in part (a) of this response I heard the two employees discussing this issue in the hall of our office.  I heard the co-worker tell Mr. Khan he would not use this term again in Mr. Khan's presence and that he used the term as one of "endearment" and not as a derogatory term. The term, "Hello Boys", was used in an email addressing approximately 18 persons. After Mr. Khan had the discussion with the co-worker, he sent me an email on the matter letting me know how he felt about the matter.  I responded back to his email by stating I heard the conversation and that I heard the co-worker apologize and say he wouldn't do it again.  Additionally, I discussed this issue with the co-worker and he acknowledged Mr. Khan's complaint and assured me he wouldn't let it happen again.  The co-worker told me that Mr. Khan, about a month later, wanted to "clear the air" between them and said

F4-10

Initials  _S.J.Z_

that he was not actually offended by the term "Hello Boys" that he knew the co-worker had used this in emails for years to address his co-workers. Mr. Khan said he was just lashing out because he was upset over an evaluation of his work that the co-worker had written.

Q14.   (a) In connection with the above allegations by Mr. Khan, did you ever take any action or make any decision with intent to discriminate or retaliate against him because of his race, religion, age, skin color, national origin or his EEO activity? (b) Do you have any reason to believe anyone else discriminated or retaliated against him? (c) If yes, who is that person and why do you believe this?

A14. (a) No; all actions taking against or for Mr. Khan were based strictly on his performance. (b) No  (c) N/A

Q15.   (a) Is there anyone you would like to suggest as a witness for the Investigator to interview on the above issues?  (b) If yes, please provide the person's name and explain why he or she should be interviewed.

A15.   No.

I have read the above statement and declare that it is truthful, accurate and complete to the best of my knowledge, information and belief, under penalty of law for perjury. I understand that the information I have given is not to be considered strictly

Initials

F4-11

confidential and may be shown to interested parties pursuant to regulations of the U.S. Equal Employment Opportunity Commission governing the processing of this administrative complaint and located at Title 29, Code of Federal Regulations, Part 1614.

_____
Samuel Ford

_____
Date        3--7-04

Subscribed before me at

_____ on
(location)

this __9th__ day of ____MARCH____, 2004.

_____
Witness to Affiant's Signature

F4 - 17

Initials

This package contains:

- Sam Ford's Affidavit
- Removal Proposal to Kahn from supervisor
- PIP
- Restricted Duty Status Memo to Khan fro supervisor
- PIP Briefing Memo to Khan from supervisor dated 10/6/03
- PIP Extension Memo to Khan from supervisor dated 9/22/03
- Completion of PIP Memo to Khan from supervisor dated 8/15/03
- Supervisory notes of Sam Ford made during PIP period (from 6/20/03 to 10/27/03)
- Khan's tentative plan for completing the PIP dated 7/1/03

F4-13

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

| NAME OF EMPLOYEE *(Last, First, Middle)*<br><br>KHAN, Zafar | DATE<br><br>12-10-03 | TIME<br><br>1500 hrs |
|---|---|---|

I HEREBY ACKNOWLEDGE THAT ON THE ABOVE DATE I RECEIVED: *(Check appropriate box)*

| X | NOTICE OF PROPOSED ADVERSE ACTION    Removal |
|---|---|
|   | NOTICE OF ADVERSE ACTION |
|   | NOTICE OF PROPOSED SUSPENSION |
|   | NOTICE OF SUSPENSION |
| X | OTHER *(Specify)*    EAP Referral |

| SIGNATURE OF EMPLOYEE<br><br>*[signature]* | SIGNATURE OF PERSON DELIVERING DOCUMENT<br><br>*Samuel L Ford* |
|---|---|

ATF F 2440.1 (3-75)    REPLACES ATF FORM 80 (7-73) WHICH MAY BE USED

Please return this receipt and memorandum to:

