# EXHIBIT 21

**Report of Investigation Case Number E-03-0001**

UNITED STATES DEPARTMENT OF JUSTICE
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

REPORT OF INVESTIGATION

## I. DESCRIPTION OF COMPLAINT

| | |
|---|---|
| Name of Complainant: | Zafar A. Khan<br>Case Number E-03-0001 |
| Title and Grade of Complainant's Position: | Telecommunications Specialist<br>PD-391-02 |
| Name and Location of Agency and Unit Involved in Complaint: | Radio Communications Branch<br>Technical Services Division<br>Office of Science<br>and Technology<br>Bureau of Alcohol, Tobacco,<br>Firearms and Explosives<br>U.S. Department of Justice<br>Gaithersburg, MD |
| Date of Alleged Discrimination: | Various dates between June 20 and October 17, 2003 |
| Kind of Discrimination Alleged: | Race, Religion, Age, Color, National Origin and Reprisal |
| Nature of Action, Decision, or Condition Giving Rise to Complaint: | Suspension, PIP, Relieved of Duties, Vehicle Use Suspended and PIP Extended |

## II. DESCRIPTION OF INVESTIGATION

| | |
|---|---|
| Identity of Investigator: | Daniel Willard Jewell<br>DSZ<br>1730 N. Lynn Street, Suite 601<br>Arlington, Virginia 22209 |
| Date Report of Investigation Submitted to Agency: | May 3, 2004 |
| Place of Investigation: | Fairfax, VA |
| Dates of Investigation: | February 13 to April 26, 2004 |

1

Method of Investigation:        Written interrogatories

### III. DESCRIPTION OF BASES AND ISSUES IN COMPLAINT

A.  Whether Complainant was subjected to discrimination because of his race (Asian/Oriental), religion (Islam), age (DOB 3/28/48; age 55), color (brown) and national origin (Pakistani) when:

   1. He was suspended from September 15, 2003 through September 22, 2003;

   2. He was placed on a Performance Improvement Plan (PIP) for 90 days on June 20, 2003; and

B.  Whether he was retaliated against due to his EEO activity when:

   1. He was relieved of his responsibilities as a Telecommunications Specialist for the Baltimore Field Division on September 22, 2003;

   2. His use of a Government vehicle was suspended on September 22, 2003; and

   3. His Performance Improvement Plan (PIP) was extended until October 17, 2003.

Individual case of disparate treatment: The Civil Rights Act of 1964 (Title VII), 29 U.S.C. §2000e *et seq.*; McDonnell Douglas Corporation v. Green, 411 U.S. 792 (1973); Texas Department of Community Affairs v. Burdine, 450 U.S. 248 (1981); St. Mary's Honor Center v. Hicks, 113 S.Ct. 2742 (1993).

Age discrimination: The Age Discrimination in Employment Act (ADEA), 29 U.S.C. §621 *et seq.*; O'Connor v. Consolidated Coin Caterers Corporation, 116 S.Ct. 1307 (1996).

Reprisal: National Railroad Passenger Corporation v. Morgan, 122 S.Ct. 2061 (2002).

### IV. SUMMARY

Background

Complainant (Asian, Islam, DOB 3/28/48, brown color, India/Pakistan, prior EEO activity) is a Telecommunications Specialist, PD-391-2, in the Radio Communications Branch (RCB) of the Technical Services Division (TSD), Office of Science and Technology (OST), Bureau of Alcohol, Tobacco, Firearms and

2