# EXHIBIT 22

**Performance Evaluations for Telecommunications Specialists (Radio)**

# DEPARTMENT OF THE TREASURY
## BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

## EVALUATION OF PERFORMANCE
### FOR
### EMPLOYEES IN THE DEMONSTRATION PROJECT

| Employee Name (Last, First, Middle Initial) | Employee's Social Security Number | Position (Title/Series/Band) |
|---|---|---|
| Khan, Zafar Ahmed. | 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 | Senior Telecommunications Specialist GS-391/Payband 2 |
| Supervisors Name: Samuel L. Ford Jr. | | Appraisal Period From: 10/01/02 To: 9/30/03 |

### EMPLOYEE CERTIFICATION OF RECEIPT AND UNDERSTANDING OF CRITICAL ELEMENTS AND PERFORMANCE STANDARDS

I have received these critical elements and performance standards consisting of ___3___ pages on this date. My supervisor has communicated critical elements and performance standards to me and I fully understand my supervisor's expectations in order for me to meet acceptable levels of performance.

Employee's Signature and Date _[signature]_

### PROGRESS REVIEW

Signatures and dates certify that the progress review has been conducted. If performance is not at least at the "Achieves Expectations" level, the signature and dates also certify that separate documentation of the level of performance has been communicated to the employee in writing.

Rating Official's Signature and Date _Samuel Ford 3/31/03_   Employee's Signature and Date _[signature] 3/31/03_

### OVERALL RATING  L

| Supervisor's Signature and Date _Sam Ford 12/10/03_ | PRP Concurrence and Date _[signature] 12/10/03_ | Employee's signature and Date _[signature]_ |

ATF F 2050.10 (11/99)

Exhibit 1

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

Demonstration Project Employee Summary of
Accomplishments and Supervisory Annual Evaluation

| | |
|---|---|
| Directorate: Office of Science and Technology | Division: Technical Services Division |
| Employee Name: Zafar A. Khan | Employee SSN: 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 |
| Employee Position: Telecommunications Specialist | Employee Branch/Unit/Team: Radio Communications Branch |
| First Line Supervisor: Sam Ford | Performance Appraisal Period: October 1, 2002 Through September 30, 2003 |

**Employee Summary of Accomplishments**

**Critical Element #: 1 Technical Expertise**

TS Khan declined to provide a self-assessment for this reporting period. He was afforded an opportunity to submit his self-assessment a week late due to personal and personnel related issues; he still declined to submit them by that date.

*Limit critical elements to 1 page*

ATF Form 2050.10A

Supervisory Evaluation

Critical Element #: 1 Technical Expertise

Rating: BE

- TS Khan failed to demonstrate during this reporting period that he has the required technical skills to perform his assigned duties:

    - Was unable to complete a technical evaluation of an EFJ mobile radio and did not submit any written reports on his evaluation of the radio. He experienced difficulty in configuring his test bench for the radio; had problems with the radio service software, and required assistance from another technician in determining how to configure the radio for operation. Another technician had no problems with evaluating the radio.
    - While demonstrating his skills to his supervisor, he measured and recorded the secure deviation of an XTS-3000 radio without any encryption in the radio. This resulted in an erroneous measurement but he didn't realize it until pointed out by his supervisor. Was unable to demonstrate the proper method for testing the receiver sensitivity.
    - Was not able to demonstrate the proper PM of a Quantar repeater and failed to properly identify a problem with the deviation compensation. During the PM, it was noted that he was not aware of power input limitations of the Motorola service monitor and was exceeding the rated input by 18 watts of power. He could not describe in technical terms the difference between a 12-db sinad test and a squelch test on the receiver.
    - While configuring repeaters for back-to-back operation, he could not install a modem card onto a wire-line card even with written instructions and pictures in front of him. He did not recognize the electrical connections required between the two boards and was more concerned with physical connections made by the plastic pins securing the boards together. Additionally he attempted to re-install the wire-line board into the Quantar module backward; again, without regard of the electrical connections (connectors).
    - TS Khan was unable to produce any hard copies of PM sheets when asked; although previously, he had made several trips to the field division stating he was performing PM's.
    - Required close supervision and guidance on the types of equipment needed and on procedures for conducting surveys during tactical operational support of two separate missions.
    - TS Khan can demonstrate a basic understanding of the communications equipment used by ATF but has difficulty identifying and resolving problems with the equipment without requiring a great deal of outside technical assistance.

| Supervisory Evaluation | |
|---|---|
| Critical Element #: 2 Leadership | Rating: BE |

