UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAFAR H. KHAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALBERTO R. GONZALES, )<br>  as United States Attorney General, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-cv-1831<br><br>Chief Judge Thomas F. Hogan |

PLAINTIFF'S CONSENT MOTION FOR
EXTENSION OF TIME TO FILE OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Zafar H. Khan in this proceeding, by and through counsel, hereby submits this consent motion for an extension of time to file his Opposition to the Defendant's Motion for Summary Judgment in this proceeding.

In support hereof, the following information is respectfully submitted:

Following several (consent and unopposed) extensions, the Defendant's Motion for Summary Judgment was filed with the Court on June 30, 2008. Pursuant to the previous Scheduling Order, and allowing for service of the original motion by mail/ECF, the Plaintiff's Opposition is due on or before August 29, 2008. Because of Plaintiff counsel's current Federal litigation schedule, however, the period through the end of August is now devoted to completing discovery in three other U.S. District Court cases, and filing two significant pleadings in the Eastern District of Virginia.

As a result of these conflicts, Plaintiff respectfully moves to extend the date of filing his Opposition to the Motion for Summary Judgment to Tuesday, September 30, 2008. Further, to permit the amount of time previously accorded, Defendant's Reply Brief would then be due on or before Thursday, October 30, 2008.

As required by the local rules, Defendant's counsel has been consulted and has consented to the requested additional extension of time.

A proposed Order is attached for the Court's consideration.

Respectfully submitted,

        /s/ *Michael W. Beasley*        
MICHAEL W. BEASLEY, ESQ.
D.C. Bar No. 248930
200 Park Avenue, Suite 106
Falls Church, Virginia  22046
Phone:  (703) 533-5875
E-Mail:  beasleys2@verizon.net
michaelbeasley@nuttyboyz.com

Counsel for Plaintiff Zafar H. Khan

August 19, 2008

2

## **CERTIFICATE OF SERVICE**

I hereby certify that one copy of the foregoing "Plaintiff's Consent Motion for Extension of Time to File Opposition to Defendant's Motion for Summary Judgment," with accompanying Proposed Order, was forwarded to the below-named counsel for Defendant through the Court's electronic filing system on this 19th day of August, 2008:

Megan Mary Weis, Esq.
Assistant United States Attorney
555 Fourth Street, N. W.
Room 4821
Washington, D. C.  20530
E-Mail:  megan.weis@usdoj.gov

        /s/  Michael W. Beasley
MICHAEL W. BEASLEY, ESQ.
D. C.  Bar No. 248930
200 Park Avenue, Suite 106
Falls Church, Virginia  22046
Phone:  (703) 533-5875
E-Mail:  beasleys2@verizon.net
michaelbeasley@nuttyboyz.com

Counsel for Plaintiff Zafar H. Khan