UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ZAFAR H. KHAN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-cv-1831 |
| ALBERTO R. GONZALES, as United States Attorney General, | ) ) ) ) | Chief Judge Thomas F. Hogan |
| Defendant. | ) ) | |

## ORDER

This matter comes before the Court pursuant to Plaintiff's Consent Motion for an extension of time to file his Opposition to Defendant's Motion for Summary Judgment in this proceeding. Based upon the facts and circumstances set forth in the Motion, and the full record of this proceeding, Plaintiff's Motion is hereby GRANTED.

IT IS HEREBY ORDERED that Plaintiff's Opposition to Defendant's Motion for Summary Judgment shall be filed on or before September 30, 2008.

IT IS FURTHER ORDERED that Defendant's Reply Brief shall be filed on or before October 30, 2008.

UNITED STATES DISTRICT JUDGE

Dated: _____

2

Serve:

Michael W. Beasley, Esq.
200 Park Avenue, Suite 106
Falls Church, Virginia  22046
beasleys2@verizon.net

Megan Mary Weis, Esq.
Assistant United States Attorney
Office of the U. S. Attorney's for the District of Columbia
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
megan.weis@usdoj.gov