UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAFAR H. KHAN | ) |
| | ) |
| Plaintiff | ) Civ. No. 05-1831 (TFH) |
| v. | ) |
| | ) |
| ERIC HOLDER, | ) |
| as United States Attorney General, | ) |
| | ) |
| Defendant. | ) |

### ORDER

In accordance with the Court's rulings in its Memorandum Opinion, it is hereby this 31st day of March, 2014

**ORDERED** that Defendant's Motion for Summary Judgment [ECF No. 24] is **GRANTED.**

Accordingly, the case is now **DISMISSED.**

**SO ORDERED**

March 31, 2014

*Thomas F. Hogan*

Thomas F. Hogan
UNITED STATES DISTRICT JUDGE