Employee and Labor Relations Team
650 Massachusetts Avenue, NW
Room 4300 Attn: Rachel Chance
Washington, DC 20226

F4-14

304010:SLF
2462

MEMORANDUM TO:    Zafar Khan
                  Telecommunications Specialist
                  Radio Communications Branch

          FROM:    Telecommunications Manager
                   Radio Communications Branch

       SUBJECT:  Proposed Removal Based on Unsatisfactory Performance

This is notice that I propose to remove you from your position of Telecommunications Specialist, PD-391, Pay Band 2, in the Radio Communications Branch, Technical Services Division, Office of Science and Technology, Bureau of Alcohol, Tobacco, Firearms and Explosives, and separate you from the Federal service, no earlier than thirty (30) calendar days from the date you receive this notice. This action is proposed in accordance with Chapter 43 of the United States Code, Part 432 of Title 5 of the Code of Federal Regulations. The reason for this proposed action is based upon your continued unsatisfactory performance in four of five of your critical elements, as described below.

CRITICAL ELEMENT 1: Technical Expertise. RATING - UNSATISFACTORY

CRITICAL ELEMENT 2: Leadership. RATING - UNSATISFACTORY

CRITICAL ELEMENT 3: Conduct and Cooperation. RATING - UNSATISFACTORY

CRITICAL ELEMENT 5: Oral and Written Communications.
                    RATING – UNSATISFACTORY

By memorandum dated June 20, 2003, I informed you that your performance in four of your five critical elements was below expectations and therefore unsatisfactory. I provided you with a formal 90-day opportunity period – performance improvement plan (PIP) – to raise your performance above the below expectations level of your critical elements.

BACKGROUND

Prior to your receiving the PIP, I had counseled you about your performance on several occasions. Specifically, on January 7, 2003, Telecommunications Manager James Bowks

F4-15

- 2 -

ZAFAR KHAN

and I counseled you concerning failure to complete your assignments. These performance issues had been a problem since October 2002. Following that counseling session, I repeatedly asked you for information about the projects and outlined specific information I required from you. Eventually, you completed the projects that were less technical, but you failed to complete the assignments that required greater technical skill.

On March 31, 2003, I again counseled you about your performance and gave you written comments for your mid-year review. In your mid-year, I explained to you that you were below expectations in four of the five elements. I attempted to help you improve your skills, but you still failed to complete the more challenging and technical assignments.

On June 20, 2003, I gave you the PIP, at which time you stated that you were fully capable of performing all of the assignments and that you were confident in your knowledge of the equipment and procedures. I asked you to familiarize yourself with the PIP and to give me a detailed plan for completion of the tasks. The plan you provided was neither detailed nor technical. Instead, you simply listed the various equipment identified in the PIP without any explanation of how or when you would complete the assignment nor did you mention any of the written and/or verbal assignments identified in the PIP required of you. During our weekly meetings, you insisted you could do the work and remained confident even after I pointed out several errors you had made during your demonstrations of preventative maintenance.

After observing your performance, particularly in the past four months, I find that you do not possess the necessary skills and abilities to perform as a Telecommunications Specialist within the Radio Communications Branch (RCB). You have received extensive training on the equipment, policies and procedures necessary to perform the duties of a radio communications technician. You have worked side by side with senior Telecommunications Specialists, in an on-the-job training (OJT) capacity, in the field and at the RCB in headquarters to learn information that would enable you to perform your duties more efficiently. In addition to OJT, you have received extensive, formal, technical training since you joined the RCB. The training courses you have completed are listed below:

- Motorola Astro Digital System, 8-10-1998
- ATF Instructor Course, 2-23-1999
- Motorola Astro Mobile / Portable, 4-26-1999
- Communications Concepts, 6-14-1999
- Ortronic's CAT-5 Installer Training, 8-31-1999
- NTIA Frequency Management, 9-20-1999
- Motorola Quantar Repeater, 6-4-2002
- Project Management, 3-13-2002

F4-16

- 3 -

ZAFAR KHAN

- RCB In-House Training for New Hires which covers all radio equipments, test equipments, policies and procedures applicable to ATF radio systems (1st time 1999 and 2nd time 2001)

Despite all of the technical training you have received, you have been unable to successfully complete the most basic assignments of your position.