- Has a basic understanding of the Bureau's mission and goals and has demonstrated a basic knowledge when supporting strategic and tactical enforcement operations within an assigned area but requires close supervision.
- TS Khan has not demonstrated a general knowledge of communications technologies; he has been given several accessory items for our radios and one EFJ mobile radio to test and evaluate and then make recommendations regarding their applicability to the ATF mission. In all cases he failed to properly evaluate the items and did not provide any written reports or verbal recommendations as their use within the ATF.
- TS Khan was assigned to manage the OTAR ID's and be solely responsible for interfacing with the US Customs regarding the ID assignments and encryption codes within the Key Management Center (KMC). He failed to complete the outlined duties and the assignment had to be completed by his supervisor.
- TS Khan requires continual prompting to complete assignments and written reports. As of this writing, he has not completed assignments that were given to him in the beginning of this evaluation period regardless of the number of verbal and written counseling's given to him on the matters.

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Demonstration Project Employee Summary of Accomplishments and Supervisory Annual Evaluation**

| | |
|---|---|
| Directorate: Office of Science and Technology | Division: Technical Services Division |
| Employee Name: Zafar A. Khan | Employee SSN: 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 |
| Employee Position: Telecommunications Specialist | Employee Branch/Unit/Team: Radio Communications Branch |
| First Line Supervisor: Sam Ford | Performance Appraisal Period: October 1, 2002 Through September 30, 2003 |

**Employee Summary of Accomplishments**
**Critical Element #: 3 Conduct and Cooperation**

TS Khan declined to provide a self-assessment for this reporting period. He was afforded an opportunity to submit his self-assessment a week late due to personal and personnel related issues; he still declined to submit them by that date.

*Limit critical elements to 1 page*

810/900

Supervisory Evaluation

| Critical Element #: 3 Conduct and Cooperation | Rating: BE |
|---|---|

IS Khan's conduct and cooperation during this reporting period have been sporadically populated with some poor judgment, disrespect toward management, and unprofessional behavior. He has failed to adequately manage his time properly and did not properly nor timely manage funds assigned to him.

- Counseled several times about being tardy for work by ten – fifteen minutes each occasion
- Refused to participate in a quarterly performance counseling session with supervisor; was written a letter of reprimand
- Ignored verbal and written requests from supervisor to provide various written reports regarding maintenance trips, spend plans, operational support missions, etc. in a timely manner.
- Bypassed his chain of command and went directly to the OST Director with personnel issues.
- Did not accept responsibility for all of his assigned duties within RCB HQ and had to be reminded on several occasions to perform certain aspects of his work such as processing incoming portable equipment back into the stock, keeping portable supply items at a proper stock level and keeping the inventory neatly organized.

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Demonstration Project Employee Summary of Accomplishments and Supervisory Annual Evaluation**

| | |
|---|---|
| Directorate: Office of Science and Technology | Division: Technical Services Division |
| Employee Name: Zafar A. Khan | Employee SSN: 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 |
| Employee Position: Telecommunications Specialist | Employee Branch/Unit/Team: Radio Communications Branch |
| First Line Supervisor: Sam Ford | Performance Appraisal Period: October 1, 2002 Through September 30, 2003 |

**Employee Summary of Accomplishments**
Critical Element #: 4 Customer and Professional Relationships

TS Khan declined to provide a self-assessment for this reporting period. He was afforded an opportunity to submit his self-assessment a week late due to personal and personnel related issues; he still declined to submit them by that date.

*Limit critical elements to 1 page*

| Supervisory Evaluation | |
|---|---|
| Critical Element #: 4 Customer and Professional Relationships | Rating: BE |

- TS Khan generally maintains a professional relationship with his counterparts and representatives from other Federal, State, and local law enforcement agencies for interaction on joint projects.
- While serving a suspension, TS Khan generated emails and automated out of office messages for incoming emails that were written in an unprofessional manner, which discussed his personnel problem and mentioned the division chief's name in the email.
- While evaluating a mobile radio for the Joint Programs Office (JPO), he failed to provide his test results and did not make any suggestions or recommendations on the radio under evaluation. As a result of his actions, JPO did not receive a final written report from ATF on the product.
- The Wilmington Field Office requested additional radio coverage in a defined area for agents assigned to their office, TS Khan did not take the initiative to locate antenna sites that would meet the requirement but instead relied heavily on the office to lead him to locations that might fulfill the need. This reflects negatively on his abilities to self develop outside professional relationships that will enhance and add value to the ATF goals and missions.