You do not have an in depth understanding of how to troubleshoot, repair and maintain the radio equipment used by ATF and you are unable to meet the operational needs of the agents with whom you work.

You have had more than 90-days to improve your performance, yet you never successfully raised your performance above the below expectations level in four of your critical elements. Accordingly, at this time, I am proposing to remove you from your position. The specifications for my proposal are detailed below.

CRITICAL ELEMENT 1:    Technical Expertise

The below expectations standard for this critical element states:

- Displays a lack of proficiency in technical areas. Requires an inordinate amount of supervisory intervention to complete coverage surveys, compatibility studies, system design, installations, repairs and evaluations.
- Fails to complete preventive maintenance as required or corrective maintenance in a timely manner.
- Fails to grasp communications strategies and requirements in order to establish tactical communications, jeopardizing the effectiveness of missions, or risking the endangerment of personnel.

Your performance in this critical element did not improve above the below expectations level and remains unsatisfactory.

This critical element measures your technical competence and ability to provide effective radio communications support using the approved ATF methods and procedures. In order for you to successfully raise your performance in this element during the opportunity period, you were required to complete the following:

1. Demonstrate your ability to perform technical alignments and measurements on Quantar repeaters, Astro mobile radios, Motorola consolettes, and the XTS-3000 portable radio. Using the preventative maintenance sheet, you are to demonstrate your ability to perform preventative maintenance on these same sets of equipment.

F4-17

- 4 -

ZAFAR KHAN

2.  Without the use of written procedures, instruct another telecommunications specialists how to configure and use the Motorola 2670 service monitor to perform alignments and measurements on a Quantar repeater.

3.  Without technical assistance, develop a standard, four zone, ATF code-plug for an XTS-3000 portable radio, incorporating the newly assigned ATF repeater channel, simplex channel and technical investigative channels into the program. Write the program without using a previously written code-plug as a starting point. This task should be completed within one week from start to finish. Demonstrate the accuracy of the program by (1) successfully Over-the-Air-Re-key (OTAR) the radio (2) performing radio voice checks on the new repeater channel through a Quantar repeater that has been programmed by you and (3) having a senior specialist verify the accuracy of the program.

4.  Troubleshoot and isolate a malfunction with a Quantar repeater by using systematic and logical troubleshooting procedures derived from the Motorola training class attended by you in Schaumburg, IL in June 2002.

5.  Meet with me on a weekly basis to discuss your performance for the week and your progress toward successfully completing the objectives of this plan.

Training that you received and completed that was applicable to the requirements for completion of the tasks in this critical element included *Motorola Astro Mobile/Portable, RCB In-House Training (received training twice), Motorola Astro Digital System, and Motorola Quantar Repeater.*

You demonstrated a general knowledge of the equipment and you were able to set up the test bench to perform the preventative maintenance (PM). You followed written step-by-step procedures while performing the test. Although you demonstrated your ability to measure many of the required technical specifications of the equipment, you were unable to articulate what the measurement meant and what affect it had on the radio being tested.

You experienced difficulty measuring the receiver sensitivity of the radios and you measured secure deviation with the radio (XTS-3000) in a clear mode of operation and without encryption key loaded into the unit. When questioned about the sensitivity measurement, you could not explain why the test was done and then finally said we do bit error testing (BER) but you could not perform one. When asked to produce PM sheets for your equipment in Baltimore, you were unable to locate them.