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Demonstration Project Employee Summary of Accomplishments and Supervisory Annual Evaluation**

| Directorate: Office of Science and Technology | Division: Technical Services Division |
|---|---|
| Employee Name: Zafar A. Khan | Employee SSN: 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 |
| Employee Position: Telecommunications Specialist | Employee Branch/Unit/Team: Radio Communications Branch |
| First Line Supervisor: Sam Ford | Performance Appraisal Period: October 1, 2002 Through September 30, 2003 |

**Employee Summary of Accomplishments**
Critical Element #: 5 Oral & Written Communications

TS Khan declined to provide a self-assessment for this reporting period. He was afforded an opportunity to submit his self-assessment a week late due to personal and personnel related issues; he still declined to submit them by that date.

| Supervisory Evaluation | |
|---|---|
| Critical Element #: 5 Oral & Written Communications | Rating: BE |

TS Khan experienced difficulty throughout this reporting period with both his oral and written communications. He rarely submitted required trip reports and/or technical reports on time and the reports that were submitted lacked content. During technical discussions with TS Khan, he often was unable to use technical language and terms commonly used to describe equipments, policies and practices within the LMR arena. He did not demonstrate an understanding of the more complex and critical terms used in sharing information about the mission and equipments. During briefings and meetings he gave and attended, he asked more questions than he provided answers for and appeared confused in areas that go beyond a surface knowledge of radio communications.

TS Khan's T&A's were generally submitted timely and required few corrections.

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
## DEMONSTRATION PROJECT
### REQUEST TO CONSIDER INPUT FOR PERFORMANCE APPRAISAL

UP TO THREE INDIVIDUALS MAY BE ASKED TO PROVIDE INPUT. HOWEVER, KEEP IN MIND WHEN SELECTING INDIVIDUALS, ATF DOES NOT MANDATE A RESPONSE.

| EMPLOYEE NAME | EMPLOYEE'S POSITION |
|---|---|
| Zafar Ahmed Khan | Telecommunications Specialist |

INPUT OPTION (Check one)

☐ I HAVE CHOSEN NOT TO PROVIDE INPUT FROM ANY INDIVIDUAL

☒ I AM PROVIDING MY SUPERVISOR WITH INPUT FROM THE FOLLOWING INDIVIDUALS (Specify below)

| NAME | LOCATION | PHONE NUMBER (Include area code) |
|---|---|---|
| Scott Taylor | Baltimore, MD. | 410-779-1766 |
| John Harazda | Dallas, TX | 214-355-7529 |
| Michael Butkiss | Washington Headquarters | 301-370-0537 |

EMPLOYEE'S SIGNATURE: [signed]    DATE: 11/3/03

ATF F 2050.9 (5-2000)

# DEPARTMENT OF THE TREASURY
## BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
## DEMONSTRATION PROJECT
## PERFORMANCE FEEDBACK FOR ANNUAL PERFORMANCE APPRAISAL

| EMPLOYEE NAME | EMPLOYEE'S POSITION |
|---|---|
| Zafar Khan | Telecommunications Specialist |

| FEEDBACK PROVIDED BY | WORK RELATIONSHIP TO EMPLOYEE |
|---|---|
| Steven S. Taylor   TOO Baltimore Field Division | Provides technical support for the radio communications equipment within the Baltimore Field Division |

MY INPUT FOR THIS EMPLOYEE'S PERFORMANCE FOR THE TIME PERIOD Oct. 1, 2002 - Sept. 30, 2003   IS BASED UPON THE FOLLOWING PROJECTS/ASSIGNMENTS.

During this reporting period, Mr. Khan has completed the following projects and assignments within the Baltimore Field Division.

October 2002 - Supported the DC Sniper Task Force Joint Operations Center in Montgomery County, Maryland.
October 2002 - Relocated the Wilmington Field Office radio equipment following the move of the office.
February 2003 - Relocated the Hyattsville Field Office radio equipment following the move of the office.
May 2003 - Completed the installation of an ATF radio repeater site in Salisbury, Maryland.
July 24, 2003, provided radio communications assistance for P.G. County Command Post during "Operation Patch Over", Upper Marlboro, Maryland.
August 18-22, 2003, provided radio communications support for "Operation Arizona", Baltimore, Maryland.

PLEASE REVIEW THE ATTACHED CRITICAL ELEMENTS AND PERFORMANCE STANDARDS AND PROVIDE FEEDBACK FOR ANY APPLICABLE ELEMENTS TO THE EXTENT YOU BELIEVE THAT I HAVE EXCEEDED, ACHIEVED, OR FAILED TO MEET THE ELEMENTS. IF ADDITIONAL SPACE IS NEEDED, PLEASE COMPLETE YOUR RESPONSE(S) ON PLAIN BOND PAPER AND ATTACH TO THIS FORM.