Your PM of the Astro mobile radio produced the same results as the XTS-3000 portable radio. Again, you did not perform the receiver sensitivity tests using the audio interface box as you had earlier stated was the correct procedure for this test. When asked about

- 5 -

ZAFAR KHAN

some of the operating parameters of the radio such as, the hang time for talkback scans and coded/clear indicators on the radio, you were unable to answer them. You were asked to research the answer to these questions and brief me, but you never followed up with me to give me the answers.

During testing of the Quantar repeater, you were able to successfully complete the transmit portion of the repeater; however, you were transmitting approximately 140 watts of power into the Motorola service monitor and you were unaware of its 125 watt input limitation. After I pointed this out to you, you still ignored the fact and transmitted again at 140 watts. Your actions could have damaged this $20,000 piece of test equipment. Again, you experienced problems with the receiver and specifically with understanding the relationship between PL codes, squelch levels and deviation settings.

The equipment identified in this assignment is used to provide secure radio communications support for ATF agents while they are doing investigations, serving warrants, making arrests, conducting surveillance operations, and performing other potentially life threatening assignments in the course of their duties. If the radio equipment is not performing properly because of an improperly programmed or aligned radio system or subscriber unit, such deficiencies could jeopardize an enforcement operation or put an agent's life in danger if the agent is unable to communicate on the radio.

It is the responsibility of the radio specialist to ensure that equipment is properly aligned and optimized for peak performance and to ensure the encryption methods employed are properly utilized within the radios for reliable and secure radio communications for the agents.

You did successfully demonstrate your knowledge of the 2670 service monitor and you were able to navigate through the various menus easily. However, I observed you transmitting into the service monitor with 143 watts of power and when I asked you about that, you were not aware of the input limitations on the equipment, nor did you know what possible damage might be caused by not observing the limitations. I then advised you of the proper input limitations and told you to complete the transmission. You should have known that it is possible for the service monitor to give erroneous readings when the power limit is exceeded and thus led the technician to misalign the radio under test or maintenance. Additionally, by using the service monitor as the load in place of a proper "dummy load", as you did, the monitor will produce false results or possibly interfere with the audio tests. You actually experienced this problem but you were unable to troubleshoot and properly identify the problem.

F4 - 15

- 6 -

ZAFAR KHAN

Improper use of test equipment could ultimately lead to radio equipment being placed in service that is not properly aligned and that could malfunction and/or cause unreliable communications support for agents.

The code-plug was successfully completed within the allotted timeframe and I was able to complete a voice check via a repeater. However, I required you to program and then OTAR the radio; this was not accomplished and although the radio could be loaded with code using a handheld key-load device (KVL), it was not programmed correctly for use of the ATF key. It is imperative that radios used by ATF agents be encrypted to prevent audio interception by unauthorized persons using scanners and other detection devices. This is to prevent compromise of missions and to enhance the safety of agents.

A problem (deviation compensation) was inserted into a Quantar repeater in which you were performing preventive maintenance. You failed to identify that the repeater had a problem and once a senior specialist identified the problem for you, you were unable to correct it. The senior specialist trained you on how to identify and correct the problem once it was apparent you did not know how to do it or recognize it as a problem. You were instructed by me to demonstrate your ability to troubleshoot a Quantar problem after your additional training; a problem was encountered while you were performing the back-to-back repeater configuration. I discussed the problem with you on several occasions and attempted to point you in the right direction by telling you several tests to perform, however, you never followed up with troubleshooting the equipment and you displayed a lack of understanding when I tried to discuss possible causes of the problem with you.

During our weekly meetings, you were unable to recall what you had accomplished the previous week and could not account for your time. I relied heavily on my weekly notes to refresh you on what had transpired. Throughout the weekly meetings, you never acknowledged lacking any of the technical skills to perform the assigned duties of your job.

## CRITICAL ELEMENT 2:    Leadership

The below expectations standard for this critical element states:

- Does not understand the Bureau's mission and goals, and therefore is unable to apply such knowledge when supporting communications activities.
- Lacks knowledge of current communications technologies and is unable to assist in determining applicability to the Bureau's needs.
- Reluctant or unwilling to participate in training opportunities to broaden his/her level of expertise.
- Avoids or is reluctant when assigned additional duties.