1. Technical Expertise:

M[r. Kha]n has demonstrated a technical knowledge of the radio communications equipment used by ATF. Mr. Khan provides operational support, and [...] preventive maintenance of ATF radio equipment.

2. Leadership:

Mr. Khan has made himself available to all of the offices within the Baltimore Field Division and has traveled to each office to provide support.

3. Conduct and Cooperation:

As stated above, Mr. Khan has made himself available to each office and has been called upon by many Agents to provide technical support for issued radio equipment.

4. Customer and Professional Relationship:

Mr. Khan provides the necessary support to keep the Baltimore Field Divisions radio communications in good working order.

5. Oral and Written Communication:

During this reporting period Mr. Khan has not had the opportunity to provide roll call training or instruction to the Agents in the Baltimore Field Division. Mr. Khan is not required and has not had the need to prepare any written reports to the Baltimore Field Division.

ATF F 2050.8A (5-2000)

013/018

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

# DEMONSTRATION PROJECT
## PERFORMANCE FEEDBACK FOR ANNUAL PERFORMANCE APPRAISAL

**EMPLOYEE NAME:** Khan, Zafar

**EMPLOYEE'S POSITION:** Telecommunications Specialist

**FEEDBACK PROVIDED BY:** John Harazda

**WORK RELATIONSHIP TO EMPLOYEE:** Telecommunications Specialist, Dallas Division

**MY INPUT FOR THIS EMPLOYEE'S PERFORMANCE FOR THE TIME PERIOD** Oct. 2003 to Sept 2003 **IS BASED UPON THE FOLLOWING PROJECTS/ASSIGNMENTS.**

Assistance with communications in support of investigations and the serving of search warrants in the Baltimore, Md. area

PLEASE REVIEW THE ATTACHED CRITICAL ELEMENTS AND PERFORMANCE STANDARDS AND PROVIDE FEEDBACK FOR ANY APPLICABLE ELEMENTS TO THE EXTENT YOU BELIEVE THAT I HAVE EXCEEDED, ACHIEVED, OR FAILED TO MEET THE ELEMENTS. IF ADDITIONAL SPACE IS NEEDED, PLEASE COMPLETE YOUR RESPONSE(S) ON PLAIN BOND PAPER AND ATTACH TO THIS FORM.

1. **Technical Expertise:** Zafar appears to have a good grasp on the general principals of our system and the equipment involved.

2. **Leadership:** I participated in a large operation in Baltimore where Zafar was the lead communications specialist. Zafar appeared to show good leadership in the coordination of communications within the Baltimore division and with the other agencies attached for the operation.

3. **Conduct and cooperation:** In my dealings with Zafar in the Baltimore operation and in our day to day dealings over the telephone and the e-mail, Zafar appears to exercise good conduct and cooperation. I have made various requests to him for supplies and other items and he has always been cooperative and helpful.

4. **Customer and professional relations:** During the Baltimore operation, I observed Zafar working with the agents of the Baltimore division. He appeared to have a good relationship with the division personnel. He worked well with them listening to their concerns and problems and communicating to them what he felt the solution to the problem should be. Zafar is a very friendly person and pleasant to associate with.

5. **Oral and Written Communications:** I have communicated with Zafar on occasion, more oral communications than written. He has always seemed to be good at communicating his ideas over the telephone. Most of what I have seen that he has written has seemed very lucid hand highly literate to me. Zafar seems to be very good at presenting written material and I feel that he is probably a very good instructor.

TF F 2050.8A (5-2000)

Michael Butkiss
Telecommunications Specialist
Washington DC / ATF HQ

I have worked Mr. Khan on many projects as well as Mr. Khan assisting me. He has shown the ability to adapt to the changing needs of Radio communications.

The following lists will give some idea of his ability to complete the tasks assigned.

- Washington DC "sipper case". Baltimore Field Division is his area of responsibility. I was asked to assist Mr. Khan with the placement of radio repeaters in and around the Maryland/VA/DC area. As well as man the 24-hour a day command center. As is well known, we all received letters of thanks for this effort.
- I requested Mr. Khan assistance with the wiring of The ATF COOP in Martinsburg WVA. He has the knowledge of necessary to complete cat-5 cabling and was of great assistance.
- National Lab, Beltsville MD. Mr. Khan gave necessary assistance with the additional requirement for up-grading the Lab to a COOP site for ATF HQ.
- Assisted Mr. Khan with the Baltimore Division case dealing with the War Locks of Maryland. Mr. Khan had two plans ready for Command Post Radio operations, which was a very short notice activation for Radio, the plan was placed in operation and the communications was outstanding.