- 7 -

ZAFAR KHAN

- Does not show a willingness to work as part of a team.

Your performance in this critical element did not improve above the below expectations level and remains unsatisfactory.

This critical element measures your knowledge and understanding of the Bureau's missions and goals and your ability to apply such knowledge when supporting communications activities. Additionally, it measures your knowledge of current communications technologies and your willingness to work as part of a team or accept additional duties. In order to raise your performance level for this element, you were required to successfully complete the following:

1.  During your weekly meetings with me, explain how you plan to balance your workload during that current week, and your proposed methods for ensuring completion of assigned tasks. Identify the significant issues in your projects and describe the techniques, methods, and procedures you plan to use to resolve them. If changes were necessary in your plans the previous week due to operational missions or other reasons, explain how you handled them. If it is necessary to request assistance from other technicians or other contractors in order to move your project forward, explain your plans for requesting such assistance, and then carry out those plans.

2.  Complete the evaluation of the products identified above (EFJ mobile radio, battery chargers and battery analyzers and surveillance kits from various vendors); provide a detailed technical written report on the products and your recommendation on how they can or cannot be used to support the ATF mission. Provide justifications for your recommendations.

Applicable training you received that correlates to this critical element includes, *Project Management and RCB In-House Training (received training twice).*

As I stated previously, during our weekly meetings you were unable to recall what you had accomplished the previous week and could not account for all of your time. I relied heavily on my weekly notes to refresh you on what had transpired. Throughout the weekly meetings, you never acknowledged lacking any of the technical skills to perform the assigned duties of your job. You did not appear to have ever planned your weekly activities nor did you look ahead to identify how you were going to accomplish your assignments. Moreover, you failed to seek assistance in these areas.

Of the four items identified for you to complete, you turned in only two reports. Both of the reports were about the battery maintenance systems. One report did not provide your

- 8 -

ZAFAR KHAN

recommendation nor did it discuss the economics of the unit. Instead, it appeared that you copied directly from the manufacturers specification sheets. The second report you prepared was more informative and discussed its applicability to ATF. You included a cost comparison in the report along with your recommendations. It was however, very disappointing not to get the reports on the EFJ radio and any of the surveillance kits since these two items are of high interest to our operation and you had more than eight months to complete. You received the EFJ radio in November 2002, the report was due January 28, 2003, and the surveillance kits from the various vendors were received for evaluation during November and December 2002. Although I did not assign you a specific due date for the surveillance kit evaluation at the time they were received, I did ask you, in February 2003, to complete the evaluation and provide a report of the kits. In addition, this assignment was also part of your PIP as an action item to complete.

When asked to demonstrate your ability to configure, test, and align a back-to-back repeater, you should have used skills acquired during your Motorola Astro Digital System, Motorola Quantar Repeater and RCB In-House Training.

You had specific step-by-step instructions, including pictorials, on how to perform this task. However, you encountered problems completing this task and made several critical errors. For example, while installing a modem card on the wire-line board, you were unable to determine how to mount the board; you focused on the physical connection, and disregarded the electrical connection. Once this was pointed out to you and you were ready to install the module back into the repeater, you almost installed it backward, again, disregarding the electrical connections on the board. This is a serious error in that it could have caused serious and costly damage to the equipment plus you could have been injured as result of your failure to observe the procedure for proper electrical connections.

Once you were ready to conduct the voice checks on the repeater, you became confused on how the repeaters were programmed. You then got lost in the troubleshooting of the equipment when trying to determine what was actually happening between the repeaters. You did not know the limitations of the repeater operating modes and one of the repeaters had intermittent operation. You did not properly terminate the antennas while testing the repeaters. I asked you to identify all the problems you experienced during the test and provide me a technical report on your findings. Although, I prompted you on the potential causes of the problem, you never accomplished this request and could never clearly tell me what the problems were.