Michael Butkiss

Series/Title: PD-0391/ Telecommunications Specialist (Radio)
Band Level: Level II

Critical Elements and Performance Standards

1. Technical Expertise

    Exceeds Expectations:
    - Utilizing a high degree of technical expertise, completes coverage surveys, compatibility studies, evaluates and optimizes equipment performance, designs communications systems and subsystems, and installs and repairs or causes the installation and/or repair of the Bureau's encrypted radio communications equipment with minimal supervisory intervention.
    - Most often completes preventive maintenance as required and corrective maintenance in a timely manner.
    - Demonstrates and applies a comprehensive knowledge of field investigative communications strategies and requirements in order to establish tactical communications, contributing to the effectiveness of missions and minimizing the endangerment of personnel.

    Achieves Expectations:
    - Using a moderate level of technical expertise, completes coverage surveys, compatibility studies, evaluates and optimizes equipment performance, designs communications systems and subsystems, and installs and repairs or causes the installation and/or repair of the Bureau's encrypted radio communications equipment with occasional supervisory intervention
    - Generally completes preventive maintenance as required and corrective maintenance in a timely manner.
    - Demonstrates and applies a general knowledge of field investigative communications strategies and requirements in order to establish tactical communications, contributing to the effectiveness of missions and minimizing the endangerment of personnel with occasional supervisory intervention.

    Below Expectations:
    - Displays a lack of proficiency in technical areas. Requires an inordinate amount of supervisory intervention to complete coverage surveys, compatibility studies, system design, installations, repairs and evaluations.
    - Fails to complete preventive maintenance as required or corrective maintenance in a timely manner.
    - Fails to grasp communications strategies and requirements in order to establish tactical communications, jeopardizing the effectiveness of missions, or risking the endangerment of personnel.

Series/ Title: PD-0391/ Telecommunications Specialist (Radio)
Band Level: Level II

2. **Leadership:**

   *Exceeds Expectations:*
   - Shows comprehension of the Bureau's mission and goals with respect to reducing violent crime, protecting the public and collecting revenue and demonstrates such when supporting strategic and tactical enforcement operations within an assigned area.
   - Keeps abreast of current communications technologies and assists in determining applicability to the Bureau's needs.
   - Actively seeks existing or initiates new training opportunities to maintain proficiency and broaden level of expertise.
   - Continually and energetically applies himself/herself to additional duties and follows through to completion.
   - Continually demonstrates a willingness to work as part of a team, when required.

   *Achieves Expectations:*
   - Shows comprehension of the Bureau's mission and goals with respect to reducing violent crime, protecting the public and collecting revenue and demonstrates such when supporting strategic and tactical enforcement operations within an assigned area.
   - Maintains a general knowledge of current communications technologies and assists in determining applicability to the Bureau's needs.
   - Accepts training opportunities to maintain proficiency and broaden level of expertise.
   - Is responsive when assigned additional duties and follows through to completion.
   - Is generally willing to work as part of a team, when required.

   Below Expectations:
   - Does not understand the Bureau's mission and goals, and as a consequence is unable to apply such knowledge when supporting communications activities.
   - Lacks knowledge of current communications technologies and is unable to assist in determining applicability to the Bureau's needs.
   - Reluctant or unwilling to participate in training opportunities to broaden his/her level of expertise.
   - Avoids or is reluctant when assigned additional duties.
   - Does not show a willingness to work as part of a team.

2

Series/ Title: PD-0391/ Telecommunications Specialist (Radio)
Band Level: Level II

3. **Conduct and Cooperation.**

   *Exceeds Expectations:*
   - Consistently presents a professional image in appearance and demeanor.
   - Consistently displays a positive and cooperative attitude toward responsibilities, co-workers, professional contacts, and the public.
   - Is very reliable and dependable and demonstrates such through efficient management of time, funds and other resources.

   Achieves Expectations:
   - Usually presents a professional image in appearance and demeanor.
   - Usually displays a positive and cooperative attitude towards responsibilities, co-workers, professional contacts, and the public.
   - Is usually reliable and dependable and demonstrates such through adequate management of time, funds and other resources.

   Below Expectations:
   - Presents an unprofessional image in appearance and demeanor.
   - Displays an unprofessional or negative attitude toward responsibilities, co-workers, professional contacts, and the public.
   - Is neither reliable nor dependable, failing to adequately manage time, funds or other resources.

3