## CRITICAL ELEMENT 3: Conduct and Cooperation

The below expectations standard for this critical element states:

- Presents an unprofessional image in appearance and demeanor.

ZAFAR KHAN

- Displays an unprofessional or negative attitude toward responsibilities, co-workers, professional contacts, and the public.
- Is neither reliable nor dependable, failing to adequately manage time, funds or other resources.

Your performance in this critical element did not improve above the below expectations level and you remain unsatisfactory.

This critical element measures your professionalism and reliability. During the 90 days of your opportunity period, you were expected to do the following:

1. Complete all assigned tasks in a timely manner as outlined by your supervisor. If you are unable to complete an assignment, you must provide me with an explanation why the assignment cannot be completed and work toward a solution for completing the task.

2. You are to assist another senior field specialists during a maintenance trip or digital conversion of an analog system. You will be evaluated on your technical performance and most importantly for this critical element, your conduct and cooperation as outlined in this critical element.

You attended a course on project management and that the information from that course should have aided you in the completion of this assignment. Instead, you failed to complete all of the assigned tasks and never explained why. You were given every opportunity to complete the assignments and were relieved of your field division responsibilities and Headquarters' duties so you could devote all of your attention on successfully completing the PIP.

A trip had been scheduled for you to assist another specialist with maintenance; however, you had not completed all of the other assignments in a timely manner. Your conduct and cooperation in completing this PIP were insufficient. It was not until the last 3-4 weeks of the opportunity period that you took on a more positive approach concerning this very serious matter.

Throughout this period, you did not volunteer assistance to your fellow workers, managers or branch chief when equipment was being shipped, received and processed. On several occasions, you were observed standing by watching while your fellow workers and managers were participating in a team effort to complete a task. You only assisted after you were instructed to do so and then your efforts were minimal.

F4-72

- 10 -

ZAFAR KHAN

## CRITICAL ELEMENT 5:      Oral and Written Communications

The below expectations standard for this critical element states:

- Written documents/reports are inaccurate and seldom provided for review within established time limits.
- Oral and written communications skills are ineffective, failing to deliver information to recipients.
- Fails to properly prepare and conduct presentations or briefings, requiring extensive guidance and/or corrections.
- Unprepared when briefing the Branch Manager/Chief on communications matters.

Your performance in this critical element did not improve above the below expectations level and remains unsatisfactory.

This critical element measures your oral and written skills. During your opportunity period, you were required to do the following:

1. Complete written reports on each of your maintenance trips in a timely manner using the prescribed format and outline that is available on the RCB LAN. Reports should include information necessary to update current data bases used for tracking equipment status and antenna site leases.

2. You are to attend scheduled meetings with our various vendors, which provide our accessories for subscriber equipment and demonstrate your ability to effectively communicate the needs and requirements of RCB.

3. You are to prepare a briefing on the technical differences between the XTS-3000 portable radio and the XTS-5000 portable and describe the effects those differences will have on our existing code-plugs. Prepare your recommended changes / solutions to ensure the compatibility between the two models of portable radios. You will give the briefing to the RCB managers.

You did not complete any of the written reports that were due unless I constantly reminded you to do so. You did submit one very well written report on the Baltimore communications support you provided during an operation, but you submitted the report very late and there was not enough time for the managers to include the results in their weekly activity report. You were asked to provide a detailed plan for your approach to completing the PIP, but your report did not contain any specifics and only listed equipment and the order in which you wanted to work on them. You had been assigned to complete four reports during your PIP. However, you did not submit two of the more

FU-74

- 11 -

Zᴀꜰᴀʀ Kʜᴀɴ

technical reports and the other two reports you provided were not consistent in context, format and/or outline.

During your opportunity period, you attended several meetings with vendors, but you appeared to have difficulty following the conversations taking place and asked questions even though the answer had already been given. You also asked questions about the vendor's product that did not pertain to ATF's needs. Many of your questions seemed to suggest that you have not remained abreast of the latest technology trends with radios and accessories.

You provided a technical briefing to the RCB Chief, two radio managers and one senior specialist. You prepared handouts for the meeting, which contained technical data about the radios, and you followed the outline for your presentation. The presentation was not geared toward the level of knowledge the recipients would be expected to have and you did not report on the more critical aspects of the radio such as its ability to do "MDC" and "OTAR". When asked to explain many of the technical issues listed in your handout, you were unable to articulate them in technical terms. Although, you had several weeks to prepare for this briefing, you stated in the meeting that you had only worked on it for about six hours. The RCB Chief provided a written report on his evaluation of the presentation and it will be attached as a hard copy with this report. You presented yourself professionally. However, you could not answer many of the questions that were asked. You did not appear flustered, but it seemed that the questions asked of you were of little importance to you. You did mention that you could do more research if necessary.

Based on your continued unsatisfactory performance, I find that it is necessary to propose your removal from the Bureau and Federal service. In light of the above, I propose that you be removed from your position of Telecommunications Specialist and separated from the Federal Service. Based on the facts previously outlined, I believe that this action is necessary and fully warranted.

You have the right to reply to this notice personally and/or in writing. You may furnish all reasons you may desire, including affidavits and other documentary evidence, in support of your reply. You will be allowed fifteen (15) calendar days from your receipt of this notice to submit your reply. Any reply must be addressed to: *Timothy A. McGinnis, Chief, Technical Services Division, 45250B Severn Way, Sterling, VA 20166.* Chief McGinnis is the deciding official on this proposal. If you wish to reply personally, you should contact him at (703) 948-2800 to arrange an appointment. Consideration will be given to extending the period allowed for a reply if you submit a written request to Chief McGinnis stating your reason for desiring more time.

- 12 -

ZAFAR KHAN

You may have a representative of your own choosing assist you in your reply. If you designate an individual to represent you, provide his or her name, occupation, and address it to Chief McGinnis, in writing before presentation of your oral reply or submission of your written reply.

No decision will be made on this proposed action until the expiration of time allowed for a reply. If you do not wish to submit a reply, a decision will be made based on all of the information available at the end of the reply period. If you submit a reply, it will be given full and careful consideration. In either case, you will be notified in writing at the earliest practicable date of the decision in this matter.

During the course of the notice period, you will remain in the office on restricted duty.

If you do not understand the reason why your removal is proposed, or if you need additional information concerning your rights as stated in this notice, you or your designated representative may contact Rachel Chance, Employee and Labor Relations Team, Personnel Division, at (202) 927-8640.

Samuel L. Ford

304010: SLF
2143

MEMORANDUM TO: TS Zafar A. Khan
OST/TSD/RCB

FROM:  Sam Ford
Radio Manager, OST/TSD/RCB

SUBJECT:  Restricted Duty Status

Effective December 2, 2003, I am placing you in a restricted duty status with pay, pending the outcome of an administrative investigation.  You are required to surrender your credentials, Government credit cards, Government vehicle and any other Government property in your possession.  You will remain in a non-duty status with pay until final resolution of any administrative action resulting the investigation.

During this period, your authority to act on behalf of the Radio Communications Branch is suspended.  Additionally, you will report to RCB HQ only during the hours of 0800 – 1630 and perform administrative activities as outlined by your supervisor and / or Branch Chief.

I will inform you of any changes in your status.

If you have any questions, or do not understand the reason for this action, you may contact Rachel Chance in the Employee and Labor Relations Team, Personnel Division at (202) 927-8640.

*Samuel L. Ford*    12/1/03  16:20 hrs

Samuel L. Ford
Radio Manager, OST/TSD/RCB

Received by: _Zafar A. Khan_

Date: _12/1/03_